UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 16  P 12:30

US DISTRICT COURT
HARTFORD CT

ROBERT PAYNE and PAYNE : 
INVESTMENTS LLC, :
:
            Plaintiffs, :  NO. 202CV2234 (AWT)
-v- :
:
TAYLOR VISION RESOURCES, :
TAYLOR STRATEGIC ACQUISITIONS, :
TAYLOR STRATEGIC DIVESTITURES, :
and TAYLOR FINANCIAL SERVICES :
LLC, all defendants collectively operating :
under the name TAYLOR COMPANIES, :  OCTOBER 15, 2003

**APPEARANCE**

TO THE CLERK:

Please enter the appearances of Jacob D. Zeldes and Sarah W. Poston in the above-entitled action, as counsel for the Taylor Companies defendants.

Dated at Bridgeport, Connecticut on this 15th day of October 2003.

_____
Jacob D. Zeldes (ct04351)

_____
Sarah W. Poston (ct 19702)

    Zeldes, Needle & Cooper
    1000 Lafayette Blvd.
    P.O. Box 1740
    Bridgeport, CT 06601
    (203) 333-9441
    Fax: (203) 333-1489
    Email: sposton@znclaw.com

Attorneys for Defendant,
The Taylor Companies

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via regular mail, postage prepaid, to the following counsel of record:

David Crystal, Esq.
GILBRIDE TUSA LAST & SPELLANE LLC
The Graybar Building
420 Lexington Avenue
New York, New York 10170-0105
(212) 692-9666

Dated at Bridgeport, Connecticut this 15th day of October 2003.

_____
Jacob D. Zeldes