**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 APR 15  A 11: 10

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| ROBERT PAYNE and PAYNE INVESTMENTS LLC, | : | |
| Plaintiffs, | : | NO. 202CV2234 (AWT) |
| -v- | : | |
| TAYLOR VISION RESOURCES, TAYLOR STRATEGIC ACQUISITIONS, TAYLOR STRATEGIC DIVESTITURES, and TAYLOR FINANCIAL SERVICES LLC, all defendants collectively operating under the name TAYLOR COMPANIES, | : | |
| Defendants. | : | APRIL 14, 2004 |

### APPEARANCE

TO THE CLERK:

Please enter the appearance of Joel H. Thompson in the above-entitled action, as counsel for the Defendants.

Dated at Bridgeport, Connecticut on this 14th day of April 2004.

_____
Joel H. Thompson (ct24654)

Zeldes, Needle & Cooper
1000 Lafayette Blvd.
P.O. Box 1740
Bridgeport, CT 06601
(203) 333-9441
Fax: (203) 333-1489
Email: sposton@znclaw.com

Attorneys for Defendants Taylor Vision Resources, Taylor Strategic Acquisitions, Taylor Strategic Divestitures and Taylor Financial Services LLC, collectively "Taylor Companies"

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via overnight mail, postage prepaid, to the following counsel of record:

David Crystal, II, Esq.
GILBRIDE TUSA LAST & SPELLANE LLC
420 Lexington Avenue
New York, NY 10170-0105

Dated at Bridgeport, Connecticut this 14th day of April 2004.

_____
Joel H. Thompson