**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
ROBERT PAYNE and PAYNE          :
INVESTMENTS, LLC                :
                                :
        Plaintiffs,             :
v.                              :    Civ No. 3:02CV02234(AWT)
                                :
TAYLOR VISION RESOURCES,        :
TAYLOR STRATEGIC ACQUISITIONS,  :
TAYLOR STRATEGIC DIVESTITURES,  :
and TAYLOR FIN. SERVS.          :
LLC, collectively operating     :
under the name TAYLOR COS.      :
                                :
        Defendants.             :
-------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

\_\_\_\_\_   All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_\_   A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

\_\_\_\_\_   To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_\_\_   A ruling on the following motion(s), which is/are currently pending:(orefm.)
 • Doc.# \_\_ _____

__X__   A settlement conference (orefmisc./cnf)

\_\_\_\_\_   A conference to discuss the following:  (orefmisc./cnf)
_____

\_\_\_\_\_   Other:  (orefmisc./misc)_____

SO ORDERED this 27th day of April, 2004, at Hartford, Connecticut.

                   /s/
                Alvin W. Thompson
             United States District Judge