UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT PAYNE and PAYNE INVESTMENTS LLC, | : |
| Plaintiffs, | : NO. 2:02CV2234 (AWT) |
| -vs- | : |
| TAYLOR VISION RESOURCES, TAYLOR STRATEGIC ACQUISITIONS, TAYLOR STRATEGIC DIVESTITURES, and TAYLOR FINANCIAL SERVICES LLC, all defendants collectively operating under the name TAYLOR COMPANIES, | : |
| Defendants. | : MAY 7, 2004 |

**MOTION FOR ADMISSION OF
VISITING LAWYER, JACOB A. STEIN, ESQ.**

1. In accordance with the requirements of Local Rule 83.1(d)(1), the affidavit attached as Exhibit 1 to this motion is presented to the Court and it represents that Jacob A. Stein, Esq. meets all qualifications for admission pro hac vice.

2. A check for the requisite fee $25.00 accompanies this motion.

3. The undersigned has conferred with counsel for Plaintiffs who opposes this motion on the grounds that Plaintiffs intend to take the deposition of Mr. Stein.

4. Plaintiffs have not designated the exact area of inquiry they seek to pursue with Mr. Stein in order to see that a stipulation of facts could be accomplished.

5. In an affidavit submitted to this Court, the individual Plaintiff swore on March 10, 2003 in opposition to the motion to transfer the case:

> 9. I also understand that the defendants intend to use the Washington, DC counsel for this case. I have <u>no objection</u> to such counsel appearing in this Court. But I can see no basis for transferring the case to Washington simply for his convenience.

(Payne Affidavit, dated March 10, 2003).

6. Mr. Stein has had a long-standing attorney-client relationship with Defendants.

WHEREFORE, Defendants move that Attorney Jacob A. Stein be admitted to practice before the United States District Court for the District of Connecticut, as a visiting lawyer in this matter.

_____
Jacob D. Zeldes (ct04351)

_____
Joel Thompson (ct24654)

Zeldes, Needle & Cooper
A Professional Corporation
1000 Lafayette Boulevard
Bridgeport, CT 06604
Tel: (203) 333-9441
Fax: (203) 333-1489
Email:
jzeldes@znclaw.com
jthompson@znclaw.com

Attorneys for Defendants
Taylor Vision Resources, Taylor Strategic Acquisitions, Taylor Strategic Divestitures and Taylor Financial Services LLC
collectively "Taylor Companies"

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

ROBERT PAYNE and PAYNE : 
INVESTMENTS, INC. :
:
Plaintiffs, :
:
vs. : No. 202CV2234 (AWT)
:
TAYLOR VISION RESOURES, et al. :
:
Defendants :

## AFFIDAVIT OF JACOB A. STEIN IN CONFORMITY WITH L.CIV.R. 83.1

1. My office address is 1100 Connecticut Avenue, N.W, Washington, D.C., 20036. My fax number is 202-296-8312. My e-mail address is jstein@steinmitchell.com.

2. I am a member of the bar in good standing of the United States District Court for the District of Maryland and the United States District Court for the District of Columbia. I am also a member in good standing of the state courts and local courts of the District of Columbia and Maryland.

3. I have not been denied admission nor disciplined by this Court or any other court.

4. I have fully reviewed and I am familiar with the Rules of the United States District Court for the District of Connecticut.

5. I have had a longstanding relationship with the defendant in this matter and it would simplify and reduce the expense of preparing the defense

and the pleadings and papers if the court were to grant the defendant's motion for admission.

_____
Jacob A. Stein

**Declaration**

I solemnly affirm under the penalties of perjury that the contents of the foregoing affidavit are true to the best of my knowledge, information and belief.

_____
Jacob A. Stein

Dated: May 4, 2004

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent by first class U.S. Mail, postage prepaid, to the following counsel of record:

David Crystal, II, Esq.
Gilbride Tusa Last & Spellane LLC
420 Lexington Avenue
New York, NY 10170-0105

Dated at Bridgeport, Connecticut this 7th day of May, 2004.

Jacob D. Zeldes