

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT PAYNE and PAYNE INVESTMENTS LLC, | : |
| Plaintiffs, | : NO. 2:02CV2234 (AWT) |
| -vs- | : |
| TAYLOR VISION RESOURCES, TAYLOR STRATEGIC ACQUISITIONS, TAYLOR STRATEGIC DIVESTITURES, and TAYLOR FINANCIAL SERVICES LLC, all defendants collectively operating under the name TAYLOR COMPANIES, | : |
| Defendants. | : MAY 7, 2004 |

**FILED** 2004 MAY 10 A 11: 03 U.S. DISTRICT COURT HARTFORD, CT.

### MOTION FOR ADMISSION OF VISITING LAWYER, JACOB A. STEIN, ESQ.

1.  In accordance with the requirements of Local Rule 83.1(d)(1), the affidavit attached as Exhibit 1 to this motion is presented to the Court and it represents that Jacob A. Stein, Esq. meets all qualifications for admission pro hac vice.

2.  A check for the requisite fee $25.00 accompanies this motion.

3.  The undersigned has conferred with counsel for Plaintiffs who opposes this motion on the grounds that Plaintiffs intend to take the deposition of Mr. Stein. Plaintiffs have not designated the exact area of inquiry they seek to pursue with Mr. Stein in order to see that a stipulation of facts could be accomplished.

FILED 2004 MAY 15 P 4:13 U.S. DISTRICT COURT HARTFORD, CT

GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   5/14/04