**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
----------------------------------x
ROBERT PAYNE and PAYNE            :
INVESTMENTS, LLC                  :
                                  :
          Plaintiffs,             :
v.                                :   Civ No. 3:02CV02234(AWT)
                                  :
TAYLOR VISION RESOURCES,          :
TAYLOR STRATEGIC ACQUISITIONS,    :
TAYLOR STRATEGIC DIVESTITURES,    :
and TAYLOR FIN. SERVS.            :
LLC, collectively operating       :
under the name TAYLOR COS.        :
                                  :
          Defendants.             :
----------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

_____   All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

_____   A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

_____   To supervise discovery and resolve discovery disputes (orefmisc./dscv)

  X    A ruling on the following motion(s), which is/are currently pending:(orefm.)
- Doc.# <u>22</u> <u>Defendants' Motion for Protective Order</u>

_____   A settlement conference (orefmisc./cnf)

_____   A conference to discuss the following:  (orefmisc./cnf)
_____

_____   Other:  (orefmisc./misc)_____

SO ORDERED this 28th day of May 2004, at Hartford, Connecticut.

                                             /s/
                                  Alvin W. Thompson
                         United States District Judge