UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------------------

ROBERT PAYNE and PAYNE INVESTMENTS LLC,

               Plaintiffs,

               -against-

TAYLOR VISION RESOURCES, TAYLOR STRATEGIC ACQUISITIONS, TAYLOR STRATEGIC DIVESTITURES, and TAYLOR FINANCIAL SERVICES LLC, all defendants collectively operating under the name TAYLOR COMPANIES,

               Defendants.

No. 202CV2234 (AWT)

FILED 2004 MAY 19 A 11:16 U.S. DISTRICT COURT HARTFORD, CT

-------------------------------------------------------------------

**MOTION FOR RECONSIDERATION
ON MOTION FOR ADMISSION OF VISITING
LAWYER, JACOB A. STEIN, ESQ.**

STATE OF CONNECTICUT  )
                            ) ss:
COUNTY OF FAIRFIELD    )

DAVID CRYSTAL II, being duly sworn deposes and says:

1. Your deponent is a member of the law firm of Gilbride, Tusa, Last & Spellane LLC and submits this Affidavit in Support of the Motion to Reconsider on the Motion for Admission of Visiting Lawyer, Jacob A. Stein, Esq. and in opposition thereto.

DENIED at a hearing on the record June 11, 2004. It is so ordered.
Alvin W. Thompson    Hartford, CT    6/17/2004

FILED 2004 JUN 18 P 2:48 U.S. DISTRICT COURT HARTFORD, CT