FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 FEB 27 P 4: 34

US DISTRICT COURT
HARTFORD CT

---------------------------------------------------------

ROBERT PAYNE and PAYNE INVESTMENTS :
LL.
              Plaintiffs, :

               :  No. 202CV2234 (AWT)

     -against- :

TAYLOR VISION RESOURCES, TAYLOR
STRATEGIC ACQUISITIONS, TAYLOR :
STRATEGIC DIVESTITURES, and TAYLOR
FINANCIAL SERVICES LLC, all defendants :
collectively operating under the name
TAYLOR COMPANIES, :

             Defendants. :  FEBRUARY 26, 2004

---------------------------------------------------------

**REPORT OF PARTIES PLANNING MEETING**

Date Complaint Filed: December 18, 2002

Date Complaint Served: January 9, 2003

Date of Defendants' formal Appearance: October 15, 2003; date of Defendant's filing of Motion on Consent for Extension of Time to Respond to Complaint: February 6, 2003; date of Defendant's filing of Motion to Transfer Venue to the District of Columbia: February 27, 2003; date of Court's ruling on Motion to Transfer: September 23, 2003; date of Defendant's filing of Answer: November 21, 2003.

FILED 2004 JUN 19 P 3:55 U.S. DISTRICT COURT HARTFORD, CT

This 26 (f) Report is hereby APPROVED. Discovery shall be completed by 9/30/04. Dispositive motions, if any, shall be filed on or before 10/31/04. A Joint Trial Memorandum Order will be issued after the dispositive motions deadline has passed. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   6/19/04