CT/cvmhrg (6/18/04)

HONORABLE __Thompson____

DEPUTY CLERK _____ RPTR/ERO/TAPE __Warner_____

TOTAL TIME: ____ hours ____ minutes

DATE ____6/11/04_____    START TIME ___10:30am____   END TIME __10:40am_____
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. __3:02CV2234_____

PAYNE

§                    _J. Donahue, D. Crystal_____
§                            Plaintiffs Counsel
vs.                                 §        ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§              _J. Zeldes, J. Thompson, A. Mucciolo___
TAYLOR VISION                        §                        Defendants Counsel
§

## COURTROOM MINUTES - CIVIL (check one box)

☒ (mhrgh) Motion Hearing        ☐ (confmhrg.) Confirmation Hearing   ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing ☐ (evidhrg.) Evidentiary Hearing     ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing ☐ (fairhrg.) Fairness Hearing       ☐ (stlmthrg.) Settlement Hearing

MOTION
DOCUMENT NO.

| | | | | |
|---|---|---|---|---|
| ☒ ....  # 25 | Motion __for reconsideration–denied_____ | ☐ granted | ☒ denied | ☐ advisement |
| ☐ .... # | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... # | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... # | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... # | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... # | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... # | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |

☐ .........  ☐ Brief(s) due _____  ☐ Proposed Findings due _____  Response due _____

| | | | |
|---|---|---|---|
| ☐ ......... | _____ | ☐ filed | ☐ docketed |
| ☐ ......... | _____ | ☐ filed | ☐ docketed |
| ☐ ......... | _____ | ☐ filed | ☐ docketed |
| ☐ ......... | _____ | ☐ filed | ☐ docketed |
| ☐ ......... | _____ | ☐ filed | ☐ docketed |
| ☐ ......... | _____ | ☐ filed | ☐ docketed |
| ☐ ......... | _____ | ☐ filed | ☐ docketed |
| ☐ ......... | _____ | ☐ filed | ☐ docketed |
| ☐ ......... | _____ | ☐ filed | ☐ docketed |
| ☐ ......... | _____ | ☐ filed | ☐ docketed |

☐ .........  _____ Hearing continued until _____ at _____