UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------X

ROBERT PAYNE and PAYNE
INVESTMENTS LLC,

                Plaintiffs,

-against-

TAYLOR VISION RESOURCES,
TAYLOR STRATEGIC ACQUSITIONS,
TAYLOR STRATEGIC DIVESTITURES,
and TAYLOR FINANCIAL SERVICES LLC,
all defendants collectively operating
under the name TAYLOR COMPANIES,

                Defendants.
------------------------------------------------------------X

FILED
2004 JUN 18 A 11: 23
U.S. DISTRICT COURT
HARTFORD, CT

Index No. 3:02CV2234 (AWT)

**CONFIDENTIALITY STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned and ORDERED that:

1. For purposes of this stipulation and order, "Confidential Information" means any information or document that is designated confidential by a party. A party wishing to designate a document or information Confidential Information shall mark it "Confidential" or otherwise indicate in writing that the document or information shall be treated as Confidential Information pursuant to this stipulation and order. Confidential Information disclosed at a deposition shall be designated as such by asking the stenographer to mark the transcript accordingly. Any party objecting to the designation of material as Confidential Information shall do so in writing within fourteen (14) business days of the receipt of designation of the material as such. If, within ten (10) business days from notice of the objection, the parties cannot resolve the dispute concerning whether

APPROVED and SO ORDERED.

ALVIN W. THOMPSON, U.S.D.J.
HARTFORD, CT   6/22/04