# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ROBERT PAYNE, ET AL,                           APPEARANCE

    Plaintiffs,

v.                               CASE NUMBER: 3:02CV2234(AWT)

TAYLOR VISION RESOURCES, ET AL,

    Defendants.

FILED 2004 JUN 23 A 10: 42 U.S. DISTRICT COURT HARTFORD, CT.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:   Defendants Taylor Companies

---

June 22, 2004
Date

ct25937
Connecticut Federal Bar Number

202 737-7777
Telephone Number

202 296-8312
Fax Number

jstein@steinmitchell.com
E-mail address

Signature: Jacob A. Stein

Print Clearly or Type Name: Stein, Mitchell & Mezines

Address: 1100 Connecticut Av. N.W.

Washington, DC 20036

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

    David Crystal, II, Esq.
    Gilbride Tusa Last & Spellane LLC
    420 Lexington Avenue
    New York, NY 10170-0105

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.