UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUL 16 P 4:50
U.S. DISTRICT COURT
HARTFORD, CT.

Robert Payne and Payne Investments, LLC.

v

Taylor Vision

**APPEARANCE**

CASE NUMBER: 2:02 CV 2234 (AWT)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Robert Payne, et al.

___7/16/04___
Date

_____
Connecticut Federal Bar Number

___212-692-9666___
Telephone Number

___/s/ JPD___
Signature

James P. Donohue Jr.
Print Clearly or Type Name

420 Lexington Ave
Address
N.Y. N.Y. 10170

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing Appearance was mailed on this date to the following: