FILED

2004 OCT 15 A 11: 24

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT PAYNE and PAYNE
INVESTMENTS LLC,

          Plaintiffs,          Index No. 3:02CV2234 (AWT)

      -against-

TAYLOR VISION RESOURCES,
TAYLOR STRATEGIC ACQUSITIONS,
TAYLOR STRATEGIC DIVESTITURES,
and TAYLOR FINANCIAL SERVICES LLC,
all defendants collectively operating
under the name TAYLOR COMPANIES,    October 12, 2004

          Defendants.

## MOTION ON CONSENT FOR EXTENSION OF TIME
## TO COMPLETE DISCOVERY

Plaintiffs Robert Payne and Payne Investments LLC ("Payne") hereby move for an extension of time until February 28, 2005 to complete all discovery. The reasons for this request are due to the facts A) Discovery of Defendants was stayed on Defendants Motion for Protective Order and once granted, and the location moved to Washington, D.C., was further delayed by the fact that Payne's lead counsel James P. Donohue, Jr. was incapacitated by back ailment and not allowed to travel to Washington, D.C. and B) where depositions of individuals connected with defendants are to take place. Mr. Donohue is now recovered to allow such travel.

The undersigned has spoken with attorney Jacob D. Zeldes, counsel to defendants and he consents to this extension of time. This is the first request for an extension of this deadline.

_____
David Crystal II (CT24276)
Gilbride, Tusa, Last & Spellane LLC
420 Lexington Avenue, Suite 3005
New York, New York 10170
(212) 692-9666
(Fax (212) 661-6328
Email: **pg@gtlsny.com**

Attorneys for Plaintiffs
Robert Payne and Payne
    Investments LLC

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing has been sent via first class U.S. mail, postage prepaid, to the following counsel of record:

Jacob D. Zeldes, Esq.
Zeldes, Needle & Cooper
1000 Lafayette Blvd.
Bridgeport, CT 06601
(203) 333-9441

Dated at New York, New York this 12th day of October, 2004.

_____
David Crystal II (CT24276)