UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT PAYNE and PAYNE INVESTMENTS LLC, | : | |
| | : | |
| Plaintiffs, | : | NO. 202CV2234 (AWT) |
| | : | |
| -vs- | : | |
| | : | |
| TAYLOR VISION RESOURCES, TAYLOR STRATEGIC ACQUISITIONS, TAYLOR STRATEGIC DIVESTITURES, and TAYLOR FINANCIAL SERVICES LLC, all defendants collectively operating under the name TAYLOR COMPANIES, | : | |
| | : | |
| Defendants. | : | NOVEMBER 9, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Now comes the undersigned counsel, Joel H. Thompson, and pursuant to Local Civil Rule 7(e), respectfully requests leave of this Court to withdraw his appearance as counsel for the Defendants in the above-captioned matter. The undersigned counsel is preparing to move out of this District, and Defendants have been and will continue to be represented by Jacob D. Zeldes and Sarah W. Poston of Zeldes, Needle & Cooper, P.C.

Pursuant to Local Civil Rule 7(e), a copy of this motion is being served upon Defendants by certified mail.

For the foregoing reasons, the undersigned counsel respectfully requests that this motion be granted and that his appearance be withdrawn.

                                                   /s/
                          Joel H. Thompson (ct24654)

                          Zeldes, Needle & Cooper
                          A Professional Corporation
                          1000 Lafayette Boulevard
                          Bridgeport, CT 06604
                          Tel: (203) 333-9441
                          Fax: (203) 333-1489
                          Email: jzeldes@znclaw.com
                          jthompson@znclaw.com

                          Attorneys for Defendants
                          Taylor Vision Resources, Taylor
                          Strategic Acquisitions, Taylor
                          Strategic Divestitures and Taylor
                          Financial Services LLC
                          collectively "Taylor Companies"

<u>CERTIFICATION</u>

This is to certify that a copy of the foregoing has been sent via first class U.S. Mail, postage prepaid, to the following counsel of record:

>David Crystal, II, Esq.
>GILBRIDE TUSA LAST & SPELLANE LLC
>420 Lexington Avenue
>New York, NY  10170-0105

Dated at Bridgeport, Connecticut this 9th day of November 2004.

_____/s/
Joel H. Thompson