FILED
2004 OCT 15 A II: 24
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT PAYNE and PAYNE
INVESTMENTS LLC,

        Plaintiffs,

-against-

TAYLOR VISION RESOURCES,
TAYLOR STRATEGIC ACQUSITIONS,
TAYLOR STRATEGIC DIVESTITURES,
and TAYLOR FINANCIAL SERVICES LLC,
all defendants collectively operating
under the name TAYLOR COMPANIES,

        Defendants.

Index No. 3:02CV2234 (AWT)

October 12, 2004

### MOTION ON CONSENT FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

Plaintiffs Robert Payne and Payne Investments LLC ("Payne") hereby move for an extension of time until February 28, 2005 to complete all discovery. The reasons for this request are due to the facts A) Discovery of Defendants was stayed on Defendants Motion for Protective Order and once granted, and the location moved to Washington, D.C., was further delayed by the fact that Payne's lead counsel James P. Donohue, Jr. was incapacitated by back ailment and not allowed to travel to Washington, D.C. and B) where depositions of individuals connected with defendants are to take place. Mr. Donohue is now recovered to allow such travel.

GRANTED. Discovery shall be completed by February 28, 2005. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT  11/12/2004

FILED
2004 NOV 12 P 5: 1
U.S. DISTRICT COURT
HARTFORD, CT.