D #44

ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 NOV 10 A 10: 15
U.S. DISTRICT COURT
HARTFORD, CT.

ROBERT PAYNE and PAYNE INVESTMENTS LLC,

    Plaintiffs,

-vs-

TAYLOR VISION RESOURCES,
TAYLOR STRATEGIC ACQUISITIONS,
TAYLOR STRATEGIC DIVESTITURES,
and TAYLOR FINANCIAL SERVICES
LLC, all defendants collectively operating
under the name TAYLOR COMPANIES,

    Defendants.

NO. 202CV2234 (AWT)

NOVEMBER 9, 2004

## MOTION TO WITHDRAW APPEARANCE

Now comes the undersigned counsel, Joel H. Thompson, and pursuant to Local Civil Rule 7(e), respectfully requests leave of this Court to withdraw his appearance as counsel for the Defendants in the above-captioned matter. The undersigned counsel is preparing to move out of this District, and Defendants have been and will continue to be represented by Jacob D. Zeldes and Sarah W. Poston of Zeldes, Needle & Cooper, P.C.

Pursuant to Local Civil Rule 7(e), a copy of this motion is being served upon Defendants by certified mail.

GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford CT  11/17/04