UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT PAYNE and PAYNE INVESTMENTS LLC, | : | Civil Action |
| | : | |
| Plaintiffs, | : | No. 3:02 CV 2234 (AWT) |
| | : | |
| v. | : | |
| | : | |
| TAYLOR VISION RESOURCES, TAYLOR STRATEGIC ACQUISITIONS, TAYLOR STRATEGIC DIVESTITURES, and TAYLOR FINANCIAL SERVICES LLC, all defendants collectively operating under the name TAYLOR COMPANIES, | : | |
| | : | |
| Defendants. | : | January 28, 2005 |

## **APPEARANCE**

Please enter my appearance as attorney for the defendants, Taylor Vision Resources, Taylor Strategic Acquisitions, Taylor Strategic Divestitures, and Taylor Financial Services LLC, in the above-referenced matter.

        TAYLOR VISION RESOURCES,
        TAYLOR STRATEGIC ACQUISITIONS,
        TAYLOR STRATEGIC DIVESTITURES,
        and TAYLOR FINANCIAL SERVICES LLC


    By:_____
       Douglas J. Varga (ct18885)

        ZELDES, NEEDLE & COOPER, P.C.
        1000 Lafayette Blvd.
        P.O. Box 1740
        Bridgeport, CT 06601-1740
        Telephone:  (203) 333-9441
        Facsimile:  (203) 333-1489
        E-Mail:  dvarga@znclaw.com

Their Attorneys

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent via U.S. Mail, postage prepaid, this date to:

>David Crystal, II, Esq.
>James P. Donahue, Jr., Esq.
>Gilbride Tusa Last & Spellane LLC
>420 Lexington Avenue
>New York, NY  10170-0105
>
>Jacob A. Stein, Esq.
>Stein, Mitchell & Mezines
>1100 Connecticut Avenue, N.W. 11th Floor
>Washington, DC 20036

Dated at Bridgeport, Connecticut this 28th day of January, 2005.

_____
Douglas J. Varga