UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT PAYNE and PAYNE INVESTMENTS LLC, | : : : | Civil Action |
| Plaintiffs, | : : | No. 3:02 CV 2234 (AWT) |
| v. | : : : | |
| TAYLOR VISION RESOURCES, TAYLOR STRATEGIC ACQUISITIONS, TAYLOR STRATEGIC DIVESTITURES, and TAYLOR FINANCIAL SERVICES LLC, all defendants collectively operating under the name TAYLOR COMPANIES, | : : : : : : : : | |
| Defendants. | : | February 7, 2005 |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Plaintiffs Robert Payne and Payne Investments LLC, and defendants Taylor Vision Resources, Taylor Strategic Acquisitions, Taylor Strategic Divestitures, and Taylor Financial Services LLC, by their respective attorneys, hereby move this Court to amend the scheduling order in this case by extending all current deadlines by approximately 40 days. In support of their motion, the parties state as follows:

1. The current scheduling order requires completion of all discovery by February 28, 2005. The parties, however, have been unable to complete depositions because of delays in the completion of document discovery and unexpected scheduling conflicts for both witnesses and counsel.

2. In light of the foregoing, the parties propose the following amendments to the scheduling order:

| | |
|---|---|
| Completion of Discovery: | April 15, 2005 |
| Plaintiffs to designate trial experts and submit reports pursuant to Fed.R.Civ.P. 26(a)(2): | May 13, 2005; |
| Defendants to complete depositions of Plaintiffs' experts: | June 10, 2005; |
| Defendants to designate trial experts and submit reports pursuant to Fed. R. Civ. P. 26(a)(2): | July 8, 2005; |
| Plaintiffs to complete depositions of Defendants' experts: | August 5, 2005; |
| Dispositive Motions: | August 5, 2005 |
| Joint Trial Memorandum: | September 2, 2005, or 30 days after the Court's decision on any dispositive motions. |
| Trial Ready Date: | September 2, 2005, or 30 days after the Court's decision on any dispositive motions. |

3.  Plaintiffs' counsel, James P. Donohue, Jr., has authorized the undersigned to represent to this Court that plaintiffs join in this motion.

4.  This motion is made in good faith and, in accordance with Fed.R.Civ.P. 11, is not brought for purposes of harassment or delay. The parties submit that the granting of this motion will serve the interests of justice and will prejudice neither the parties nor the Court.

5.  This is the parties' second request for an amendment of the scheduling order in this case.

3

WHEREFORE, the plaintiffs and defendant respectfully request that this Court enter an order amending the current scheduling order as requested herein.

>DEFENDANTS
>TAYLOR VISION RESOURCES,
>TAYLOR STRATEGIC ACQUISITIONS,
>TAYLOR STRATEGIC DIVESTITURES,
>and TAYLOR FINANCIAL SERVICES LLC

By: <u>    /s/ Sarah W. Poston</u>
    Douglas J. Varga (ct18885)
    Sarah W. Poston (ct19702)

>ZELDES, NEEDLE & COOPER, P.C.
>1000 Lafayette Blvd.
>P.O. Box 1740
>Bridgeport, CT 06601-1740
>Telephone:  203-333-9441
>Facsimile:  203-333-1489
>E-Mail:  dvarga@znclaw.com

Their Attorneys

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent via United States Mail, postage prepaid, on this date, to:

>James P. Donohue, Jr., Esq.
>Gilbride Tusa Last & Spellane LLC
>420 Lexington Avenue
>New York, NY  10170-0105
>
>Jacob A. Stein, Esq.
>Stein, Mitchell & Mezines
>1100 Connecticut Avenue, N.W. 11th Floor
>Washington, DC 20036

Dated at Bridgeport, Connecticut this 7th day of February, 2005.

>/s/ Sarah W. Poston
>Sarah W. Poston