GRANTED. Discovery shall be completed by April 15, 2005. Dispositive motions, if any, shall be filed on or before August 5, 2005. It is so ordered.

Alvin W. Thompson, U.S.D.J. Hartford, CT 2/17/05

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT PAYNE and PAYNE INVESTMENTS LLC, | : Civil Action |
| Plaintiffs, | : No. 3:02 CV 2234 (AWT) |
| v. | : |
| TAYLOR VISION RESOURCES, TAYLOR STRATEGIC ACQUISITIONS, TAYLOR STRATEGIC DIVESTITURES, and TAYLOR FINANCIAL SERVICES LLC, all defendants collectively operating under the name TAYLOR COMPANIES, | : |
| Defendants. | : February 7, 2005 |

FILED 2005 FEB -8 A 10: 56 U.S. DISTRICT COURT HARTFORD, CT

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiffs Robert Payne and Payne Investments LLC, and defendants Taylor Vision Resources, Taylor Strategic Acquisitions, Taylor Strategic Divestitures, and Taylor Financial Services LLC, by their respective attorneys, hereby move this Court to amend the scheduling order in this case by extending all current deadlines by approximately 40 days. In support of their motion, the parties state as follows:

1. The current scheduling order requires completion of all discovery by February 28, 2005. The parties, however, have been unable to complete depositions because of delays in the completion of document discovery and unexpected scheduling conflicts for both witnesses and counsel.

2. In light of the foregoing, the parties propose the following amendments to the scheduling order: