UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT PAYNE and PAYNE INVESTMENTS LLC, | : : : | Civil Action |
| Plaintiffs, | : : | No. 3:02 CV 2234 (AWT) |
| v. | : : | |
| TAYLOR VISION RESOURCES, TAYLOR STRATEGIC ACQUISITIONS, TAYLOR STRATEGIC DIVESTITURES, and TAYLOR FINANCIAL SERVICES LLC, all defendants collectively operating under the name TAYLOR COMPANIES, | : : : : : : : : | |
| Defendants. | : | April 13, 2005 |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiffs Robert Payne and Payne Investments LLC, and defendants Taylor Vision Resources, Taylor Strategic Acquisitions, Taylor Strategic Divestitures, and Taylor Financial Services LLC hereby move this Court to amend the scheduling order in this case by extending certain of the Court's current deadlines by approximately 30 days.  In support of their motion, the parties state as follows:

1.  The current scheduling order requires completion of all discovery by April 15, 2005.  The plaintiffs conducted the depositions of eight (8) individuals in Washington, D.C. during the week of March 14, 2005, and have, this week, issued additional document requests based on the deposition testimony.  In addition, the plaintiffs anticipate the need to take one additional deposition.  Defendants have also been unable to complete necessary depositions.  Specifically, the defendants must complete the deposition of the plaintiff and anticipate the need to conduct two to four additional depositions to prepare this case for trial.

Scheduling of these depositions has been difficult because three of the prospective deponents reside in Michigan, Texas and Great Britain. Another deponent is an accountant, and defendants anticipate that his schedule during tax season will make it difficult to complete a deposition within the current discovery deadline. Moreover, plaintiffs' counsel recently has been involved in protracted settlement hearings, which has prevented him from assisting in the scheduling of these depositions.

      2.      In light of the foregoing, the parties propose the following amendments to the scheduling order:

| | |
|---|---|
| Completion of Discovery: | May 17, 2005 |
| Plaintiffs to designate trial experts and submit reports pursuant to Fed.R.Civ.P. 26(a)(2): | June 1, 2005; |
| Defendants to complete depositions of Plaintiffs' experts: | July 21, 2005; |
| Defendants to designate trial experts and submit reports pursuant to Fed. R. Civ. P. 26(a)(2): | July 15, 2005; |
| Plaintiffs to complete depositions of Defendants' experts: | August 5, 2005; |
| Dispositive Motions: | August 5, 2005 |
| Joint Trial Memorandum: | September 2, 2005, or 30 days after the Court's decision on any dispositive motions. |
| Trial Ready Date: | September 2, 2005, or 30 days after the Court's decision on any dispositive motions. |

3. Plaintiffs' counsel, James P. Donohue, Jr., has authorized the undersigned to represent to this Court that plaintiffs join in this motion.

4. This motion is made in good faith and, in accordance with Fed.R.Civ.P. 11, is not brought for purposes of harassment or delay.  The parties submit that the granting of this motion will serve the interests of justice and will prejudice neither the parties nor the Court. The parties note that the amendment requested herein will not affect the current scheduling order regarding for the filing of dispositive motions, submission of the final pretrial order, and the trial ready date.

5. This is the fourth request for an amendment of the scheduling order in this case.

WHEREFORE, the parties respectfully request that this Court enter an order amending the current scheduling order as requested herein.

        DEFENDANTS, TAYLOR VISION RESOURCES,
        TAYLOR STRATEGIC ACQUISITIONS,
        TAYLOR STRATEGIC DIVESTITURES,
        and TAYLOR FINANCIAL SERVICES LLC

By: /s/ Sarah W. Poston
    Douglas J. Varga (ct18885)
    Sarah W. Poston (ct19702)

        ZELDES, NEEDLE & COOPER, P.C.
        1000 Lafayette Blvd.
        P.O. Box 1740
        Bridgeport, CT 06601-1740
        Telephone:  203-333-9441
        Facsimile:  203-333-1489
        E-Mail:  dvarga@znclaw.com

Their Attorneys

THE PLAINTIFFS,
ROBERT PAYNE
and PAYNE INVESTMENTS LLC


By /s/_____
   James P. Donohue, Jr., Esq. (ct 25763)

   Gilbride Tusa Last & Spellane LLC
   420 Lexington Avenue
   New York, NY  10170-0105
   Telephone:  (212) 692-9666
   Fax:  (212) 661-6328
   Email:  jpd@gtlsny.com


Their Attorneys

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent via United States Mail, postage prepaid, on this date, to:

>James P. Donohue, Jr., Esq.
>Gilbride Tusa Last & Spellane LLC
>420 Lexington Avenue
>New York, NY  10170-0105
>
>Jacob A. Stein, Esq.
>Stein, Mitchell & Mezines
>1100 Connecticut Avenue, N.W. 11th Floor
>Washington, DC 20036

Dated at Bridgeport, Connecticut this 13th day of April, 2005.

>  /s/ Sarah W. Poston
>Sarah W. Poston