**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
ROBERT PAYNE and PAYNE         :
INVESTMENTS, LLC               :
                               :
        Plaintiffs,            :
v.                             :    Civ No. 3:02CV02234(AWT)
                               :
TAYLOR VISION RESOURCES,       :
TAYLOR STRATEGIC ACQUISITIONS, :
TAYLOR STRATEGIC DIVESTITURES, :
and TAYLOR FIN. SERVS.         :
LLC, collectively operating    :
under the name TAYLOR COS.     :
                               :
        Defendants.            :
-------------------------------x
```

**ENDORSEMENT ORDER**

The parties' Joint Motion to Amend Scheduling Order (Doc. No. 50) is hereby GRANTED.  Discovery shall be completed by May 17, 2005.  Dispositive motions, if any, shall be filed on or before August 5, 2005.

It is so ordered.

Dated this 15th day of April 2005, at Hartford, Connecticut.

                                             /s/
                                   Alvin W. Thompson
                           United States District Judge