UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT PAYNE and PAYNE INVESTMENTS LLC, | : | Civil Action |
| | : | |
| Plaintiffs, | : | No. 3:02 CV 2234 (AWT) |
| v. | : | |
| | : | |
| TAYLOR VISION RESOURCES, TAYLOR STRATEGIC ACQUISITIONS, TAYLOR STRATEGIC DIVESTITURES, and TAYLOR FINANCIAL SERVICES LLC, all defendants collectively operating under the name TAYLOR COMPANIES, | : | |
| | : | |
| Defendants. | : | May 16, 2005 |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiffs Robert Payne and Payne Investments LLC, and defendants Taylor Vision Resources, Taylor Strategic Acquisitions, Taylor Strategic Divestitures, and Taylor Financial Services LLC hereby move this Court to amend the scheduling order in this case by extending the Court's current deadlines solely with respect to completion of fact discovery (28 days) and the disclosure of plaintiff's expert witnesses, if any (13 days).  In support of their motion, the parties state as follows:

1.     The current scheduling order requires completion of all discovery by May 17, 2005.  The parties have been working diligently to complete their discovery within the current deadline.  The plaintiffs conducted the depositions of eight (8) individuals in Washington, D.C. during the week of March 14, 2005, and have requested additional documents based on the deposition testimony to which the defendants have not yet responded.  On April 13, 2005, the

defendants completed the depositions of the plaintiff and his accountant. The defendants, however, have been unable to schedule and complete the depositions of three non-party witnesses who reside, respectively, in Paris, France; London, England; and Houston, Texas. The defendants must complete these depositions to prepare this case for trial. In addition, Plaintiff has indicated that he may require a third party deposition of an out of state witness based on the testimony of these three witnesses.

2. In light of the foregoing, the parties propose the following amendments to the scheduling order:

| | |
|---|---|
| Completion of Fact Discovery: | June 14, 2005 |
| Plaintiffs to designate trial experts and submit reports pursuant to Fed.R.Civ.P. 26(a)(2): | June 21, 2005; |
| Defendants to complete depositions of Plaintiffs' experts: | July 15, 2005; |
| Defendants to designate trial experts and submit reports pursuant to Fed. R. Civ. P. 26(a)(2): | July 15, 2005; |
| Plaintiffs to complete depositions of Defendants' experts: | August 5, 2005; |
| Dispositive Motions: | August 5, 2005 |
| Joint Trial Memorandum: | September 2, 2005, or 30 days after the Court's decision on any dispositive motions. |
| Trial Ready Date: | September 2, 2005, or 30 days after the Court's decision on any dispositive motions. |

3.       This motion is made in good faith and, in accordance with Fed.R.Civ.P. 11, is not brought for purposes of harassment or delay.  The parties submit that the granting of this motion will serve the interests of justice and will prejudice neither the parties nor the Court.  The parties note that the amendment requested herein will not affect the current scheduling order regarding for the filing of dispositive motions, submission of the final pretrial order, and the trial ready date.

4.       This is the fifth request for an amendment of the scheduling order in this case.

WHEREFORE, the parties respectfully request that this Court enter an order amending the current scheduling order as requested herein.

        DEFENDANTS, TAYLOR VISION RESOURCES,
        TAYLOR STRATEGIC ACQUISITIONS,
        TAYLOR STRATEGIC DIVESTITURES,
        and TAYLOR FINANCIAL SERVICES LLC

By: /s/ Sarah W. Poston
Douglas J. Varga (ct18885)
Sarah W. Poston (ct19702)

    ZELDES, NEEDLE & COOPER, P.C.
    1000 Lafayette Blvd.
    P.O. Box 1740
    Bridgeport, CT 06601-1740
    Telephone: 203-333-9441
    Facsimile: 203-333-1489
    E-Mail: dvarga@znclaw.com

Their Attorneys

THE PLAINTIFFS,
ROBERT PAYNE
and PAYNE INVESTMENTS LLC

By /s/
James P. Donohue, Jr., Esq. (ct 25763)

    Gilbride Tusa Last & Spellane LLC
    420 Lexington Avenue
    New York, NY 10170-0105
    Telephone: (212) 692-9666
    Fax: (212) 661-6328
    Email: jpd@gtlsny.com

Their Attorneys

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent via United States Mail, postage prepaid, on this date, to:

> James P. Donohue, Jr., Esq.
> Gilbride Tusa Last & Spellane LLC
> 420 Lexington Avenue
> New York, NY  10170-0105
>
> Jacob A. Stein, Esq.
> Stein, Mitchell & Mezines
> 1100 Connecticut Avenue, N.W. 11th Floor
> Washington, DC 20036

Dated at Bridgeport, Connecticut this 16th day of May, 2005.

_____/s/_____
Sarah W. Poston