UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------x
ROBERT PAYNE and PAYNE         :
INVESTMENTS, LLC               :
                               :
        Plaintiffs,            :
v.                             :   Civ No. 3:02CV02234(AWT)
                               :
TAYLOR VISION RESOURCES,       :
TAYLOR STRATEGIC ACQUISITIONS, :
TAYLOR STRATEGIC DIVESTITURES, :
and TAYLOR FIN. SERVS.         :
LLC, collectively operating    :
under the name TAYLOR COS.     :
                               :
        Defendants.            :
-------------------------------x
```

**ENDORSEMENT ORDER**

The parties' Joint Motion to Amend Scheduling Order (Doc. No. 52) is hereby GRANTED. Discovery shall be completed by August 5, 2005. Dispositive motions, if any, shall be filed on or before August 5, 2005. A Joint Trial Memorandum Order will be issued after the dispositive motions deadline has passed.

It is so ordered.

Dated this 24th day of May 2005, at Hartford, Connecticut.

                              /s/
                        Alvin W. Thompson
                     United States District Judge