UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
ROBERT PAYNE, and                    :
PAYNE INVESTMENTS LLC
                                     :
     v.                                   CASE NO. 3:02CV2234 (AWT)
                                     :
TAYLOR VISION RESOURCES,
TAYLOR STRATEGIC ACQUISITIONS,       :
TAYLOR STRATEGIC DIVESTITURES,
TAYLOR FINANCIAL SERVICES LLC,       :
all defendants collectively
operating under the name             :
TAYLOR COMPANIES
```

J U D G M E N T

    Notice having been given on March 23, 2006 to counsel of record of the proposed dismissal of this case pursuant to Rule 41 of the Rules of Civil Procedure for the United States District Court for the District of Connecticut, and no action having been taken and no satisfactory explanation having been submitted to the court within twenty (20) days thereafter,

    It is accordingly ORDERED that this case be and is hereby dismissed for want of prosecution.

    Dated at Hartford, Connecticut this 2nd day of May, 2006.

                                              Kevin F. Rowe, Clerk
                                              United States District Court

                              By: _____
                                         Sandra Smith
                                         Deputy Clerk