# E XHIBIT A

## Heather Pucillo

**From:** CMECF@ctd.uscourts.gov
**Sent:** Monday, March 27, 2006 3:26 PM
**To:** CMECF@ctd.uscourts.gov
**Subject:** Activity in Case 3:02-cv-02234-AWT Payne, et al v. Taylor Vision, et al "Notice"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Connecticut

Notice of Electronic Filing

The following transaction was received from Ferguson, L. entered on 3/27/2006 at 3:26 PM EST and filed on 3/23/2006
**Case Name:** Payne, et al v. Taylor Vision, et al
**Case Number:** 3:02-cv-2234
**Filer:**
**Document Number:** 54

**Docket Text:**
NOTICE TO COUNSEL - Dismissal due by 4/12/2006. Signed by Clerk on 3/23/06. (Ferguson, L.)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1034868047 [Date=3/27/2006] [FileNumber=834361-0]
[3655d081209ab3987bcb82da30ff4454ca47315abdd766e50a3264045112acfdd52e
2a67de579df36d455674dd6d012032776163c4249383bb04487dafef6ad6]]

**3:02-cv-2234 Notice will be electronically mailed to:**

David Crystal , II    pg@gtlsny.com,

James P. Donohue , Jr    jpd@gtlsny.com,

Sarah W. Poston    sposton@znclaw.com,

Douglas John Varga    dvarga@znclaw.com, hpucillo@znclaw.com

Jacob D. Zeldes    jzeldes@znclaw.com

**3:02-cv-2234 Notice will be delivered by other means to:**

3/27/2006

Jacob A. Stein
Stein, Mitchell & Mezines
1100 Connecticut Ave., N.W.
Washington, DC 20036

--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.1.385 / Virus Database: 268.3.2/293 - Release Date: 3/26/2006

3/27/2006

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ROBERT PAYNE, ET AL.           :

    v.                         :   CASE NO. 3:02CV2234 (AWT)

TAYLOR VISION RESOURCES, ET AL. :

NOTICE TO COUNSEL
PURSUANT TO LOCAL RULE 41(a)

    Rule 41 of the Local Rules of this District provides:

    "In civil actions in which no action has been taken by the parties for six (6) months or in which deadlines established by the court pursuant to Rule 11 appear not to have been met, the clerk shall give notice of proposed dismissal to counsel of record.  If such notice has been given and no action has been taken in the action in the meantime and no satisfactory explanation is submitted to the court within twenty (20) days thereafter, the clerk shall enter an order of dismissal.  Any such order entered by the clerk under this rule may be suspended, altered, or rescinded by the court for cause shown."

    The case below is subject to being dismissed under this rule.  Unless a satisfactory explanation of why it should not be dismissed is submitted to the court within twenty (20) days of the date of this notice, by April 12, 2006, it will be dismissed.

    Dated at Hartford, Connecticut this 23rd day of March, 2006.

                                 KEVIN F. ROWE, CLERK
                                 UNITED STATES DISTRICT COURT


                      By:  _____/ s /_____
                           Sandra Smith
                           Deputy Clerk