# E XHIBIT B

## Douglas Varga

**From:** CMECF@ctd.uscourts.gov
**Sent:** Wednesday, May 03, 2006 8:42 AM
**To:** CMECF@ctd.uscourts.gov
**Subject:** Activity in Case 3:02-cv-02234-AWT Payne, et al v. Taylor Vision, et al "Judgment"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Connecticut

Notice of Electronic Filing

The following transaction was received from Blue, A. entered on 5/3/2006 at 8:42 AM EDT and filed on 5/2/2006

**Case Name:** Payne, et al v. Taylor Vision, et al
**Case Number:** 3:02-cv-2234
**Filer:**
**Document Number:** 56

**Docket Text:**
JUDGMENT Signed by Clerk on 5/2/06. (Blue, A.)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1034868047 [Date=5/3/2006] [FileNumber=871655-0]

[9d0c26f89fdfd265836a086fe029cb7e64580d2f8f5a72d35ec06281bc4ccfbab197a
d69045ce8e79a27f218573166e80ff094c1ae232aeb2d44f87d370785fc]]

**3:02-cv-2234 Notice will be electronically mailed to:**

David Crystal , II     pg@gtlsny.com,

James P. Donohue , Jr     jpd@gtlsny.com,

Sarah W. Poston     sposton@znclaw.com,

Douglas John Varga     dvarga@znclaw.com, hpucillo@znclaw.com

Jacob D. Zeldes     jzeldes@znclaw.com

5/3/2006

**3:02-cv-2234 Notice will be delivered by other means to:**

Jacob A. Stein
Stein, Mitchell & Mezines
1100 Connecticut Ave., N.W.
Washington, DC 20036

5/3/2006

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ROBERT PAYNE, and          :
PAYNE INVESTMENTS LLC
                           :
    v.                         CASE NO. 3:02CV2234 (AWT)
                           :
TAYLOR VISION RESOURCES,
TAYLOR STRATEGIC ACQUISITIONS,   :
TAYLOR STRATEGIC DIVESTITURES,
TAYLOR FINANCIAL SERVICES LLC,   :
all defendants collectively
operating under the name   :
TAYLOR COMPANIES

J U D G M E N T

Notice having been given on March 23, 2006 to counsel of record of the proposed dismissal of this case pursuant to Rule 41 of the Rules of Civil Procedure for the United States District Court for the District of Connecticut, and no action having been taken and no satisfactory explanation having been submitted to the court within twenty (20) days thereafter,

It is accordingly ORDERED that this case be and is hereby dismissed for want of prosecution.

Dated at Hartford, Connecticut this 2nd day of May, 2006.

          Kevin F. Rowe, Clerk
          United States District Court


      By: _____
         Sandra Smith
         Deputy Clerk