# E XHIBIT C

CLOSED, DFM, EFILE, MOTREF, REFCNF

# U.S. District Court
## District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:02-cv-02234-AWT

| | |
|---|---|
| Payne, et al v. Taylor Vision, et al | Date Filed: 12/16/2002 |
| Assigned to: Judge Alvin W. Thompson | Jury Demand: Plaintiff |
| Referred to: Judge Donna F. Martinez (Settlement) | Nature of Suit: 190 Contract: Other |
| Demand: $0 | Jurisdiction: Diversity |
| Cause: 28:1332 Diversity-Breach of Contract | |

**Plaintiff**

**Robert Payne**   represented by   **David Crystal, II**
Gilbride, Tusa, Last & Spellane
420 Lexington Ave., Suite 3005
New York, NY 10170
212-692-9666
Fax: 212-661-6328
Email: dc@gtlsny.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P. Donohue, Jr.**
Gilbride, Tusa, Last & Spellane - NY
420 Lexington Ave.
Suite 3005
New York, NY 10170
212-692-9666
Email: jpd@gtlsny.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Payne Investments LLC**   represented by   **David Crystal, II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P. Donohue, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Taylor Vision Resources**   represented by   **Douglas John Varga**

*collectively operating under name Taylor Co*

Zeldes, Needle & Cooper
1000 Lafayette Blvd., PO Box 1740
Bridgeport, CT 06601-1740
203-333-9441
Email: dvarga@znclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jacob A. Stein**
Stein, Mitchell & Mezines
1100 Connecticut Ave., N.W.
Washington, DC 20036
202-737-7777
Fax: 202-296-8312
Email: jstein@steinmitchell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jacob D. Zeldes**
Zeldes, Needle & Cooper
1000 Lafayette Blvd.
P.O. Box 1740
Bridgeport, CT 06601-1740
203-333-9441
Email: jzeldes@znclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joel H. Thompson**
Massachusetts Correctional Legal Services
8 Winter Street
Boston, MA 02108-4705
617-482-2773 x102
Fax: 617-451-6383
Email: jthompson@mcls.net
*TERMINATED: 11/18/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah W. Poston**
Zeldes, Needle & Cooper
1000 Lafayette Blvd., PO Box 1740
Bridgeport, CT 06601-1740
203-333-9441
Email: sposton@znclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Taylor Strategic Acquisitions**  represented by  **Douglas John Varga**
*collectively operating under name*                 (See above for address)
*Taylor Co*                                         *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Jacob A. Stein**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Jacob D. Zeldes**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Joel H. Thompson**
                                                    (See above for address)
                                                    *TERMINATED: 11/18/2004*
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Sarah W. Poston**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Taylor Strategic Divestitures**  represented by  **Douglas John Varga**
*collectively operating under name*                 (See above for address)
*Taylor Co*                                         *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Jacob A. Stein**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Jacob D. Zeldes**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Joel H. Thompson**
                                                    (See above for address)
                                                    *TERMINATED: 11/18/2004*
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Sarah W. Poston**
                                                    (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Taylor Financial Svc LLC**
*collectively operating under name Taylor Co*

represented by **Douglas John Varga**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jacob A. Stein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jacob D. Zeldes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joel H. Thompson**
(See above for address)
*TERMINATED: 11/18/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah W. Poston**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/16/2002 | 1 | COMPLAINT Filing Fee $ 150.00 Receipt # B005293 (Beverly, T.) (Entered: 12/18/2002) |
| 12/16/2002 | 2 | ORDER on Pretrial Deadlines handed to counsel Discovery cutoff 6/17/03 ; Dispositive Motions due 7/17/03 Amended Pleadings due 2/16/03 Motions to Dismiss due 3/16/03 (Beverly, T.) (Entered: 12/18/2002) |
| 12/18/2002 |  | SUMMONS(ES) issued for Taylor Vision, Taylor Strategic, Taylor Strategic, Taylor Financial Svc (Beverly, T.) (Entered: 12/18/2002) |
| 02/10/2003 | 3 | MOTION by Taylor Vision, Taylor Strategic, Taylor Strategic, Taylor Financial Svc to Extend Time until 2/25/03 to respond to complaint (Gothers, M.) (Entered: 02/10/2003) |
| 02/14/2003 |  | ENDORSEMENT granting [3-1] motion to Extend Time until 2/25/03 to respond to complaint ( signed by Judge Alvin W. Thompson ) (Gothers, M.) (Entered: 02/14/2003) |

