# E XHIBIT D

**3:02-cv-02234-AWT** Payne, et al v. Taylor Vision, et al
Alvin W. Thompson, presiding
Donna F. Martinez, referral
**Date filed:** 12/16/2002
**Date terminated:** 05/02/2006 **Date of last filing:** 05/02/2006

# Attorneys

**David Crystal, II**
Gilbride, Tusa, Last & Spellane
420 Lexington Ave., Suite 3005
New York, NY 10170
212-692-9666
212-661-6328 (fax)
dc@gtlsny.com
  *Assigned: 12/16/2002*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Payne Investments LLC**
*(Plaintiff)*

**Robert Payne**
*(Plaintiff)*

**James P. Donohue, Jr.**
Gilbride, Tusa, Last & Spellane - NY
420 Lexington Ave.
Suite 3005
New York, NY 10170
212-692-9666
jpd@gtlsny.com
  *Assigned: 07/16/2004*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Payne Investments LLC**
*(Plaintiff)*

**Robert Payne**
*(Plaintiff)*

**Sarah W. Poston**
Zeldes, Needle & Cooper
1000 Lafayette Blvd., PO Box 1740
Bridgeport, CT 06601-1740
203-333-9441
sposton@znclaw.com
  *Assigned: 10/16/2003*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Taylor Financial Svc LLC**
*(Defendant)*

|  |  |  |
|---|---|---|
|  |  | **Taylor Strategic Acquisitions** *(Defendant)* |
|  |  | **Taylor Strategic Divestitures** *(Defendant)* |
|  |  | **Taylor Vision Resources** *(Defendant)* |
| **Jacob A. Stein** Stein, Mitchell & Mezines 1100 Connecticut Ave., N.W. Washington, DC 20036 202-737-7777 202-296-8312 (fax) jstein@steinmitchell.com *Assigned: 06/14/2004* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* | representing | **Taylor Financial Svc LLC** *(Defendant)* |
|  |  | **Taylor Strategic Acquisitions** *(Defendant)* |
|  |  | **Taylor Strategic Divestitures** *(Defendant)* |
|  |  | **Taylor Vision Resources** *(Defendant)* |
| **Joel H. Thompson** Massachusetts Correctional Legal Services 8 Winter Street Boston, MA 02108-4705 617-482-2773 x102 617-451-6383 (fax) jthompson@mcls.net *Assigned: 04/15/2004* *TERMINATED: 11/18/2004* | representing | **Taylor Financial Svc LLC** *(Defendant)* |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|  |  |  |
|---|---|---|
|  |  | **Taylor Strategic Acquisitions** *(Defendant)* |
|  |  | **Taylor Strategic Divestitures** *(Defendant)* |
|  |  | **Taylor Vision Resources** *(Defendant)* |
| **Douglas John Varga** Zeldes, Needle & Cooper 1000 Lafayette Blvd., PO Box 1740 Bridgeport, CT 06601-1740 203-333-9441 dvarga@znclaw.com *Assigned: 01/31/2005* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* | representing | **Taylor Financial Svc LLC** *(Defendant)* |
|  |  | **Taylor Strategic Acquisitions** *(Defendant)* |
|  |  | **Taylor Strategic Divestitures** *(Defendant)* |
|  |  | **Taylor Vision Resources** *(Defendant)* |
| **Jacob D. Zeldes** Zeldes, Needle & Cooper 1000 Lafayette Blvd. P.O. Box 1740 Bridgeport, CT 06601-1740 203-333-9441 jzeldes@znclaw.com *Assigned: 10/16/2003* | representing | **Taylor Financial Svc LLC** *(Defendant)* |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Taylor Strategic Acquisitions**

*(Defendant)*

**Taylor Strategic Divestitures**

*(Defendant)*

**Taylor Vision Resources**
*(Defendant)*

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/02/2006 15:46:00 | | | |
| PACER Login: | zn0001 | Client Code: | |
| Description: | Attorney List | Search Criteria: | 3:02-cv-02234-AWT |
| Billable Pages: | 2 | Cost: | 0.16 |