**Exhibit A**

FRANK J. GILBRIDE II
CHARLES S. TUSA
BENNETT K. LAST*
THOMAS P. SPELLANE
JOHN P. TESI, P.C.**
ERIC H. SELTZER
DAVID CRYSTAL II
JAMES P. DONOHUE, JR.*
FREDERIC P. RICKLES***
KENNETH M. GAMMILL, JR.

THEODORE L. SANDLER****
JONATHAN M. WELLS
SAL MELI*****
CHRISTOPHER D. BRISTOL**
DOROTHY MATTHEWS FREEBURG
ASHLEY VAN VALKENBURGH

* ADMITTED IN NEW YORK ONLY
** ADMITTED IN CONNECTICUT ONLY
*** ALSO ADMITTED IN NEW JERSEY AND VIRGINIA
**** ALSO ADMITTED IN MASSACHUSETTS
***** ADMITTED IN NEW YORK AND WISCONSIN ONLY
****** ADMITTED IN NEW YORK, NEW JERSEY AND FLORIDA ONLY

# GILBRIDE, TUSA, LAST & SPELLANE LLC

## ATTORNEYS AT LAW
708 THIRD AVENUE
26TH FLOOR
NEW YORK, NEW YORK 10017

(212) 692-9666
FACSIMILE (212) 661-6328

COUNSEL
ROBERT N. LITTMAN*
SHEILA ANNMARIE MOELLER*****
LINCOLN W. BRIGGS

31 BROOKSIDE DRIVE
P.O. BOX 658
GREENWICH, CONNECTICUT 06836
(203) 622-9360
FACSIMILE (203) 622-9392

August 17, 2005

Doug Vargas, Esq.                    BY FAX AND MAIL
Zeldes, Needle & Cooper              203 333 2489
100 Lafayette Blvd
Post Office Box 1740
Bridgeport, Connecticut 06601-1740

Re: Robert Payne, et. al. v. Taylor Vision Resources

Dear Doug:

Following up our discussions today, I am advising our expert that the documents we have requested and re-requested (see my letter of July 16, 2005) will be forthcoming but you do not believe that whatever has been discovered will have any substantive impact. Assuming that is correct, I am asking him to wrap up his report, with the understanding that it may need to be amended if the documents do have an impact.

We would expect to get this to you by the end of the month and you can arrange to do your deposition shortly after that.

Based on your representation that this will not be a problem, we will not be asking the court for an extension of the discovery date, but will advise the court, once it is completed, that we are not making dispositive motions and request the date for the submission of the pre-trial memorandum.

We are already putting that document together and should have a working one ready soon.

Sincerely,

James P. Donohue, Jr.