Exhibit B

FRANK J. GILBRIDE II
CHARLES S. TUSA
BENNETT H. LAST*
THOMAS P. SPELLANE
JOHN P. TESS, P.C.**
ERIC H. SELTZER
DAVID CRYSTAL II
JAMES P. DONOHUE, JR.*
FREDERIC P. RICKLES***
KENNETH M. GAMMILL, JR.

THEODORE L SANDLER*****
JONATHAN M. WELLS
SAL MELI****
CHRISTOPHER D. BRISTOL**
DOROTHY MATTHEWS FREEBURG
ASHLEY VAN VALKENBURGH

 * ADMITTED IN NEW YORK ONLY
 ** ADMITTED IN CONNECTICUT ONLY
 *** ALSO ADMITTED IN NEW JERSEY AND VIRGINIA
 **** ALSO ADMITTED IN MASSACHUSETTS
 ***** ADMITTED IN NEW YORK AND WISCONSIN ONLY
 ****** ADMITTED IN NEW YORK, NEW JERSEY AND FLORIDA ONLY

# GILBRIDE, TUSA, LAST & SPELLANE LLC

ATTORNEYS AT LAW
708 THIRD AVENUE
26TH FLOOR
NEW YORK, NEW YORK 10017

(212) 692-9666
FACSIMILE (212) 661-6328

COUNSEL
ROBERT N. LITTMAN*
SHEILA ANNMARIE MOELLER*****
LINCOLN W. BRIGGS

31 BROOKSIDE DRIVE
P.O. BOX 658
GREENWICH, CONNECTICUT 06836
(203) 622-9360
FACSIMILE (203) 622-9392

September 7, 2005

Doug Vargas, Esq.
Zeldes, Needle & Cooper
100 Lafayette Blvd
Post Office Box 1740
Bridgeport, Connecticut 06601-1740

Re: Robert Payne, et. al. v. Taylor Vision Resources

Dear Doug:

I have recently been advised that our expert has discovered that one of his present partners has had business dealing with your clients and he believes he must, therefore, withdraw as a proposed expert.

Obviously, this puts us in a bit of a bind since I am back to space one in getting an expert's report done, which I expected to have by now. We do intend to find another one, and while we are searching, we still need those documents. If this causes you any problems, let me know.

Sincerely,

James P. Donohue, Jr.

JPD/jd