**CERTIFICATE OF SERVICE**

       I hereby certify that on August 29, 2006, a copy of the foregoing Reply Affidavit (of James P. Donahue, Jr) in Support of Motion to Reopen, Reply Affidavit (of David Crystal II) in Support of Motion to Reopen, Reply Affidavit (of King Chan) in Support of Motion to Reopen, and Plaintiffs' Reply Memorandum of Law in Support of Motion to Reopen were filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

       */s/ David Crystal II*
       David Crystal II (CT 24276)
       Gilbride, Tusa, Last & Spellane LLC
       708 Third Avenue, 26th Floor
       New York, NY 10017
       Phone:  212-692-9666
       Fax:  212-661-6328
       E-mail:  dc@gtlsny.com