**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
ROBERT PAYNE and PAYNE        :
INVESTMENTS LLC,              :
                              :
     Plaintiffs,              :
                              :
v.                            :      Civ. No. 3:02CV02234(AWT)
                              :
TAYLOR VISION RESOURCES,      :
TAYLOR STRATEGIC ACQUISITIONS,:
TAYLOR STRATEGIC DIVESTITURES,:
and TAYLOR FINANCIAL SERVICES :
LLC, all defendants           :
collectively operating under  :
the name TAYLOR COMPANIES,    :
                              :
     Defendants.              :
                              :
------------------------------x
```

## ORDER RE MOTION TO REOPEN CASE

Plaintiffs Robert Payne and Payne Investments LLC have moved to reopen this case on the grounds that counsel for the plaintiffs did not receive the March 23, 2006 Notice to Counsel Pursuant to Local Rule 41(a) (Doc. No. 54) and also did not receive the May 2, 2006 Judgment (Doc. No. 56).  However, the notice of electronic filing receipt with respect to each of the Rule 41(a) notice (See Exhibit 1 attached hereto) and the Judgment (See Exhibit 2 attached hereto) establish that each went not only to "pg@gtlsny.com", but also to "jpd@gtlsny.com".  Thus, there is no basis in fact to reopen the case on the grounds cited by the plaintiffs.

Accordingly, Plaintiff[s'] Motion to Reopen Case (Doc. No.

57) is hereby DENIED.

It is so ordered.

Dated this 30th day of August 2006, at Hartford, Connecticut.

                                          /s/AWT
                              Alvin W. Thompson
                              United States District Judge

Case 3:02-cv-02234-AWT    Document 64    Filed 08/30/2006    Page 2 of 2