```
MIME-Version:1.0
From:CMECF@ctd.uscourts.gov
To:CMECF@ctd.uscourts.gov
Bcc:CMECF_AWT@ctd.uscourts.gov,CMECF_DFM@ctd.uscourts.gov,dvarga@znclaw.com,hpucillo
Message-Id:<834363@ctd.uscourts.gov>
Subject:Activity in Case 3:02-cv-02234-AWT Payne, et al v. Taylor Vision, et al "Not
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Connecticut

Notice of Electronic Filing

The following transaction was received from Ferguson, L. entered on 3/27/2006 at 3:26 PM EST and filed on 3/23/2006

**Case Name:**        Payne, et al v. Taylor Vision, et al
**Case Number:**    3:02-cv-2234
**Filer:**
**Document Number:** 54

**Docket Text:**
NOTICE TO COUNSEL - Dismissal due by 4/12/2006. Signed by Clerk on 3/23/06. (Ferguson, L.)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1034868047 [Date=3/27/2006] [FileNumber=834361-0]
[3655d081209ab3987bcb82da30ff4454ca47315abdd766e50a3264045112acfdd52e
2a67de579df36d455674dd6d012032776163c4249383bb04487dafef6ad6]]

**3:02-cv-2234 Notice will be electronically mailed to:**

David Crystal , II     pg@gtlsny.com,

James P. Donohue , Jr     jpd@gtlsny.com,

Sarah W. Poston     sposton@znclaw.com,

Douglas John Varga     dvarga@znclaw.com, hpucillo@znclaw.com

Jacob D. Zeldes     jzeldes@znclaw.com

**3:02-cv-2234 Notice will be delivered by other means to:**

# EXHIBIT 1

Jacob A. Stein
Stein, Mitchell & Mezines
1100 Connecticut Ave., N.W.
Washington, DC 20036

**EXHIBIT 1**