MIME-Version:1.0
From:CMECF@ctd.uscourts.gov
To:CMECF@ctd.uscourts.gov
Bcc:CMECF_AWT@ctd.uscourts.gov,CMECF_DFM@ctd.uscourts.gov,dvarga@znclaw.com,hpucillo
Message-Id:<871657@ctd.uscourts.gov>
Subject:Activity in Case 3:02-cv-02234-AWT Payne, et al v. Taylor Vision, et al "Jud

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from Blue, A. entered on 5/3/2006 at 8:42 AM EDT and filed on 5/2/2006

**Case Name:**        Payne, et al v. Taylor Vision, et al
**Case Number:**     3:02-cv-2234
**Filer:**
**Document Number:** 56

**Docket Text:**
JUDGMENT Signed by Clerk on 5/2/06. (Blue, A.)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1034868047 [Date=5/3/2006] [FileNumber=871655-0]
[9d0c26f89fdfd265836a086fe029cb7e64580d2f8f5a72d35ec06281bc4ccfbab197a
d69045ce8e79a27f218573166e80ff094c1ae232aeb2d44f87d370785fc]]

**3:02-cv-2234 Notice will be electronically mailed to:**

David Crystal , II     pg@gtlsny.com,

James P. Donohue , Jr     jpd@gtlsny.com,

Sarah W. Poston     sposton@znclaw.com,

Douglas John Varga     dvarga@znclaw.com, hpucillo@znclaw.com

Jacob D. Zeldes     jzeldes@znclaw.com

**3:02-cv-2234 Notice will be delivered by other means to:**

**EXHIBIT 2**

Jacob A. Stein
Stein, Mitchell & Mezines
1100 Connecticut Ave., N.W.
Washington, DC 20036

**EXHIBIT 2**

8/29/2006 1:02 PM