**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
ROBERT PAYNE and PAYNE        :
INVESTMENTS LLC,              :
                              :
     Plaintiffs,              :
                              :
v.                            :    Civ. No. 3:02CV02234(AWT)
                              :
TAYLOR VISION RESOURCES,      :
TAYLOR STRATEGIC ACQUISITIONS,:
TAYLOR STRATEGIC DIVESTITURES,:
and TAYLOR FINANCIAL SERVICES :
LLC, all defendants           :
collectively operating under  :
the name TAYLOR COMPANIES,    :
                              :
     Defendants.              :
                              :
------------------------------x
```

**ENDORSEMENT ORDER**

    The court's Order Re Motion to Reopen Case (Doc. No. 64), which denied Plaintiff[s'] Motion to Reopen Case (Doc. No. 57), is hereby VACATED because the court was not aware of, and had not reviewed, the plaintiffs' reply memorandum (Doc. No. 62) and supporting documents.  The court will review the motion de novo, taking into consideration those additional documents.

    It is so ordered.

    Dated this 31st day of August 2006, at Hartford, Connecticut.

                                           /s/AWT
                                       Alvin W. Thompson
                                United States District Judge