UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT PAYNE and PAYNE INVESTMENTS LLC, | : : : | Civil Action |
| Plaintiffs, | : : | No. 3:02 CV 2234 (AWT) |
| v. | : : | |
| TAYLOR VISION RESOURCES, TAYLOR STRATEGIC ACQUISITIONS, TAYLOR STRATEGIC DIVESTITURES, and TAYLOR FINANCIAL SERVICES LLC, all defendants collectively operating under the name TAYLOR COMPANIES, | : : : : : : : : | |
| Defendants. | : | September 12, 2006 |

**MOTION FOR LEAVE TO FILE SUR-REPLY MEMORANDUM AND AFFIDAVIT IN OPPOSITION TO PLAINTIFFS' MOTION TO REOPEN**

Defendants Taylor Vision Resources, Taylor Strategic Acquisitions, Taylor Strategic Divestitures, and Taylor Financial Services LLC (collectively "Taylor"), hereby move this Court for leave to file their Sur-Reply Memorandum and supporting affidavit of counsel in Opposition to plaintiff's Motion to Reopen Case filed on July 31, 2006 ("Motion to Reopen"). In support of this motion, Taylor states as follows:

1. On July 31, 2006, plaintiffs filed their Motion to Reopen and a supporting affidavit.

2. On August 21, 2006, Taylor filed its objection to that motion and a supporting affidavit.

3. On August 29, 2006, plaintiffs filed their Reply Memorandum and three additional affidavits.

4.  On August 30, 2006, the Court entered an order denying the Motion to Reopen, finding "no basis in fact to reopen the case on the grounds cited by the plaintiffs."

5.  On August 31, 2006, the Court vacated its prior order and stated that it would consider the Motion to Reopen de novo.

6.  Taylor now seeks leave to file a sur-reply memorandum and supporting affidavit to respond to the additional arguments and facts asserted in plaintiffs' Reply Memorandum and supporting Affidavits. Taylor respectfully submits that the argument and facts set forth in its proposed Sur-Reply Memorandum and supporting Affidavit will assist the Court in the determination of plaintiffs' Motion to Reopen.

WHEREFORE, Defendants Taylor Vision Resources, Taylor Strategic Acquisitions, Taylor Strategic Divestitures, and Taylor Financial Services LLC respectfully move this Court for leave to file their Sur-Reply Memorandum and supporting Affidavit of counsel in opposition to plaintiffs' Motion to Reopen Case filed on July 31, 2006.

    Respectfully submitted,

    DEFENDANTS
    TAYLOR VISION RESOURCES,
    TAYLOR STRATEGIC ACQUISITIONS,
    TAYLOR STRATEGIC DIVESTITURES,
    and TAYLOR FINANCIAL SERVICES
    LLC

By:/s/Douglas J. Varga
    Douglas J. Varga (ct18885)

    ZELDES, NEEDLE & COOPER, P.C.
    1000 Lafayette Blvd.
    P.O. Box 1740
    Bridgeport, CT 06601-1740
    Telephone: 203-333-9441
    Facsimile: 203-333-1489
    E-Mail: dvarga@znclaw.com

Their Attorneys

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent via United States Mail, postage prepaid, on this date, to:

>James P. Donohue, Jr., Esq.
>David Crystal II, Esq.
>Gilbride Tusa Last & Spellane LLC
>420 Lexington Avenue
>New York, NY  10170-0105
>
>Jacob A. Stein, Esq.
>Stein, Mitchell & Mezines
>1100 Connecticut Avenue, N.W. 11th Floor
>Washington, DC 20036

I hereby certify that on September 12, 2006, a copy of the foregoing Motion for Leave to File Sur-Reply Memorandum in Opposition to Plaintiffs' Motion to Reopen was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

Dated at Bridgeport, Connecticut this 12th day of September, 2006.

>/s/Douglas J. Varga_____
>Douglas J. Varga