UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----------------------------------------------------------------X

ROBERT PAYNE and PAYNE INVESTMENTS LLC.

                                Plaintiffs,

        v.                                              Civil Action No. 3:02 CV 2234(AWT)
TAYLOR VISION RESOURCES,
TAYLOR STRATEGIC ACQUISITIONS,
TAYKORSTRATEGIC DUVESTITURES,
And TAYLOR FINANCIAL SERVICES
LLC all defendants collectively
Operating under the name
TAYLOR COMPANIES,

                                Defendants.

----------------------------------------------------------------X

APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    PLEASE ENTER OUR APPEARANCE as counsel in this case for Plaintiffs Robert Payne and Payne Investments LLC.

                                          THE PLAINTIFFS

                                          BY _____
                                          JAMES P. DONOHUE, JR, ESQ. #ct 25763
                                          Crystal & Donohue
                                          708 Third Avenue, 26th Floor
                                          New York, NY 10017
                                          Tel (212) 692-9030
                                          Fax (212) 661-6328

To: Zeldes, Needle & Cooper, P.C.
    1000 Lafayette Blvd.
    P.O. Box 1740
    Bridgeport, CT 06601-1740