UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT PAYNE and PAYNE INVESTMENTS LLC, | : Civil Action |
| Plaintiffs, | : No. 3:02 CV 2234 (AWT) |
| v. | : |
| TAYLOR VISION RESOURCES, TAYLOR STRATEGIC ACQUISITIONS, TAYLOR STRATEGIC DIVESTITURES, and TAYLOR FINANCIAL SERVICES LLC, all defendants collectively operating under the name TAYLOR COMPANIES, | : |
| Defendants. | : |

### AFFIDAVIT OF SARAH W. POSTON

STATE OF CONNECTICUT    )
                                             )   ss: Bridgeport, March 2, 2007
COUNTY OF FAIRFIELD     )

I, Sarah W. Poston, being duly sworn, depose and state as follows:

1. I am over the age of 18 years and understand the obligations of an oath.

2. I am an attorney and an associate of the law firm of Zeldes, Needle & Cooper, P.C. ("ZNC"), which maintains an office in Bridgeport, Connecticut.

3. Since the commencement of this action, ZNC has been counsel for the defendants Taylor Vision Resources, Taylor Strategic Acquisitions, Taylor Strategic Divestitures, and Taylor Financial Services LLC (collectively "Taylor Companies").

4.     I have personal knowledge of the facts set forth in this Affidavit, which I submit in support of Taylor Companies' Application for Attorneys' Fees and Costs, as ordered by the Court in its ruling on the plaintiffs' Motion to Reopen Case filed on July 31, 2006 ("Motion to Reopen").

5.     I graduated from New York University School of Law in 1993, having served as an editor for the competitive Annual Survey of American Law. After my graduation from law school, I worked as a law clerk to Senior United States District Judge Douglas W. Hillman, of the Western District of Michigan. I then entered private practice for three years in Cincinnati, Ohio. From October 1997 through September 1998, having moved to Connecticut, I worked as a clerk to United States District Judge Janet C. Hall during her first year on the bench. In September 1998, I joined ZNC, where I have worked on a broad range of matters, with a particular focus on employment litigation. I have represented employers in numerous proceedings before the Connecticut courts, the federal courts, and the Commission on Human Rights & Opportunities. I am admitted to practice in the States of Connecticut, New York and Ohio, as well as the District of Connecticut, the Southern District of Ohio, and the United States Courts of Appeals for the Second and Sixth Circuits.

6.     My colleague, Douglas Varga, and I have had primary responsibility for this matter to date.

7. The prebill control report ("PCR") attached as Exhibit A to the Affidavit of Douglas J. Varga dated March 2, 2007 accurately reflects the services I have rendered in this matter, and the time expended thereon.

Dated at Bridgeport, Connecticut this 2nd day of March, 2007.

                                                Sarah W. Poston

Subscribed and Sworn to before me
this 2nd day of March, 2007.

_____
Commissioner of the Superior Court

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via United States Mail, postage prepaid, on this date, to:

>James P. Donohue, Jr., Esq.
>David Crystal II, Esq.
>Crystal & Donohue
>708 Third Avenue, 26th Floor
>New York, NY  10017
>
>Jacob A. Stein, Esq.
>Stein, Mitchell & Mezines
>1100 Connecticut Avenue, N.W. 11th Floor
>Washington, DC 20036

I hereby certify that on March 2, 2007, a copy of the foregoing Affidavit of Sarah W. Poston was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Dated at Bridgeport, Connecticut this 2nd day of March, 2007.

_____
Douglas J. Varga