UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT PAYNE and PAYNE INVESTMENTS LLC, | : NO. 3:02cv2234 (AWT) |
| Plaintiffs, | : |
| v. | : |
| TAYLOR VISION RESOURCES, TAYLOR STRATEGIC ACQUISITIONS, TAYLOR STRATEGIC DIVESTITURES, and TAYLOR FINANCIAL SERVICES LLC, all defendants collectively operating under the name TAYLOR COMPANIES, | : |
| Defendants. | : February 23, 2007 |

## AFFIDAVIT OF ROBERT B. MITCHELL

Robert B. Mitchell, being duly sworn, deposes and says:

1. I am over the age of 18 years and understand the obligation of an oath.

2. I am a shareholder in the law firm of Pullman & Comley LLC, located in Bridgeport, Connecticut. I have been practicing in Connecticut for 17 years, and in Bridgeport for 17 years. I am currently the President of the Greater Bridgeport Bar Association.

3. My practice consists primarily of employment and commercial litigation.

4. I am generally familiar with the rates charged by law firms in Bridgeport, Connecticut for the services of lawyers with practices similar to mine.

5. In my opinion, the billing rates of $300 per hour for the services of a lawyer who graduated law school in 1989, and $250 per hour for the services of a lawyer who graduated law school in 1993, are eminently fair and reasonable and well within the usual

range charged by similar firms in this area.

    Dated at Bridgeport, Connecticut, on this 23d day of February, 2007.

*[signature]*
Robert B. Mitchell

    Appeared before me, Robert B. Mitchell, who swore to the truth of the foregoing.

Date 2/23/2007

*[signature]*
~~Notary Public/~~Commissioner of the Superior Court

My Commission Expires: _____

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via United States Mail, postage prepaid, on this date, to:

> James P. Donohue, Jr., Esq.
> David Crystal II, Esq.
> Crystal & Donohue
> 708 Third Avenue, 26th Floor
> New York, NY 10017
>
> Jacob A. Stein, Esq.
> Stein, Mitchell & Mezines
> 1100 Connecticut Avenue, N.W. 11th Floor
> Washington, DC 20036

I hereby certify that on March 2, 2007, a copy of the foregoing Affidavit of Robert B. Mitchell was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Dated at Bridgeport, Connecticut this 2nd day of March, 2007.

_____
Douglas J. Varga