# EX. A

*Transaction Detail Report Billed, Unbilled or Both*

For Client: 11132 Taylor Vision Resources
For Matters From 001 to 001
For Transaction Dates From 7/24/2006 Through 2/28/2007
For Management Periods From 1950.001 Through 2025.012
For Billed and Unbilled Transactions
For Time Transactions
For Employee AAA to ZZZ

### *** Billed Transactions ***

| Employee | | Date | InvoiceNo | Type | Rate | Hours | Amount | TransNo |
|---|---|---|---|---|---|---|---|---|
| SWP | SWP | 7/24/2006 | 96,083 | T | 250.00 | 1.50 | 375.00 | 4,374,912 |

Telephone conference with Attorney Crystal re motion to reopen; review affidavit from Attorney Donohue; review expert report; telephone conferences with Attorney Lane (2); review file; review e-filing procedures

| SWP | SWP | 7/25/2006 | 96,083 | T | 250.00 | 1.00 | 250.00 | 4,374,919 |

Telephone conference with Attorney Crystal re position; intraoffice conference re status; telephone conference with Attorney Stein re status; review file re scheduling ordr; review expert report

| SWP | SWP | 7/28/2006 | 96,083 | T | 250.00 | 0.40 | 100.00 | 4,374,937 |

Review motion to reopen; correspondence to Attorney Lane re same; review file; intraoffice conference re motion to reopen

| SWP | SWP | 7/31/2006 | 96,083 | T | 250.00 | 0.40 | 100.00 | 4,375,329 |

Intraoffice conference re strategy; telephone conference with Judge Thompson's chambers re opposition

| DJV | DJV | 7/31/2006 | 96,083 | T | 300.00 | 0.70 | 210.00 | 4,375,738 |

Review plaintiff's motion to vacate judgment, Donahue affidavit and supporting exhibits; review correspondence from (e-mail) Ms. Poston re same; intraoffice conference re same

| DJV | DJV | 8/1/2006 | 96,438 | T | 300.00 | 2.25 | 675.00 | 4,376,926 |

Intraoffice conference re basis for plaintiff's motion to open, erroneous statements in Donohue affidavit, and response to motion to open; legal research re attorney's failure to monitor CMECF system or court docket and standard for vacating judgment under Rule 60(b); intraoffice conference re additional research; review court docket re prior electronic notices in cases; telephone conference with Mr. Lane re basis for objection to motion to reopen and case status generally

| SWP | SWP | 8/1/2006 | 96,438 | T | 250.00 | 0.50 | 125.00 | 4,379,479 |

Intraoffice conference re research for opposition to motion to reopen; telephone conference with Judge Thompson's chambers; intraoffice conference re strategy

| DJV | DJV | 8/2/2006 | 96,438 | T | 300.00 | 1.70 | 510.00 | 4,376,934 |

Telephone conference with Mr. Donohue re date for filing objection to motion to vacate judgment, potential re-filing of action and potential settlement; intraoffice conference re same; update legal research re CMECF system requirements and attorney responsibility to monitor same; telephone conference with Chystine Cody (Bridgeport clerk's office) re confirmation of plaintiff's counsel's receipt of electronic orders and CMECF procedure generally; intraoffice conference re additional research for objection to motion to vacate; draft affidavit in support of opposition to motion to reopen

| SWP | SWP | 8/2/2006 | 96,438 | T | 250.00 | 0.20 | 50.00 | 4,379,485 |

Legal research; intraoffice conference re strategy

| DJV | DJV | 8/3/2006 | 96,438 | T | 300.00 | 0.40 | 120.00 | 4,376,948 |

Revise affidavit in opposition to motion to reopen case

| MAL | MAL | 8/3/2006 | 96,438 | T | 115.00 | 2.80 | 322.00 | 4,378,150 |

Legal research re rules on vacating dismissals under F.R. 60(b)

| DJV | DJV | 8/4/2006 | 96,438 | T | 300.00 | 0.30 | 90.00 | 4,376,950 |

Telephone conference with Mr. Donohue re settlement demand; review motion to reopen case filed on 8/3/06

