UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------X

ROBERT PAYNE and PAYNE INVESTMENTS LLC.

                             Plaintiffs,

      v.                                                        Civil Action No. 3:02 CV 2234(AWT)

TAYLOR VISION RESOURCES,
TAYLOR STRATEGIC ACQUISITIONS,
TAYKOR STRATEGIC DUVESTITURES,        MOTION TO WITHDRAW AS
And TAYLOR FINANCIAL SERVICES            COUNSEL
LLC all defendants collectively
Operating under the name
TAYLOR COMPANIES,

                            Defendants.

-----------------------------------------------------------------X

STATE OF NEW YORK  )
                             ) SS.:
COUNTY OF NEW YORK

   BENNETT H. LAST, being duly sworn, deposes and says:

1. I am a member of Gilbride Tusa Last & Spellane LLC ("Gilbride Tusa") attorneys of record in the above captioned action. I submit this affidavit in support of the motion of Gilbride Tusa to permit Gilbride Tusa to withdraw as counsel for plaintiffs in this action in favor of Crystal & Donohue and in accordance with the Consent To Change Attorneys duly executed by Robert Payne on January 29, 2007 before a Notary Public of the State of Texas which is annexed hereto as Exhibit "A".

2. David Crystal II and James P. Donohue, Jr formerly members of Gilbride Tusa amicably severed their relationship with Gilbride Tusa as of December 31, 2006. Messrs. Crystal and Donohue have formed the law firm of Crystal & Donohue and are located in the same suite of offices as Gilbride Tusa, namely 708 Third Avenue, 26th Floor, New York, New York 10017.

  WHEREFORE, I hereby request that this Court enter an Order permitting Gilbride Tusa to withdraw as counsel in the above entitled action.

                                                            Bennett H. Last

Sworn to before me this
5th day of February, 2007

        SAL MELI
  Notary Public, State of New York
      No. 02ME6080256
   Qualified in Kings County
Commission Expires Sept. 9, 2010

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------X

ROBERT PAYNE and PAYNE
INVESTMENTS LLC,                                    CIVIL ACTION

                Plaintiffs,          No. 3:02 CV 2234 (AWT)

    v.

TAYLOR VISION RESOURCES,
TAYLORSTRATEGIC ACQUISITIONS,
TAYLOR STRATEGIC DIVESTITURES,
And TAYLOR FINANCIAL SERVICES
LLC, all defendants collectively
Operating under the name
TAYLOR COMPANIES,

                Defendants.
-----------------------------------------------------------X

CONSENT TO CHANGE ATTORNEY

IT IS HEREBY CONSENTED that CRYSTAL & DONOHUE of 708 Third Avenue, 26th Floor, New York, New York 10017, be substituted as attorneys of record for the undersigned party in the above entitled action in place and stead of the law firm Of Gilbride Tusa Last & Spellane LLC as of the date hereof.

Dated: JAN 29, 2007

                Robert Payne and Payne Investments LLc

                By _____
                     Robert Payne

State of ~~Connecticut~~ Texas  )
                     ) ss.
County of ~~Fairfield~~ Dallas )

On the 29 day of January, 2007 before me personally came Robert Payne, to me known and known to me to be the same person described in and who executed the Foregoing consent and acknowledged to me that he executed the same.

Roxie Hebert

ROXIE HEBERT
Notary Public, State of Texas
My Commission Expires
February 05, 2009

STATE OF NEW YORK )
                  ) SS.:
COUNTY OF NEW YORK )

David Crystal II, being duly sworn, deposes and says:

On the 5th day of February, 2007 your deponent served a true copy of the within affidavit and proposes order as well as a notice of appearance upon Zeldes, Needle & Cooper, P.C., attorneys for defendants Taylor Companies at 1000 Lafayette Blvd., P.O. Box 1740, Bridgeport, CT. 06601-1740 by depositing same in a postage paid fully addressed envelope in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
David Crystal II

Sworn to before me this
5th Day of February, 2007

_____
Notary Public

SAL MELI
Notary Public, State of New York
No. 02ME6080256
Qualified in Kings County
Commission Expires Sept. 9, 20 10