UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------X

ROBERT PAYNE and PAYNE INVESTMENTS LLC.

                               Plaintiffs,

        v.                                       Civil Action No. 3:02 CV 2234(AWT)

TAYLOR VISION RESOURCES,
TAYLOR STRATEGIC ACQUISITIONS,
TAYKOR STRATEGIC DUVESTITURES,
And TAYLOR FINANCIAL SERVICES          ORDER
LLC all defendants collectively
Operating under the name
TAYLOR COMPANIES,

                             Defendants.

-----------------------------------------------------------------X

    Upon reading and filing the Affidavit of Bennett H. Last of Gilbride Tusa Last & Spellane LLC, the duly executed Consent To Change Attorneys of plaintiff Robert Payne and Payne Investments LLC and the Notice of Appearance duly executed by James P. Donohue, Jr of Crystal & Donohue, it is hereby

    ORDERED AND DECREED that Gilbride Tusa Last & Spellane LLC be and are entitled to withdraw as counsel in the above entitled action and that Crystal & Donohue be entered as attorneys of record for plaintiff Robert Payne and Payne Investments LLC in the above entitled action.

                                                        _____
                                                              U.S.D.J.