**EXHIBIT 'A'**

## David Crystal

**From:** CMECF@ctd.uscourts.gov
**Sent:** Wednesday, October 25, 2006 4:25 PM
**To:** CMECF@ctd.uscourts.gov
**Subject:** Activity in Case 3:02-cv-02234-AWT Payne, et al v. Taylor Vision, et al "Motion Hearing"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Connecticut

Notice of Electronic Filing

The following transaction was received from Smith, S. entered on 10/25/2006 at 4:24 PM EDT and filed on 10/23/2006
**Case Name:** Payne, et al v. Taylor Vision, et al
**Case Number:** 3:02-cv-2234
**Filer:**
**WARNING: CASE CLOSED on 05/02/2006**
**Document Number:** 69

**Docket Text:**
Minute Entry for proceedings held before Judge Alvin W. Thompson: Motion Hearing held on 10/23/2006 re [57] MOTION to reopen case filed by Robert Payne, Payne Investments LLC. The motion to reopen, the denial of which having been vacated, is granted. Sanctions imposed by the court: plaintiff's counsel shall pay the attorneys' fees and costs that were expended by defendants' counsel regarding this motion. Defendants' counsel shall submit affidavit re: same. The parties shall file an updated scheduling order. 55 minutes (Court Reporter Huntington)(Smith, S.)

The following document(s) are associated with this transaction:

**3:02-cv-2234 Notice will be electronically mailed to:**

David Crystal , II    dc@gtlsny.com, jpd@gtlsny.com

James P. Donohue , Jr    jpd@gtlsny.com,

Sarah W. Poston    sposton@znclaw.com

Douglas John Varga    dvarga@znclaw.com, hpucillo@znclaw.com

Jacob D. Zeldes    jzeldes@znclaw.com

**3:02-cv-2234 Notice will be delivered by other means to:**

10/30/06

Jacob A. Stein
Stein, Mitchell & Mezines
1100 Connecticut Ave., N.W.
Washington, DC 20036

10/30/06