# EXHIBIT 'B'

FRANK J. GILBRIDE II
CHARLES S. TUSA
BENNETT H. LAST*
THOMAS P. SPELLANE
JOHN P. TESEI, P.C.**
ERIC H. SELTZER
DAVID CRYSTAL II
JAMES P. DONOHUE, JR.*
FREDERIC P. RICKLES***
KENNETH M. GAMMILL, JR.

THEODORE L. SANDLER****
JONATHAN M. WELLS
SAL MELI*****
CHRISTOPHER D. BRISTOL**
DOROTHY MATTHEWS FREEBURG
ASHLEY VAN VALKENBURGH

* ADMITTED IN NEW YORK ONLY
** ADMITTED IN CONNECTICUT ONLY
*** ALSO ADMITTED IN NEW JERSEY AND VIRGINIA
**** ALSO ADMITTED IN MASSACHUSETTS
***** ADMITTED IN NEW YORK AND WISCONSIN ONLY
****** ADMITTED IN NEW YORK, NEW JERSEY AND FLORIDA ONLY

# GILBRIDE, TUSA, LAST & SPELLANE LLC

ATTORNEYS AT LAW
708 THIRD AVENUE
26TH FLOOR
NEW YORK, NEW YORK 10017

(212) 692-9666
FACSIMILE (212) 661-6328

COUNSEL
ROBERT N. LITTMAN*
SHEILA ANNMARIE MOELLER*****
LINCOLN W. BRIGGS

31 BROOKSIDE DRIVE
P.O. BOX 658
GREENWICH, CONNECTICUT 06836
(203) 622-9360
FACSIMILE (203) 622-9392

November 3, 2006
By Fax – 203 333-1489

Douglas J. Varga, Esq.
Zeldes Needle & Cooper PC
1000 Lafayette Blvd.
Bridgeport Ct. 06601-1740

Re: Payne et. al. v. Taylor Vision Resources et. al.

Dear Mr. Varga:

Last week the court ruled we should pay your fees on the recent motion. Although not in the final order, it is my recollection that it was suggested if we could agree on the amount or if not, you could submit an affidavit.

If you wish to try the first course of action, please submit your bills and time sheets, with your notations as to what is to be included as relating to the motion.

In addition, we are also to submit a new scheduling order.

At this point, we are still waiting for your response to our document request of April, 2005 and the information you promised at the Payne deposition in May, 2005. We would suggest that this information be supplied by a date certain, hopefully the end of this month.

Assuming this information can be supplied by November 30, 2006 we would suggest giving our expert approximately three weeks to review it and determine if he needs to amend his previous report based on this information. The expert's report would then be delivered to you and you would have three weeks to review it, provide us with your expert's report and then schedule our expert's deposition within the next two

GILBRIDE, TUSA, LAST & SPELLANE LLC

weeks. We would then depose your expert within the next two weeks and schedule the pre-trial order for 30 days after that.

If this meets with your approval, let me know and I will draft the order accordingly for your review. If you have problems with this outline, let me know as soon as possible, so we can address such issues.

Very truly yours



James P. Donohue, Jr.

JPD/jd
Enc.