**EXHIBIT 'C'**

# ZELDES, NEEDLE & COOPER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
1000 LAFAYETTE BLVD.
POST OFFICE BOX 1740
BRIDGEPORT, CONNECTICUT 06601-1740

TELEPHONE (203) 333-9441
FAX (203) 333-1489

Douglas J. Varga
Direct Dial: (203) 332-5770
E-Mail: dvarga@znclaw.com

November 10, 2006

**VIA FACSIMILE AND U.S. MAIL**

James P. Donohue, Jr., Esq.
Gilbride Tusa Last & Spellane LLC
708 Third Avenue, 26th Floor
New York, NY 10017

Re: Robert Payne, et al. v. Taylor Companies
U.S. District Court, District of Connecticut
Case No. 3:02 CV 2234 (AWT)

Dear Mr. Donohue:

I am writing in response to your letter dated November 3, 2006.

With respect to Judge Thompson's order concerning the reimbursement of attorneys' fees and costs incurred by the defendants in responding to the plaintiffs' Motion to Reopen, we submit two Affidavits (one executed by me, and one executed by my colleague, Sarah Poston) setting forth the basis for our clients' claim. As you will note, we will seek a total of $20,016.41, as itemized in the attached Affidavits.

Please call me or Sarah if you would like to discuss our claim. If we cannot reach agreement, we obviously will need to file the petition and request a hearing before Judge Thompson. I hope we can avoid that.

Sincerely,

Douglas J. Varga

DJV:hap
cc: Sarah W. Poston