# EXHIBIT 'E'

FRANK J. GILBRIDE II
CHARLES S. TUSA
BENNETT H. LAST*
THOMAS P. SPELLANE
JOHN P. TESEI, P.C.**
ERIC H. SELTZER
DAVID CRYSTAL II
JAMES P. DONOHUE, JR.¹
FREDERIC P. RICKLES***
KENNETH M. GAMMILL, JR.

THEODORE L. SANDLER****
JONATHAN M. WELLS
SAL MELI*****
CHRISTOPHER D. BRISTOL**
DOROTHY MATTHEWS FREEBURG
ASHLEY VAN VALKENBURGH

* ADMITTED IN NEW YORK ONLY
** ADMITTED IN CONNECTICUT ONLY
*** ALSO ADMITTED IN NEW JERSEY AND VIRGINIA
**** ALSO ADMITTED IN MASSACHUSETTS
***** ADMITTED IN NEW YORK AND WISCONSIN ONLY
****** ADMITTED IN NEW YORK, NEW JERSEY AND FLORIDA ONLY

# GILBRIDE, TUSA, LAST & SPELLANE LLC

ATTORNEYS AT LAW
708 THIRD AVENUE
26TH FLOOR
NEW YORK, NEW YORK 10017

(212) 692-9666
FACSIMILE (212) 661-6328

COUNSEL
ROBERT N. LITTMAN*
SHEILA ANNMARIE MOELLER*****
LINCOLN W. BRIGGS

31 BROOKSIDE DRIVE
P.O. BOX 658
GREENWICH, CONNECTICUT 06836
(203) 622-9360
FACSIMILE (203) 622-9392

December 22, 2006
By Fax – 203 333-1489

Douglas J. Varga, Esq.
Zeldes Needle & Cooper PC
1000 Lafayette Blvd.
Bridgeport Ct. 06601-1740

Re: Payne et. al. v. Taylor Vision Resources et. al.

Dear Mr. Varga:

Following up on my earlier letters and our discussions I enclose the proposed scheduling order. Please review and get back to me as soon as possible. I will be on vacation next week, but would like to get this to the court right after that.

Very truly yours

James P. Donohue, Jr.

JPD/jd