# EXHIBIT 'F'

# CRYSTAL & DONOHUE
708 Third Avenue
26th Floor
New York, New York 10017
(212) 692-9030
Fax (212) 661-6328

February 21, 2007

By Fax – 203 333-1489

Douglas J. Varga, Esq.
Zeldes Needle & Cooper PC
1000 Lafayette Blvd.
Bridgeport Ct. 06601-1740

Re: Payne et. al. v. Taylor Vision Resources et. al.

Dear Mr. Varga:

Almost a month ago we requested that if you had some document which supports your position that you are entitled to refuse to work on the submission of a new scheduling order that your provide it to us. You have not responded.

As we noted in our last communication to you, the order of the court in the minutes appears to be mandatory, not conditional: "The parties shall file an updated scheduling order. " We submitted our proposal to you in November and the formal document in December. Your subsequent notification that you felt no obligation to cooperate on this filing has yet to be substantiated and appears to directly contradict the direction of the court.

More significantly, the only reason you have given for not cooperating in filing the updated scheduling order was that the court had not fixed your fees and this was viewed as a pre-condition to reinstatement. However, despite the fact the decision reinstating the case was issued almost four months ago, you have yet to file your affidavits on this issue.

While we made a proposal to settle the fee issue in November, you advised us your client had rejected our offer and that you had no authority to make a counter-proposal from your client. We have advised you that your willingness to try and convince your client to accept a proposal you had made to us without their authorization, is not an acceptable way to proceed.

    As we have advised you, if you authority from your client, we will respond. If you do not, you should file your motion and we will respond to that filing.

    If we do not have any response from you on these issues, we will have no alternative but to advise the court of your refusal to both file the affidavits you were instructed to file as well as your refusal to cooperate in the resubmission of a new scheduling order.

Very truly yours,

James P. Donohue, Jr.

JPD/jd