# EXHIBIT 'G'

|    | A | B | C |
|----|---|---|---|
| 1  | swp | 24-Jul | $ 375.00 |
| 2  | swp | 25-Jul | $ 250.00 |
| 3  | swp | 28-Jul | $ 100.00 |
| 4  | swp | 31-Jul | $ 100.00 |
| 5  | djv | 31-Jul | $ 210.00 |
| 6  | djv | 1-Aug | $ 675.00 |
| 7  | swp | 1-Aug | $ 125.00 |
| 8  | djv | 2-Aug | $ 510.00 |
| 9  | swp | 2-Aug | $ 50.00 |
| 10 | djv | 3-Aug | $ 120.00 |
| 11 | mal | 3-Aug | $ 322.00 |
| 12 | djv | 4-Aug | $ 90.00 |
| 13 | mal | 4-Aug | $ 276.00 |
| 14 | djv | 7-Aug | $ 120.00 |
| 15 | mal | 7-Aug | $ 218.50 |
| 16 | djv | 14-Aug | $ 60.00 |
| 17 | swp | 14-Aug | $ 50.00 |
| 18 | swp | 15-Aug | $ 100.00 |
| 19 | djv | 16-Aug | $ 60.00 |
| 20 | mal | 16-Aug | $ 149.50 |
| 21 | mal | 16-Aug | $ 161.00 |
| 22 | swp | 16-Aug | $ 700.00 |
| 23 | djv | 17-Aug | $ 120.00 |
| 24 | djv | 18-Aug | $ 1,950.00 |
| 25 | swp | 18-Aug | $ 375.00 |
| 26 | djv | 19-Aug | $ 150.00 |
| 27 | djv | 20-Aug | $ 450.00 |
| 28 | djv | 21-Aug | $ 480.00 |
| 29 | djv | 22-Aug | $ 75.00 |
| 30 | djv | 23-Aug | $ 90.00 |
| 31 | djv | 29-Aug | $ 180.00 |
| 32 | swp | 29-Aug | $ 100.00 |
| 33 | swp | 30-Aug | $ 250.00 |
| 34 | djv | 30-Aug | $ 480.00 |
| 35 | djv | 31-Aug | $ 120.00 |
| 36 | djv | 5-Sep | $ 330.00 |
| 37 | djv | 6-Sep | $ 60.00 |
| 38 | swp | 8-Sep | $ 50.00 |
| 39 | djv | 8-Sep | $ 540.00 |
| 40 | djv | 10-Sep | $ 1,050.00 |
| 41 | swp | 11-Sep | $ 250.00 |
| 42 | djv | 11-Sep | $ 1,560.00 |
| 43 | djv | 12-Sep | $ 210.00 |
| 44 | swp | 12-Sep | $ 50.00 |
| 45 | djv | 14-Sep | $ 225.00 |
| 46 | djv | 15-Sep | $ 30.00 |
| 47 | swp | 18-Sep | $ 50.00 |
| 48 | djv | 18-Sep | $ 90.00 |
| 49 | djv | 20-Sep | $ 30.00 |
| 50 | djv | 22-Sep | $ 45.00 |
| 51 | djv | 5-Oct | $ 270.00 |

|    | A       | B      | C   |           |
|----|---------|--------|-----|-----------|
| 52 | djv     | 13-Oct | $   | 60.00     |
| 53 | djv     | 14-Oct | $   | 120.00    |
| 54 | djv     | 16-Oct | $   | 60.00     |
| 55 | swp     | 16-Oct | $   | 50.00     |
| 56 | djv     | 20-Oct | $   | 330.00    |
| 57 | swp     | 20-Oct | $   | 250.00    |
| 58 | djv     | 22-Oct | $   | 225.00    |
| 59 | swp     | 23-Oct | $   | 1,200.00  |
| 60 | djv     | 23-Oct | $   | 1,440.00  |
| 61 |         |        |     |           |
| 62 |         |        |     |           |
| 63 |         |        | $   | 18,217.00 |
| 64 |         |        |     |           |
| 65 | charges |        |     | 671.46    |
| 66 |         |        |     |           |
| 67 |         |        | $   | 18,888.46 |