**EXHIBIT 'H'**

EXAMPLES OF "BLOCK BILLING" - MULTIPLE TRANSACTIONS INCLUDED IN ONE ENTRY

1. SWP 7/24 Telephone conference with Attorney Crystal re motion to reopen; review affidavit from Attorney Donohue; review expert report; telephone conferences with Attorney Lane (2); review file; review e-filing procedures - <u>6 different entries – $375.00</u>

2. SWP 7/25 Telephone conference with Attorney Crystal re position; interoffice conference re status; telephone conference with Attorney Stein re status; review file re scheduling order; review expert report - <u>5 different entries - $250.00</u>

3. SWP 7/28 Review motion to reopen; correspondence to attorney Lane re same; review file; intraoffice conference re motion to reopen - <u>4 different entries- $100.00</u>

4. SWP 7/31 Intra office conference re strategy; telephone conference with Judge Thompson's chambers re opposition – <u>2 different entries .$100.00</u>

5. DJV 7/31 Review Plaintiff's motion to vacate judgment; Donahue affidavit and supporting exhibits; review correspondence from (e-mail) Ms. Posten re same; interoffice conference re same - <u>4 different entries $210.00</u>

6. DJV 8/1 Interoffice conference re basis for plaintiff's motion to open; erroneous statements in Donohue affidavit and response to motion to open; legal research re attorney's failure to monitor CMECF system or court docket and standard for vacating judgment under Rule 60(b); intraoffice conference re additional research; review court docket re prior electronic notices in cases; telephone conference with Mr. Lane re basis for objection to motion to reopen and case status generally - <u>5 different entries $675.00</u>

7. SWP 8/1  Interoffice conference re research for opposition to motion to reopen; telephone conference with Judge Thompson's chambers; intraoffice conference re strategy - <u>3 different entries . $125.00</u>

8. DVJ 8/2 Telephone conference with Mr. Donohue re date for filing objection to motion to vacate judgment; potential re-filing of action and potential settlement; intraoffice conference re same; update legal research re CMECF system requirements and attorney responsibility to monitor same; telephone conference with Chystine Cody (Bridgeport's clerks office) re confirmation of plaintiff's counsel receipt of electronic orders and CMECF procedure generally; intraoffice conference re additional research for objection to motion to vacate; draft affidavit in support of opposition to motion to reopen – <u>6 different entries $510.00</u>

9. SWP 8/2 legal research; intraoffice conference re strategy – <u>2 entries .50.00</u>

10.

11.

12. DJV 8/4   Telephone conference with Mr. Donohue re settlement demand; review motion to reopen case filed on 8/3/06 - 2 entries.  $90.00

13.

14. DJV 8/7   Correspondence (email) to/from Mr. Lane re briefing schedule on motion to reopen case; intraoffice conference re standard for opening judgment based on attorney error; review research memo re same -  3 entries . – $120.00

15.

16.

17

18.

19.

20.

21:

22 SWP 8/16 Legal Research; draft memorandum in opposition to motion to reopen – 2 entries  $700.00

23. DJV 8/17 Review draft objection to motion to reopen case; revise same – 2 entries $120.00

24. DJV 8/18 Continue preparation of memorandum in opposition to plaintiff's motion to reopen case and supporting affidavit; update legal research for same; intra office conference re argument in support of opposition; telephone conference with Crystine Cody and Tanya Graham Nobile (clerk's office personnel) re operation of MC/ECF system and procedure for handling failed transmission of electronic notices; review court docket and attorney appearance listings; prepare exhibits for brief; correspondence (e-mal) to Mr. Lane with drafts of brief and affidavit 6 entries $1,950.00

25. SWP 8/18 Work on memorandum in opposition to motion to reopen; telephone conference with Ms. Cody and Ms Graham Nobile re CMECF system -2 entries $375.00

26.

27 DJV 8/20 Continue preparation and revision of memorandum in opposition to motion to reopen; update legal research for same; revise affidavit in support of objection; prepare exhibits for brief and affidavit - <u>4 entries - $450.00</u>

28 DJV 8/21 Revise, file and serve objection to motion to reopen and supporting affidavit; prepare exhibits for same; telephone conference with Mr. Lane re same; correspondence (e-mail) to Mr. Lane with copies of filings - <u>4 entries $480.00</u>

29.

30 DJV 8/23 Telephone conference with Judge Thompson's law clerk re courtesy copy of objection to reopen and potential hearing on same; correspondence to clerk with courtesy copies ; - <u>2 entries    $90.00</u>

31 DJV 8/29 Review plaintiff's reply memorandum in support of motion to reopen and supporting affidavits of James P. Donohue, David Crystal and King; interoffice conference re same; correspondence (e-mail) to Mr. Lane with copies of same <u>3 entries $180.00</u>

32.

