**EXHIBIT 'I'**

MULTIPLE COMMUNICATIONS WITH MR. LANE

1. SWP  7/24 Telephone conference with Attorney Crystal re motion to reopen; review affidavit from Attorney Donohue; review expert report; <u>telephone conferences with Attorney Lane (2)</u>; review file; review e-filing procedures  -   $375.00

2.

3. SWP 7/28 Review motion to reopen; <u>correspondence to attorney Lane re same</u>; review file; intraoffice conference re motion to reopen -  $100.00

4.

5

6. DJV  8/1 Interoffice conference re basis for plaintiff's motion to open; erroneous statements in Donohue affidavit and response to motion to open; legal research re attorney's failure to monitor CMECF system or court docket and standard for vacating judgment under Rule 60(b); intraoffice conference re additional research;  review court docket re prior electronic notices in cases; <u>telephone conference with Mr. Lane re basis for objection to motion to reopen and case status generally</u> -  $675.00

7.

8.

9.

10.

11.

12.

13.

14. DJV 8/7   <u>Correspondence (email) to/from Mr. Lane re briefing schedule on motion</u> to reopen case; intraoffice conference re standard for opening judgment based on attorney error; review research memo re same -  – $120.00

15

16.

17

18.

19

20

21.

22

23.

24. DJV 8/18 Continue preparation of memorandum in opposition to plaintiff's motion to reopen case and supporting affidavit; update legal research for same; intra office conference re argument in support of opposition; telephone conference with Crystine Cody and Tanya Graham Nobile (clerk's office personnel) re operation of MC/ECF system and procedure for handling failed transmission of electronic notices; review court docket and attorney appearance listings; <u>prepare exhibits for brief; correspondence (e-mal) to Mr. Lane with drafts of brief and affidavit</u> $1,950.00

25.

26.

27

28 DJV 8/21 Revise, file and serve objection to motion to reopen and supporting affidavit; prepare exhibits for same; <u>telephone conference with Mr. Lane re same; correspondence (e-mail) to Mr. Lane with copies of filings</u> - $480.00

29.

30

31 DJV 8/29 Review plaintiff's reply memorandum in support of motion to reopen and supporting affidavits of James P. Donohue, David Crystal and King; interoffice conference re same; <u>correspondence (e-mail) to Mr. Lane with copies of same</u>  $180.00

32.

33 . SWP 8/30  Review file; intraoffice conference re Donohue affidavit; review court order; <u>telephone conference with Attorney Lane re same</u>; legal research re motion to reopen; motion to correct; interoffice conference re same. - $250.00

34. DJV 8/31 <u>Telephone conference with Carlos Lane re plaintiff's reply to opposition to motion to reopen; potential hearing date and prospects for favorable ruling and potential</u>

trial date; office conference with Ms. Posten re factual representations in plaintiff's reply papers on motion to reopen and submission of sur-reply to address same; review file materials re correspondence from plaintiff's counsel; review order denying motion to reopen; <u>telephone conference with Mr. Lane re same</u> and potential motion to reconsider or appeal to Second Circuit; office conference with Ms. Posten re procedural deadlines for filing of affidavit post judgment; <u>correspondence e(email) to Mr. Lane with copy of motion to reopen -</u> $480.00

35. DJV 8/31 Review order vacating 8/30/06 order denying motion to reopen case; telephone conference with Jean Laral (law clerk) re same and submission of sur reply brief and affidavit; <u>correspondence (email) to Carlos Lane re same</u> - .40 ($100.00)

36. DJV 9/5 <u>Telephone conference with Mr. Lane re sur-reply on motion to reopen case;</u> review affidavits and brief of plaintiff's counsel filed 8/30/06; draft affidavit for sur-reply $330.00

37.

38.

39. DJV 9/8 Preparation of sur-reply brief on motion to reargue and supporting affidavit' <u>telephone conference with Mr. Lane re same</u> - $540.00

40.

41.

42. DJV 9/11 Continue preparation of sur-reply memorandum in opposition to motion to reopen; supporting affidavit and motion for leave to file same; interoffice conference re argument in brief; communications with /plaintiff's counsel since 2/05 and support for plaintiff's legal position; update legal research for sur-reply brief; telephone conference with Judge Thompson's law clerk (Jenn Larai) re filing of sure-reply; <u>telephone conference with Mr. Lane re same</u> and argument in brief; prepare exhibits for brief. 8 entries -- $1,560.00

43.

44

45. DJV 9/14 Review correspondence from Mr. Donohue to Judge Thompson requesting conference on pending motion to reopen; interoffice conference ethical issues for plaintiff's counsel, <u>correspondence (e-mail) to Mr. Lane with sur-reply papers and 9/13/06 Donohue letter; telephone conference with Mr., Lane re same</u>  $225.00

46.

47.

48. DJV 9/18 Correspondence <u>(email) to Mr. Lane re 9/15/06 order on motion to reopen</u>; intraoffice conference re hearing on same   $90.00

49.

50,. DJV 9/22 Review Court scheduling 10/16 hearing on motion to reopen; <u>correspondence (email) to Mr. Lane re same</u>   $45.00

51. DJV 10/5 Review correspondence from Mr. Donohue with additional documents and correspondence to be offered in support of motion to reopen; <u>Telephone conference with Mr. Lane re same</u>; review file and billing records re non-receipt of correspondence produced by Mr. Donohue; intra office conference re same  $270.00

52 . DJV 10/13 Telephone conference with Ms. Larai (law clerk) re continuance of 10/16/06 hearing on motion to reopen; <u>Correspondence email to Mr. Lane</u> re same $60.00

53

54 DJV 10/16 Telephone conference with Jean Larai (law clerk) re 10/23/06 hearing on plaintiff's motion to reopen; <u>correspondence (email) to Mr. Lane re same</u>  $60.00

55.

56.

57

58.

59 SWP 10/23 Prepare for and attend hearing re motion to reopen; <u>telephone conference with Attorney Lane</u>, intra office conference  $1,200

60 DJV 10/23 Prepare and attend hearing on plaintiff's motion to reopen before Judge Thompson's; <u>telephone conference with Mr. Lane</u> re hearing on plaintiff's motion to reopen $1,440.00