| | | |
|---|---|---|
| 02/24/2003 | 4 | MOTION by Taylor Vision, Taylor Strategic, Taylor Strategic, Taylor Financial Svc to Extend Time until 2/28/03 to respond to complaint (Gothers, M.) (Entered: 02/24/2003) |
| 02/24/2003 | | ENDORSEMENT granting [4-1] motion to Extend Time until 2/28/03 to respond to complaint ( signed by Judge Alvin W. Thompson ) (Ferguson, L.) (Entered: 03/03/2003) |
| 02/28/2003 | 5 | MOTION by Taylor Vision, Taylor Strategic, Taylor Strategic, Taylor Financial Svc to Transfer Case to District of Columbia (Brief Due 3/21/03 ) (Gothers, M.) (Entered: 02/28/2003) |
| 02/28/2003 | 6 | MEMORANDUM by Taylor Vision, Taylor Strategic, Taylor Strategic, Taylor Financial Svc in support of [5-1] motion to Transfer Case to District of Columbia (Gothers, M.) (Entered: 02/28/2003) |
| 02/28/2003 | 7 | AFFIDAVIT of Kenneth Griffin by Taylor Vision, Taylor Strategic, Taylor Strategic, Taylor Financial Svc Re [5-1] motion to Transfer Case to District of Columbia (Gothers, M.) (Entered: 02/28/2003) |
| 03/12/2003 | 8 | MEMORANDUM by Robert Payne, Payne Investments in opposition to [5-1] motion to Transfer Case to District of Columbia by Taylor Financial Svc, Taylor Strategic, Taylor Strategic, Taylor Vision (Gothers, M.) (Entered: 03/12/2003) |
| 03/12/2003 | 9 | AFFIDAVIT of Robert Payne by Robert Payne, Payne Investments Re [8-1] opposition memorandum [5-1] motion to Transfer Case to District of Columbia by Taylor Financial Svc, Taylor Strategic, Taylor Taylor Vision (Gothers, M.) (Entered: 03/12/2003) |
| 03/18/2003 | 10 | MOTION by Taylor Vision, Taylor Strategic, Taylor Strategic, Taylor Financial Svc to Extend Time until 4/2/03 to file reply to Motion to Transfer Venue (Gothers, M.) (Entered: 03/18/2003) |
| 03/25/2003 | | ENDORSEMENT granting [10-1] motion to Extend Time until 4/2/03 to file reply to Motion to Transfer Venue, Brief Deadline reset for 4/2/03 [5-1] motion to Transfer Case to District of Columbia ( signed by Judge Alvin W. Thompson ) (Gothers, M.) (Entered: 03/25/2003) |
| 04/02/2003 | 11 | REPLY by Taylor Vision, Taylor Strategic, Taylor Strategic, Taylor Financial Svc to response to [5-1] motion to Transfer Case to District of Columbia (Gothers, M.) (Entered: 04/02/2003) |
| 04/02/2003 | 12 | AFFIDAVIT of Kenneth Griffin by Taylor Vision, Taylor Strategic, Taylor Strategic, Taylor Financial Svc Re [11-1] response reply [5-1] motion to Transfer Case to District of Columbia (Gothers, M.) (Entered: 04/02/2003) |
| 09/23/2003 | 13 | RULING denying [5-1] motion to Transfer Case to District of Columbia ( signed by Judge Alvin W. Thompson ) 9 Page(s) (Gothers, M.) (Entered: 09/23/2003) |
| 10/16/2003 | 14 | NOTICE of Appearance by Sarah W. Poston, Jacob D. Zeldes on behalf of Taylor Financial Svc LLC, Taylor Strategic Acquisitions, Taylor |