**Transaction Detail Report Billed, Unbilled or Both**

For Client: <u>11132</u> <u>Taylor Vision Resources</u>
For Matters From <u>001</u> to <u>001</u>
For Transaction Dates From <u>7/24/2006</u> Through <u>2/28/2007</u>
For Management Periods From <u>1950.001</u> Through <u>2025.012</u>
For <u>Billed and Unbilled</u> Transactions
For <u>Time</u> Transactions
For Employee AAA to ZZZ

| Emp | Emp | Date | Ref | Type | Rate | Hours | Amount | Trans# |
|---|---|---|---|---|---|---|---|---|
| MAL | MAL | 8/4/2006 | 96,438 | T | 115.00 | 2.40 | 276.00 | 4,378,152 |

Legal research re vacating judgment for lack of notice

| DJV | DJV | 8/7/2006 | 96,438 | T | 300.00 | 0.40 | 120.00 | 4,376,972 |

Correspondence (email) to/from Mr. Lane re briefing schedule on motion to reopen case; intraoffice conference re standard for opening judgment based on attorney error; review research memo re same

| MAL | MAL | 8/7/2006 | 96,438 | T | 115.00 | 1.90 | 218.50 | 4,378,155 |

Draft file memorandum re vacating judgment for lack of notice

| DJV | DJV | 8/14/2006 | 96,438 | T | 300.00 | 0.20 | 60.00 | 4,377,569 |

Intraoffice conference re argument for objection to motion to reopen

| SWP | SWP | 8/14/2006 | 96,438 | T | 250.00 | 0.20 | 50.00 | 4,379,554 |

Intraoffice conference re strategy

| SWP | SWP | 8/15/2006 | 96,438 | T | 250.00 | 0.40 | 100.00 | 4,379,559 |

Work on opposition to motion to reopen

| DJV | DJV | 8/16/2006 | 96,438 | T | 300.00 | 0.20 | 60.00 | 4,377,604 |

Intraoffice conference re arguments for objection to motion to reopen

| MAL | MAL | 8/16/2006 | 96,438 | T | 115.00 | 1.30 | 149.50 | 4,378,174 |

Legal research re local rule 41(a) standards for reconsideration

| MAL | MAL | 8/16/2006 | 96,438 | T | 115.00 | 1.40 | 161.00 | 4,378,175 |

Draft file memorandum re local rule 41(a)

| SWP | SWP | 8/16/2006 | 96,438 | T | 250.00 | 2.80 | 700.00 | 4,379,567 |

Legal research; draft memorandum in opposition to motion to reopen

| DJV | DJV | 8/17/2006 | 96,438 | T | 300.00 | 0.40 | 120.00 | 4,377,621 |

Review draft objection to motion to reopen case; revise same

| DJV | DJV | 8/18/2006 | 96,438 | T | 300.00 | 6.50 | 1,950.00 | 4,377,627 |

Continue preparation of memorandum in opposition to plaintiff's motion to reopen case and supporting affidavit; update legal research for same; intraoffice conference re arguments in support of opposition; telephone conferences with Cyrstine Cody and Tanya Graham Nobile (clerk's office personnel) re operation of CM/ECF system and procedure for handling failed transmission of electronic notices; review court docket and attorney appearance listings; prepare exhibits to brief; correspondence (e-mail) to Mr. Lane with drafts of brief and affidavit

| SWP | SWP | 8/18/2006 | 96,438 | T | 250.00 | 1.50 | 375.00 | 4,379,570 |

Work on memorandum in opposition to motion to reopen; telephone conference with Ms. Cody and Ms. Graham Nobile re CMECF system