33 . SWP 8/30  Review file; intraoffice conference re Donohue affidavit; review court order; telephone conference with Attorney Lane re same; legal research re motion to reopen; motion to correct; interoffice conference re same. - <u>7 entries - $250.00</u>

34. DJV 8/31 Telephone conference with Carlos Lane re plaintiff's reply to opposition to motion to reopen; potential hearing date and prospects for favorable ruling and potential trial date; office conference with Ms. Poston re factual representations in plaintiff's reply papers on motion to reopen and submission of sur-reply to address same; review file materials re correspondence from plaintiff's counsel; review order denying motion to reopen; telephone conference with Mr. Lane re same and potential motion to reconsider or appeal to Second Circuit; office conference with Ms. Poston re procedural deadlines for filing of affidavit post judgment; correspondence e(email) to Mr. Lane with copy of motion to reopen - <u>7 entries $480.00</u>

35. DJV  8/31 Review order vacating 8/30/06 order denying motion to reopen case; telephone conference with Jenn Larai (law clerk) re same and submission of sur reply brief and affidavit; correspondence (email) to Carlos Lane re same - <u>3 entries .($100.00)</u>

36. DJV 9/5  Telephone conference with Mr. Lane re sur-reply on motion to reopen case; review affidavits and brief of plaintiff's counsel filed 8/30/06; draft affidavit for sur-reply <u>3 entries $330.00</u>

37. DJV 9/6 Telephone conference re status of plaintiff's motion to open; telephone conference with Ms. Larai (law clerk) re sur reply - <u>2 entries .  $60.00</u>

38.

39. DJV 9/8 Preparation of sur-reply brief on motion to reargue and supporting affidavit' telephone conference with Mr. Lane re same - 2 entries - $540.00

40.

41.

42. DJV 9/11 Continue preparation of sur-reply memorandum in opposition to motion to reopen; supporting affidavit and motion for leave to file same; interoffice conference re argument in brief; communications with /plaintiff's counsel since 2/05 and support for plaintiff's legal position; update legal research for sur-reply brief; telephone conference with Judge Thompson's law clerk (Jenn Larai) re filing of sure-reply; telephone conference with Mr. Lane re same and argument in brief; prepare exhibits for brief. 8 entries – $1,560.00

43. DJV 9/12 Revise, file and serve sur-reply memorandum on motion to reopen, supporting affidavit and motion for leave to file same; telephone conference with Mr. Lane re same; correspondence to Jenn Larai with chambers copies of same. 3 entries 210.00

44

45. DJV 9/14 Review correspondence from Mr. Donohue to Judge Thompson requesting conference on pending motion to reopen; interoffice conference ethical issues for plaintiff's counsel, correspondence (e-mail) to Mr. Lane with sur-reply papers and 9/13/06 Donohue letter; telephone conference with Mr., Lane re same 4 entries . $225.00

46

47.

48. DJV 9/18 Correspondence (email) to Mr. Lane re 9/15/06 order on motion to reopen; intraoffice conference re hearing on same  2 entries $90.00

49.

50,.DJV 9/22 Review Court scheduling 10/16 hearing on motion to reopen; correspondence (email) to Mr. Lane re same 2 entries . $45.00

51. DJV  10/5 Review correspondence from Mr. Donohue with additional documents and correspondence to be offered in support of motion to reopen; Telephone conference  with Mr. Lane re same; review file and billing records re  non-receipt of

correspondence produced by Mr. Donohue; intra office conference re same 4 entries $270.00

52 . DJV 10/13 Telephone conference with Ms. Larai (law clerk) re continuance of 10/16/06 hearing on motion to reopen; Correspondence email to Mr. Lane re same 2 entries - $60.00

53.

54 DJV 10/16 Telephone conference with Jenn Larai (law clerk) re 10/23/06 hearing on plaintiff's motion to reopen; correspondence (email) to Mr. Lane re same  2 entries $60.00

55.

56. DJV 10/20 Interoffice conference re arguments for 10/23/06 hearing on motion to reopen; telephone conference with Jenn Larai (law clerk) confirming hearing time; review briefs and documents for hearing 3 entries $330.00

57.

58.

59 SWP 10/23 Prepare for and attend hearing re motion to reopen; telephone conference with Attorney Lane, intra office conference  3 entries $1,200

60 DJV 10/23 Prepare and attend hearing on plaintiff's motion to reopen before Judge Thompson's; telephone conference with Mr. Lane re hearing on plaintiff's motion to reopen 2 entries $1,440.00