|            |    |                                                                                                                                                                                                 |
|------------|----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | Strategic Divestitures, Taylor Vision Resources (Gothers, M.) (Entered: 10/17/2003)                                                                                                             |
| 12/02/2003 | 15 | ANSWER & Affirmative Defenses to Complaint by Taylor Financial Svc LLC, Taylor Strategic Acquisitions, Taylor Strategic Divestitures, Taylor Vision Resources.(D'Onofrio, B.) (Entered: 12/09/2003) |
| 02/27/2004 | 16 | REPORT of Rule 26(f) Planning Meeting. (Bauer, J.) (Entered: 03/01/2004)                                                                                                                        |
| 04/15/2004 | 17 | NOTICE of Appearance by Joel H. Thompson on behalf of Taylor Financial Svc LLC, Taylor Strategic Acquisitions, Taylor Strategic Divestitures, Taylor Vision Resources (D'Onofrio, B.) (Entered: 04/19/2004) |
| 04/27/2004 | 18 | ORDER REFERRING CASE for Settlement Conference to Magistrate Judge Donna F. Martinez. Signed by Judge Alvin W. Thompson on 4/27/04. (D'Onofrio, B.) (Entered: 04/28/2004)                        |
| 05/06/2004 | 19 | ORDER To Submit Joint Mediation Report by no later than May 17, 2004. Signed by Judge Donna F. Martinez on 5/6/04. (Glynn, T.) (Entered: 05/07/2004)                                            |
| 05/10/2004 | 20 | MOTION for Leave to Appear Pro Hac Vice Attorney Jacob A. Stein. Filing Fee $25.00. Receipt Number H12532. by Taylor Financial Svc LLC, Taylor Strategic Acquisitions, Taylor Strategic Divestitures, Taylor Vision Resources. (D'Onofrio, B.) (Entered: 05/11/2004) |
| 05/10/2004 | 21 | Sealed Document by Taylor Financial Svc LLC, Taylor Strategic Acquisitions, Taylor Strategic Divestitures, Taylor Vision Resources. (D'Onofrio, B.) (Entered: 05/11/2004)                        |
| 05/10/2004 | 22 | MOTION for Protective Order by Taylor Financial Svc LLC, Taylor Strategic Acquisitions, Taylor Strategic Divestitures, Taylor Vision Resources.Responses due by 5/31/2004 (D'Onofrio, B.) (Entered: 05/11/2004) |
| 05/10/2004 | 23 | Memorandum in Support re 22 MOTION for Protective Order filed by Taylor Financial Svc LLC, Taylor Strategic Acquisitions, Taylor Strategic Divestitures, Taylor Vision Resources. (D'Onofrio, B.) (Entered: 05/11/2004) |
| 05/15/2004 | 24 | Endorsement ORDER granting 20 Motion to Appear Pro Hac Vice of Jacob A. Stein for defendants . Signed by Judge Alvin W. Thompson on 5/14/04. (D'Onofrio, B.) (Entered: 05/17/2004)               |
| 05/19/2004 | 25 | MOTION for Reconsideration re 24 Order on 20 Motion to Appear by Jacob A. Stein by Robert Payne, Payne Investments LLC.Responses due by 6/9/2004 (D'Onofrio, B.) (Entered: 05/20/2004)           |
| 05/27/2004 | 26 | RESPONSE re 25 MOTION for Reconsideration re 24 Order on Motion to Appear by Jacob A. Stein filed by Taylor Financial Svc LLC, Taylor Strategic Acquisitions, Taylor Strategic Divestitures, Taylor Vision Resources. (D'Onofrio, B.) (Entered: 05/27/2004) |