| DJV | DJV | 8/19/2006 | 96,438 | T | 300.00 | 0.50 | 150.00 | 4,377,638 |

Revise memorandum in opposition to motion to reopen file

| DJV | DJV | 8/20/2006 | 96,438 | T | 300.00 | 1.50 | 450.00 | 4,377,640 |

Continue preparation and revision of memorandum in opposition to motion to reopen; update legal research for same; revise affidavit in support of objection; prepare exhibits for brief and affidavit

| DJV | DJV | 8/21/2006 | 96,438 | T | 300.00 | 1.60 | 480.00 | 4,377,652 |

Revise, file and serve objection to motion to reopen and supporting affidavit; prepare exhibits for same; telephone conference with Mr. Lane re same; correspondence (e-mail) to Mr. Lane with copies of filings

Transaction Detail Report Billed, Unbilled or Both
For Client: **11132** Taylor Vision Resources
For Matters From **001** to **001**
For Transaction Dates From **7/24/2006** Through **2/28/2007**
For Management Periods From **1950.001** Through **2025.012**
For **Billed and Unbilled** Transactions
For **Time** Transactions
For Employee AAA to ZZZ

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DJV | DJV | 8/22/2006 | 96,438 | T | 300.00 | 0.25 | 75.00 | 4,379,001 |

Telephone conference with Ms. Bauer (district court clerk's office) re CM/ECF registration by plaintiff's counsel

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DJV | DJV | 8/23/2006 | 96,438 | T | 300.00 | 0.30 | 90.00 | 4,379,021 |

Telephone conference with Judge Thompson's law clerk re courtesy copy of objection to motion to reopen and potential hearing on same; correspondence to clerk with courtesy copies

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DJV | DJV | 8/29/2006 | 96,438 | T | 300.00 | 0.60 | 180.00 | 4,379,063 |

Review plaintiff's reply memorandum in support of motion to reopen and supporting affidavits of James Donohue, David Crystal and King Chan; intraoffice conference re same; correspondence (e-mail) to Mr. Lane with copies of same

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SWP | SWP | 8/29/2006 | 96,438 | T | 250.00 | 0.40 | 100.00 | 4,379,587 |

Review reply pleadings re motion to reopen

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SWP | SWP | 8/30/2006 | 96,438 | T | 250.00 | 1.00 | 250.00 | 4,379,595 |

Review file; intraoffice conference re Donohue Affidavit; review court order; telephone conference with Attorney Lane re same; legal research re motion for reopen; motion to correct; intraoffice conference re same

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DJV | DJV | 8/30/2006 | 96,438 | T | 300.00 | 1.60 | 480.00 | 4,380,293 |

Telephone conference with Carlos Lane re plaintiff's reply to opposition to motion to reopen, potential hearing date and prospects for favorable ruling and potential trial date; office conference with Ms. Poston re factual representations in plaintiff's reply papers on motion to reopen and submission of sur-reply to address same; review file materials re correspondence from plaintiff's counsel; review order denying motion to reopen; telephone conference with Mr. Lane re same and potential motion to reconsider or appeal to Second Circuit; office conference with Ms. Poston re procedural deadlines for filing of affidavit post-judgment; correspondence (email) to Mr. Lane with copy of order on motion to reopen

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DJV | DJV | 8/31/2006 | 96,438 | T | 300.00 | 0.40 | 120.00 | 4,380,308 |

Review order vacating 8/30/06 order denying motion to reopen case; telephone conference with Jenn Larai (law clerk) re same and submission of sur-reply brief and affidavit; correspondence (email) to Carlos Lane re same

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DJV | DJV | 9/5/2006 | 96,754 | T | 300.00 | 1.10 | 330.00 | 4,382,051 |

Telephone conference with Mr. Lane re sur-reply on motion to reopen case; review affidavits and brief of plaintiff's counsel filed 8/30/06; draft affidavit for sur-reply

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DJV | DJV | 9/6/2006 | 96,754 | T | 300.00 | 0.20 | 60.00 | 4,382,059 |

Intraoffice conference re status of plaintiff's motion to open; telephone conference with Ms. Larai (law clerk) re sur-reply