| | | |
|---|---|---|
| 05/28/2004 | 27 | ORDER REFERRING MOTION to Magistrate Donna F. Martinez: 22 MOTION for Protective Order filed by Taylor Vision Resources, Taylor Strategic Acquisitions, Taylor Strategic Divestitures, Taylor Financial Svc LLC . Signed by Judge Alvin W. Thompson on 5/28/04. (Montgomery, A.) (Entered: 06/01/2004) |
| 06/02/2004 | 28 | Memorandum in Opposition re 22 MOTION for Protective Order filed by Robert Payne, Payne Investments LLC. (Montgomery, A.) (Entered: 06/03/2004) |
| 06/02/2004 | 29 | AFFIDAVIT re 28 Memorandum in Opposition to Motion Signed By David Crystal II filed by Robert Payne, Payne Investments LLC. (Montgomery, A.) (Entered: 06/03/2004) |
| 06/11/2004 | 34 | Minute Entry for proceedings held before Judge Alvin W. Thompson: Motion Hearing held by telephone on 6/11/2004 re 25 MOTION for Reconsideration re 24 Order on Motion to Appear filed by Robert Payne, Payne Investments LLC. (Court Reporter Warner.) (Smith, S.) (Entered: 06/22/2004) |
| 06/18/2004 | 30 | REPLY to Response to 22 MOTION for Protective Order filed by Taylor Financial Svc LLC, Taylor Strategic Acquisitions, Taylor Strategic Divestitures, Taylor Vision Resources. (Blue, A.) (Entered: 06/21/2004) |
| 06/18/2004 | 31 | Confidentiality STIPULATION by Robert Payne, Payne Investments LLC, Taylor Financial Svc LLC, Taylor Strategic Acquisitions, Taylor Strategic Divestitures, Taylor Vision Resources. (Bauer, J.) (Entered: 06/22/2004) |
| 06/18/2004 | 32 | ORDER denying 25 Motion for Reconsideration . Signed by Judge Alvin W. Thompson on 6/17/04. (Bauer, J.) (Entered: 06/22/2004) |
| 06/19/2004 | 33 | ORDER re 16 Report of Rule 26(f) Planning Meeting Discovery due by 9/30/2004. Dispositive Motions due by 10/31/2004.. Signed by Judge Alvin W. Thompson on 6/19/04. (Bauer, J.) (Entered: 06/22/2004) |
| 06/23/2004 | 35 | ORDER approving & so ordering 31 Confidentiality Stipulation & Order filed by Robert Payne, Payne Investments LLC, Taylor Vision Resources, Taylor Strategic Acquisitions, Taylor Strategic Divestitures, Taylor Financial Svc LLC. Signed by Judge Alvin W. Thompson on 6/22/04. (D'Onofrio, B.) (Entered: 06/25/2004) |
| 06/23/2004 | 36 | NOTICE of Appearance by Jacob A. Stein on behalf of Taylor Financial Svc LLC, Taylor Strategic Acquisitions, Taylor Strategic Divestitures, Taylor Vision Resources (D'Onofrio, B.) (Entered: 06/25/2004) |
| 07/01/2004 | 37 | TRANSCRIPT of Telephone Conference held on 6/11/04 before Judge Alvin W. Thompson. Court Reporter: Darlene A. Warner. (D'Onofrio, B.) (Entered: 07/02/2004) |
| 07/16/2004 | 38 | THIS ELECTRONIC NOTICE IS THE ONLY RULING THE COURT WILL ISSUE ON THIS MOTION. ORDER granting in part and denying in part 22 Motion for Protective Order . The depositions of Ron Flack, Trey Taylor, Pat Litzinger, Steve Fraser, Dermot Coghlan, Ken Griffin, |

| | | |
|---|---|---|
| | | Warren Bellis and Ralph Taylor shall be held in Washington, DC. In conducting the depositions, each party shall be responsible for its own expenses, including transportation, food and lodging. As to Kathy Stoltz and Rachel Taylor, because counsel have represented that the depositions are no longer at issue, the Motion is denied without prejudice. Signed by Judge Donna F. Martinez on 7/16/04. (Nielsen, J.) (Entered: 07/16/2004) |
| 07/16/2004 | 39 | NOTICE of Appearance by James P. Donohue Jr. on behalf of Robert Payne, Payne Investments LLC (D'Onofrio, B.) (Entered: 07/19/2004) |
| 07/16/2004 | 40 | Minute Entry for proceedings held before Magistrate Judge Donna F. Martinez : Motion Hearing held on 7/16/2004 re 22 MOTION for Protective Order filed by Taylor Vision Resources, Taylor Strategic Acquisitions, Taylor Strategic Divestitures, Taylor Financial Svc LLC. (D'Onofrio, B.) (Entered: 07/19/2004) |
| 07/19/2004 | 41 | NOTICE OF E-FILED ORDER: THIS IS THE ONLY NOTICE OF THIS ORDER THE COURT WILL ISSUE. This Case is scheduled for a settlement conference with the undersigned on September 14, 2004 at 11:00 a.m. at her chambers at 450 Main Street, Room 262, Hartford, Connecticut. COUNSEL ARE DIRECTED TO THE ATTACHED ORDER FOR FURTHER INSTRUCTIONS. Signed by Judge Donna F. Martinez on 7/19/04. (Wood, R.) (Entered: 07/19/2004) |
| 09/14/2004 | 42 | Minute Entry for proceedings held before Judge Donna F. Martinez : Settlement Conference held on 9/14/2004. Case did not settle. (Wood, R.) (Entered: 09/27/2004) |
| 10/15/2004 | 43 | MOTION for Extension of Time until 2/28/05 to complete discovery by Robert Payne, Payne Investments LLC. (D'Onofrio, B.) (Entered: 10/15/2004) |
| 11/10/2004 | 44 | MOTION for Joel H. Thompson to Withdraw as Attorney by Taylor Financial Svc LLC, Taylor Strategic Acquisitions, Taylor Strategic Divestitures, Taylor Vision Resources. (Wiggins, M.) (Entered: 11/12/2004) |
| 11/12/2004 | 45 | ENDORSEMENT ORDER granting 43 Motion for Extension of Time until 2/28/05 in which to complete discovery. Signed by Judge Alvin W. Thompson on 11/12/04. (Wiggins, M.) (Entered: 11/16/2004) |
| 11/16/2004 | | Set Deadlines: Discovery due by 2/28/2005. (Wiggins, M.) (Entered: 11/16/2004) |
| 11/18/2004 | 46 | ORDER granting 44 Motion to Withdraw as Attorney. Attorney Joel H. Thompson terminated . Signed by Judge Alvin W. Thompson on 11/18/04. (Basile, F.) (Entered: 11/19/2004) |
| 01/31/2005 | 47 | NOTICE of Appearance by Douglas John Varga on behalf of Taylor Financial Svc LLC, Taylor Strategic Acquisitions, Taylor Strategic Divestitures, Taylor Vision Resources (D'Onofrio, B.) (Entered: 01/31/2005) |
| 02/08/2005 | 48 | MOTION for Extension of Time until 4/15/05 to complete discovery, |