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SWP | SWP | 9/8/2006 | 96,754 | T | 250.00 | 0.20 | 50.00 | 4,381,516 |

Intraoffice conference re strategy, sur-reply

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DJV | DJV | 9/8/2006 | 96,754 | T | 300.00 | 1.80 | 540.00 | 4,382,084 |

Preparation of sur-reply brief on motion to reargue and supporting affidavit; telephone conference with Mr. Lane re same

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DJV | DJV | 9/10/2006 | 96,754 | T | 300.00 | 3.50 | 1,050.00 | 4,382,086 |

Continue preparation of sur-rply memorandum in opposition to motion to reopen case and supporting affidavit

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SWP | SWP | 9/11/2006 | 96,754 | T | 250.00 | 1.00 | 250.00 | 4,381,530 |

Intraoffice conference re sur-reply strategy; review and revise sur-reply brief

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DJV | DJV | 9/11/2006 | 96,754 | T | 300.00 | 5.20 | 1,560.00 | 4,382,087 |

Continue preparation of sur-reply memorandum in opposition to motion to reopen, supporting affidavit, and motion for leave to file same; intraoffice conference re arguments in brief, communications with plaintiff's counsel since 02/05 and support for plaintiff's legal position; update legal research for sur-reply brief; telephone conference with Judge Thompson's law clerk (Jenn Larai) re filing of sur-reply; telephone conference with Mr. Lane re same and arguments in brief; prepare exhibits for brief

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DJV | DJV | 9/12/2006 | 96,754 | T | 300.00 | 0.70 | 210.00 | 4,382,097 |

Revise, file and serve sur-reply memorandum on motion to reopen, supporting affidavit and motion for leave to file same; telephone conference with Mr. Lane re same; correspondence to Jenn Larai with chambers copies of same

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SWP | SWP | 9/12/2006 | 96,754 | T | 250.00 | 0.20 | 50.00 | 4,382,601 |

Review Douglas Varga's Affidavit and motion for leave to file surreply

Transaction Detail Report Billed, Unbilled or Both

For Client: **11132** Taylor Vision Resources
For Matters From **001** to **001**
For Transaction Dates From **7/24/2006** Through **2/28/2007**
For Management Periods From **1950.001** Through **2025.012**
For **Billed and Unbilled** Transactions
For **Time** Transactions
For Employee AAA to ZZZ

| Emp | Emp | Date | Ref | Type | Rate | Hours | Amount | TrxID |
|---|---|---|---|---|---|---|---|---|
| DJV | DJV | 9/14/2006 | 96,754 | T | 300.00 | 0.75 | 225.00 | 4,383,131 |

Review correspondence from Mr. Donohue to Judge Thompson requesting conference on pending motion to reopen; intraoffice conference re ethical issues for plaintiffs' counsel; correspondence (e-mail) to Mr. Lane with sur-reply papers and 9/13/06 Donohue letter; telephone conference with Mr. Lane re same

| DJV | DJV | 9/15/2006 | 96,754 | T | 300.00 | 0.10 | 30.00 | 4,383,156 |

Review order granting motion for leave to file sur-reply

| SWP | SWP | 9/18/2006 | 96,754 | T | 250.00 | 0.20 | 50.00 | 4,382,623 |

Intraoffice conference re strategy for hearing on motion to reopen

| DJV | DJV | 9/18/2006 | 96,754 | T | 300.00 | 0.30 | 90.00 | 4,383,164 |

Correspondence (e-mail) to Mr. Lane re 9/15/06 order on motion to reopen; intraoffice conference re hearing on same

| DJV | DJV | 9/20/2006 | 96,754 | T | 300.00 | 0.10 | 30.00 | 4,383,191 |

Review court notice re filing of sur-reply brief on motion to reopen

| DJV | DJV | 9/22/2006 | 96,754 | T | 300.00 | 0.15 | 45.00 | 4,383,208 |

Review order scheduling 10/16/06 hearing on motion to reopen; correspondence (e-mail) to Mr. Lane re same