| | | |
|---|---|---|
| | | 8/5/05 for dispositive motions, 9/2/05 for joint trial memorandum & 9/2/05 for trial ready date by Taylor Vision Resources, Taylor Strategic Acquisitions, Taylor Strategic Divestitures, Taylor Financial Svc LLC. (D'Onofrio, B.) (Entered: 02/08/2005) |
| 02/17/2005 | 49 | Endorsement ORDER granting 48 Motion for Extension of Time . Signed by Judge Alvin W. Thompson on 2/17/05. (D'Onofrio, B.) (Entered: 02/18/2005) |
| 02/17/2005 | | Set Deadlines: Discovery due by 4/15/2005. Dispositive Motions due by 8/5/2005. (D'Onofrio, B.) (Entered: 02/18/2005) |
| 04/14/2005 | 50 | MOTION for Extension of Time to Amend Scheduling order for 30 days by Robert Payne, Payne Investments LLC, Taylor Vision Resources, Taylor Strategic Acquisitions, Taylor Strategic Divestitures, Taylor Financial Svc LLC. (D'Onofrio, B.) (Entered: 04/14/2005) |
| 04/15/2005 | | Set Deadlines/Hearings: Discovery due by 5/17/2005. (D'Onofrio, B.) (Entered: 04/25/2005) |
| 04/18/2005 | 51 | ORDER granting 50 Motion for Extension of Time until 5/17/05 for discovery & 8/5/05 for dispositive motions . Signed by Judge Alvin W. Thompson on 4/15/05. (Bauer, J.) (Entered: 04/18/2005) |
| 05/17/2005 | 52 | MOTION for Extension of Time until 6/14/04 for discovery, 8/5/05 for dispositive motions, 9/2/05 for joint trial memorandum & 9/2/05 for trial ready by Robert Payne, Payne Investments LLC, Taylor Vision Resources, Taylor Strategic Acquisitions, Taylor Strategic Divestitures, Taylor Financial Svc LLC. (D'Onofrio, B.) (Entered: 05/17/2005) |
| 05/25/2005 | 53 | ORDER granting 52 Motion for Extension of Time . Signed by Judge Alvin W. Thompson on 5/25/05. (D'Onofrio, B.) (Entered: 05/25/2005) |
| 05/25/2005 | | Set Deadlines: Discovery due by 8/5/2005. Dispositive Motions due by 8/5/2005. (D'Onofrio, B.) (Entered: 05/25/2005) |
| 03/23/2006 | 54 | NOTICE TO COUNSEL - Dismissal due by 4/12/2006. Signed by Clerk on 3/23/06. (Ferguson, L.) (Entered: 03/27/2006) |
| 04/26/2006 | 55 | ORDER:ELECTRONIC FILING OF CASE. THIS IS THE ONLY ORDER THE COURT SHALL ISSUE . Signed by Judge Alvin W. Thompson on 4/26/06. (Attachments: # 1 EFILE ORDER)(Basile, F.) (Entered: 04/26/2006) |
| 05/02/2006 | 56 | JUDGMENT Signed by Clerk on 5/2/06. (Blue, A.) (Entered: 05/03/2006) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 08/02/2006 15:47:51 |

| PACER Login: | zn0001 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 3:02-cv-02234-AWT |
| Billable Pages: | 6 | Cost: | 0.48 |