| DJV | DJV | 10/5/2006 | 97,337 | T | 300.00 | 0.90 | 270.00 | 4,386,245 |

Review correspondence from Mr. Donohue with additional documents and correspondence to be offered in support of motion to reopen; telephone conference with Mr. Lane re same; review file and billing records re non-receipt of correspondence produced by Mr. Donohue; intraoffice conference re same

| DJV | DJV | 10/13/2006 | 97,337 | T | 300.00 | 0.20 | 60.00 | 4,386,292 |

Telephone conference with Ms. Larai (law clerk) re continuance of 10/16/06 hearing on motion to reopen; correspondence (e-mail) to Mr. Lane re same

| DJV | DJV | 10/14/2006 | 97,337 | T | 300.00 | 0.40 | 120.00 | 4,386,307 |

Review all correspondence received from Attorney Donohue since inception of case

| DJV | DJV | 10/16/2006 | 97,337 | T | 300.00 | 0.20 | 60.00 | 4,387,661 |

Telephone conference with Jenn Larai (law clerk) re 10/23/06 hearing on plaintiff's motion to reopen; correspondence (e-mail) to Mr. Lane re same

| SWP | SWP | 10/16/2006 | 97,337 | T | 250.00 | 0.20 | 50.00 | 4,387,920 |

Intraoffice conference re strategy re hearing on motion to reopen

| DJV | DJV | 10/20/2006 | 97,337 | T | 300.00 | 1.10 | 330.00 | 4,387,704 |

Intraoffice conference re arguments for 10/23/06 hearing on motion to reopen; telephone conference with Jenn Larai (law clerk) confirming hearing time; review briefs and documents for hearing

| SWP | SWP | 10/20/2006 | 97,337 | T | 250.00 | 1.00 | 250.00 | 4,387,936 |

Intraoffice conference re strategy re 10/23/06 hearing

| DJV | DJV | 10/22/2006 | 97,337 | T | 300.00 | 0.75 | 225.00 | 4,388,029 |

Review pleadings and correspondence for 10/23/06 hearing on plaintiffs's motion to reopen

| SWP | SWP | 10/23/2006 | 97,337 | T | 250.00 | 4.80 | 1,200.00 | 4,387,940 |

Prepare for and attend hearing re motion to reopen; telephone conference with Attorney Lane; intraoffice conference

| DJV | DJV | 10/23/2006 | 97,337 | T | 300.00 | 4.80 | 1,440.00 | 4,388,030 |

Prepare for and attend hearing on plaintiff's motion to reopen before Judge Thompson (Hartford); telephone conference with Mr. Lane re hearing on plaintiff's motion to reopen

| SWP | SWP | 10/24/2006 | 97,337 | T | 250.00 | 0.10 | 25.00 | 4,387,945 |

Intraoffice conference re fee affidavit

**Transaction Detail Report Billed, Unbilled or Both**
For Client: **11132** **Taylor Vision Resources**
For Matters From **001** to **001**
For Transaction Dates From **7/24/2006** Through **2/28/2007**
For Management Periods From **1950.001** Through **2025.012**
For **Billed and Unbilled** Transactions
For **Time** Transactions
For Employee AAA to ZZZ

| Emp | Wkr | Date | Ref | Type | Rate | Hours | Amount | Trans# |
|---|---|---|---|---|---|---|---|---|
| DJV | DJV | 10/25/2006 | 97,337 | T | 300.00 | 0.15 | 45.00 | 4,388,060 |

Review order re plaintiff's motion to reopen case; correspondence (e-mail) to Mr. Lane with same

| DJV | DJV | 11/2/2006 | 97,748 | T | 300.00 | 0.30 | 90.00 | 4,390,291 |

Draft affidavit for fee application

| DJV | DJV | 11/2/2006 | 97,748 | T | 300.00 | 0.40 | 120.00 | 4,390,292 |

Legal research re appropriate range of fees in District of Connecticut

| DJV | DJV | 11/3/2006 | 97,748 | T | 300.00 | 0.10 | 30.00 | 4,389,822 |

Review correspondence from Mr. Donohue re fee application, amended pretrial deadlines and expert discovery

| DJV | DJV | 11/3/2006 | 97,748 | T | 300.00 | 0.40 | 120.00 | 4,389,823 |

Prepare affidavit in support of fee petition on motion to reopen case

| DJV | DJV | 11/6/2006 | 97,748 | T | 0.00 | 0.40 | 0.00 | 4,390,304 |

Continue preparation of fee affidavit on motion to reopen (W/O PER DJV)

| SWP | SWP | 11/6/2006 | 97,748 | T | 250.00 | 0.10 | 25.00 | 4,392,726 |

Intraoffice conference re strategy

| SWP | SWP | 11/7/2006 | 97,748 | T | 250.00 | 0.50 | 125.00 | 4,392,728 |

Complete affidavit re fees; intraoffice conference re strategy on fee claim

| DF | DF | 11/10/2006 | 97,748 | T | 325.00 | 0.25 | 81.25 | 4,390,966 |

Intraoffice conference re strategy for petition on fees

| DJV | DJV | 11/10/2006 | 97,748 | T | 300.00 | 0.80 | 240.00 | 4,391,741 |

Revise fee affidavit; intraoffice conference re same; prepare exhibit for affidavit; correspondence to Mr. Donahue enclosing affidavits

| DJV | DJV | 11/14/2006 | 97,748 | T | 300.00 | 0.30 | 90.00 | 4,393,533 |

Telephone conference with Mr. Lane re draft fee petition submitted to plaintiff's counsel and case status generally

| SWP | SWP | 11/17/2006 | 97,748 | T | 250.00 | 0.20 | 50.00 | 4,392,775 |

Review correspondence from Attorney Donohue; intraoffice conference re strategy on attorney fees

| DJV | DJV | 11/17/2006 | 97,748 | T | 300.00 | 0.40 | 120.00 | 4,393,570 |

Review correspondence from Mr. Donohue with counter-offer on fees for motion to reopen; intraoffice conference re same

| SWP | SWP | 11/22/2006 | 97,748 | T | 250.00 | 0.25 | 62.50 | 4,392,787 |

Telephone conference with Attorney Lane; intraoffice conference re same; intraoffice re Attorney Donohue's position re fee dispute

| DJV | DJV | 11/22/2006 | 97,748 | T | 300.00 | 0.80 | 240.00 | 4,393,629 |

Telephone conference with Mr. Lane re potential compromise of fee claim; correspondence (e-mail) to/from Mr. Lane re same; telephone conference with Mr. Donohue re same

| DJV | DJV | 12/6/2006 | 98,184 | T | 300.00 | 0.10 | 30.00 | 4,395,072 |

Correspondence (e-mail) to Mr. Lane re fee application status

| DJV | DJV | 12/12/2006 | 98,184 | T | 300.00 | 0.15 | 45.00 | 4,395,784 |

Telephone conference with Mr. Lane re case status and status of fee petition

| DJV | DJV | 12/22/2006 | 98,184 | T | 300.00 | 0.25 | 75.00 | 4,396,895 |

Correspondence from Jim Donohue with proposed amended scheduling order; draft response letter to Mr. Donohue

| DJV | DJV | 12/26/2006 | 98,659 | T | 300.00 | 0.25 | 75.00 | 4,397,754 |

Revise letter to Mr. Donohue re resolution of fee application

Transaction Detail Report Billed, Unbilled or Both

For Client: **11132** Taylor Vision Resources
For Matters From **001** to **001**
For Transaction Dates From **7/24/2006** Through **2/28/2007**
For Management Periods From **1950.001** Through **2025.012**
For **Billed and Unbilled** Transactions
For **Time** Transactions
For Employee AAA to ZZZ

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DJV | DJV | 12/27/2006 | 98,659 | T | 300.00 | 0.20 | 60.00 | 4,397,765 |

Telephone conference with Mr. Lane re status of fee claim and proposed scheduling order; correspondence (e-mail) from Mr. Lane with Borrelli order of judgment

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DJV | DJV | 1/15/2007 | 98,659 | T | 300.00 | 0.25 | 75.00 | 4,401,024 |

Telephone conference with Carlos Lane re: case status; review case docket

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DJV | DJV | 1/22/2007 | 98,659 | T | 300.00 | 0.50 | 150.00 | 4,401,079 |

Letter from Jim Donohue re: fee petition on motion to reargue and proposed scheduling order; correspondence (e-mail) to Carlos Lane with same; telephone conference with Mr. Lane re: same; correspondence (e-mail) to Mr. Lane re: filing of fee petition

For Client: **11132** Taylor Vision Resources
For Matters From **001** to **001**
 For Transaction Dates From **7/24/2006** Through **2/28/2007**
 For Management Periods From **1950.001** Through **2025.012**
For **Billed and Unbilled** Transactions
For **Time** Transactions
For Employee AAA to ZZZ

### *** Unbilled Transactions ***

| Employee | Date | InvoiceNo | Type | Rate | Hours | Amount | TransNo |
|---|---|---|---|---|---|---|---|
| DJV  DJV | 2/1/2007 | | T | 325.00 | 0.10 | 32.50 | 4,404,897 |
| | | | | | | | |
| | | | | | | | |
| DJV  DJV | 2/12/2007 | | T | 325.00 | 0.30 | 97.50 | 4,407,586 |
| DJV  DJV | 2/13/2007 | | T | 325.00 | 0.60 | 195.00 | 4,407,596 |
| DJV  DJV | 2/13/2007 | | T | 325.00 | 0.10 | 32.50 | 4,407,597 |
| SWP  SWP | 2/21/2007 | | T | 275.00 | 0.70 | 192.50 | 4,407,045 |
| DJV  DJV | 2/21/2007 | | T | 325.00 | 0.20 | 65.00 | 4,407,638 |
| SWP  SWP | 2/23/2007 | | T | 275.00 | 1.50 | 412.50 | 4,407,056 |
| DJV  DJV | 2/25/2007 | | T | 325.00 | 0.20 | 65.00 | 4,407,643 |
| SWP  SWP | 2/26/2007 | | T | 275.00 | 1.30 | 357.50 | 4,407,059 |
| DJV  DJV | 2/26/2007 | | T | 325.00 | 0.30 | 97.50 | 4,407,659 |
| SWP  SWP | 2/27/2007 | | T | 250.00 | 1.50 | 375.00 | 4,408,613 |
| DJV  DJV | 2/28/2007 | | T | 325.00 | 1.30 | 422.50 | 4,408,809 |

- 2/1/2007 — DJV: Telephone conference with court reporter re: preparation of transcript of October 23, 2006 hearing on motion to reopen
- 2/12/2007 — DJV: Review transcript of 10/23/06 hearing on plaintiff's motion to reopen case
- 2/13/2007 — DJV: Draft application for attorneys' fees
- 2/13/2007 — DJV: Review notice of filing of transcript of 10/23/06 hearing on motion to reopen
- 2/21/2007 — SWP: Review letter from Attorney Donohue; intraoffice conference re strategy; work on application for fees
- 2/21/2007 — DJV: Intraoffice conference re filing of application for attorneys' fees on motion to reopen and response to letter from plaintiff's counsel
- 2/23/2007 — SWP: Review file; legal research; revise application; telephone conference with Attorney Mitchell; prepare affidavit for Attorney Mitchell; exchange correspondence with Attorney Mitchell re same
- 2/25/2007 — DJV: Review correspondence from Mr. Donohue re fee application and submission of amended scheduling order; review correspondence from Ms. Poston to Mr. Donohue re same
- 2/26/2007 — SWP: Telephone conference with Attorney Mitchell's office re affidavit; intraoffice conference re strategy re fees for preparation of application; review new time records; revise application and Varga affidavit
- 2/26/2007 — DJV: Review draft fee affidavit by Attorney Mitchell; intraoffice conference re same and submission of updated affidavits in support of fee petition
- 2/27/2007 — SWP: Intraoffice conference re strategy; complete revisions of affidavits and attorney fee application
- 2/28/2007 — DJV: Preparation of application of attorneys' fees and costs; revise affidavits of same; legal research for same; intraoffice conference with Attorney Poston re same

**$22,535.75**

# Zeldes, Needle & Cooper

*Transaction Detail Report Billed, Unbilled or Both*

3/2/2007
1

For Client: **11132** **Taylor Vision Resources**
For Matters From **001** to **001**
 For Transaction Dates From **7/24/2006** Through **2/28/2007**
 For Management Periods From **1950.001** Through **2025.012**
For **Billed and Unbilled** Transactions
For **Expense** Transactions
For Employee **AAA** to **ZZZ**

### *** Billed Transactions ***

| Employee | Date | InvoiceNo | Type | Rate | Hours | Amount | TransNo |
|---|---|---|---|---|---|---|---|
| SWP   SWP<br>FEDEX MAILING | 7/28/2006 | 96,083 | E | 18.55 | 0.00 | 18.55 | 4,376,495 |
| SWP   SWP<br>FEDEX MAILING | 7/28/2006 | 96,083 | E | 18.55 | 0.00 | 18.55 | 4,376,496 |
| MAL   MAL<br>WESTLAW LEGAL RESEARCH | 8/3/2006 | 96,438 | E | 123.59 | 0.00 | 123.59 | 4,379,880 |
| MAL   MAL<br>WESTLAW LEGAL RESEARCH | 8/4/2006 | 96,438 | E | 11.58 | 0.00 | 11.58 | 4,379,881 |
| MAL   MAL<br>WESTLAW LEGAL RESEARCH | 8/7/2006 | 96,438 | E | 15.60 | 0.00 | 15.60 | 4,379,882 |
| DJV   DJV<br>WESTLAW LEGAL RESEARCH | 8/18/2006 | 96,438 | E | 156.23 | 0.00 | 156.23 | 4,379,879 |
| DJV   DJV<br>WESTLAW LEGAL RESEARCH | 9/11/2006 | 96,754 | E | 154.02 | 0.00 | 154.02 | 4,384,311 |
| DJV   DJV<br>TRAVEL | 10/23/2006 | 97,337 | E | 57.29 | 0.00 | 57.29 | 4,386,794 |
| DJV   DJV<br>WESTLAW LEGAL RESEARCH | 11/2/2006 | 97,748 | E | 116.05 | 0.00 | 116.05 | 4,394,220 |

**Total *** Billed Transactions *****                          0.00       671.46

For Client: **11132** **Taylor Vision Resources**
For Matters From **001** to **001**
For Transaction Dates From **7/24/2006** Through **2/28/2007**
For Management Periods From **1950.001** Through **2025.012**
For **Billed and Unbilled** Transactions
For **Expense** Transactions
For Employee **AAA** to **ZZZ**

|  |  | *** Unbilled Transactions *** |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| **Employee** | **Date** | **InvoiceNo** | **Type** | **Rate** | **Hours** | **Amount** | **TransNo** |
| DJV  DJV<br>D. HUNTINGTON TRANSCRIPT | 2/12/2007 |  | E | 125.93 | 0.00 | 125.93 | 4,404,924 |
| SWP  SWP<br>WESTLAW LEGAL RESEARCH | 2/23/2007 |  | E | 117.94 | 0.00 | 117.94 | 4,407,460 |
| **Total *** Unbilled Transactions *** ** |  |  |  |  | 0.00 | 243.87 |  |
|  | **Grand Total for Report** |  |  |  | 0.00 | 915.33 |  |