# EXHIBIT 'J'

MULTIPLE VAGUE REFEERENCES

1. SWP  7/24 Telephone conference with Attorney Crystal re motion to reopen; review affidavit from Attorney Donohue; review expert report; **telephone conferences with Attorney Lane (2); review file**; review e-filing procedures  –$375.00

2. SWP 7/25 Telephone conference with Attorney Crystal re position; **interoffice conference re status; telephone conference with Attorney Stein re status; review file re scheduling order**; review expert report   $250.00

3. SWP 7/28 Review motion to reopen; correspondence to attorney Lane re same; **review file; intraoffice conference re motion to reopen** -  - $100.00

4. SWP 7/31 **Intra office conference re strategy; telephone conference with Judge Thompson's chambers re opposition** –  $100.00

5. DJV  7/31 Review Plaintiff's motion to vacate judgment; Donahue affidavit and supporting exhibits; review correspondence from (e-mail) Ms. Poston re same; **interoffice conference re same**  - $210.00

6. DJV  8/1 Interoffice conference re basis for plaintiff's motion to open; erroneous statements in Donohue affidavit and response to motion to open; legal research re attorney's failure to monitor CMECF system or court docket and standard for vacating judgment under Rule 60(b); intraoffice conference re additional research;  review court docket re prior electronic notices in cases; **telephone conference with Mr. Lane re basis for objection to motion to reopen and case status generally** - $675.00

7. SWP 8/1    Interoffice conference re research for opposition to motion to reopen; **telephone conference with Judge Thompson's chambers; intraoffice conference re strategy**  -  $125.00

8. DVJ 8/2  Telephone conference with Mr. Donohue re date for filing objection to motion to vacate judgment; potential re-filing of action and potential settlement; **intraoffice conference re same**; update legal research re CMECF system requirements and attorney responsibility to monitor same; telephone conference with Chystine Cody (Bridgeport's clerks office) re confirmation of plaintiff's counsel receipt of electronic orders and CMECF procedure generally; **intraoffice conference re additional research for objection to motion to vacate**; draft affidavit in support of opposition to motion to reopen  $510.00

9. SWP 8/2 **legal research; intraoffice conference re strategy** – 50.00

10.

11.

12.

13.

14. DJV 8/7   **Correspondence (email) to/from Mr. Lane re briefing schedule on motion to reopen case**; intraoffice conference re standard for opening judgment based on attorney error; **review research memo re same** -  $120.00

15.

16. DJV 8/14 **Interoffice conference re argument for objection to motion to open** $60.00

17 SWP 8/14 **Interoffice conference re strategy** .- $50.00

18. SWP 8/15 **work on opposition to motion to reopen** . - $100.00

19 DJV 8/16 **Intraoffice conference re arguments for objection to motion to reopen** .- 60.00

20

21.

22 SWP 8/16 **Legal Research**; draft memorandum in opposition to motion to reopen – $700.00

23.

24. DJV 8/18 Continue preparation of memorandum in opposition to plaintiff's motion to reopen case and supporting affidavit; **update legal research for same; intra office conference re argument in support of opposition;** telephone conference with Crystine Cody and Tanya Graham Nobile (clerk's office personnel) re operation of MC/ECF system and procedure for handling failed transmission of electronic notices; review court docket and attorney appearance listings; prepare exhibits for brief; correspondence (e-mal) to Mr. Lane with drafts of brief and affidavit -$1,950.00

25.

26.

27 DJV 8/20 Continue preparation and revision of memorandum in opposition to motion to reopen; **update legal research for same**; revise affidavit in support of objection; **prepare exhibits for brief and affidavit** -   (450.00)

28 DJV 8/21 Revise, file and serve objection to motion to reopen and supporting affidavit; **prepare exhibits for same; telephone conference with Mr. Lane re same; correspondence (e-mail) to Mr. Lane** with copies of filings - 480.00

29.

30.

31

32.

33 . SWP 8/30 **Review file; intraoffice conference re Donohue affidavit**; review court order; telephone conference with Attorney Lane re same; **legal research re motion to reopen; motion to correct; interoffice conference re same.** - $250.00

34.

35. DJV 8/31 Review order vacating 8/30/06 order denying motion to reopen case; **telephone conference with Jenn Larai (law clerk) re same** and submission of sur reply brief and affidavit; correspondence (email) to Carlos Lane re same - $100.00

36.

37. DJV 9/6 Telephone conference re status of plaintiff's motion to open; **telephone conference with Ms. Larai (law clerk) re sur reply** - $60.00

38. SWP 9/8 **intra office conference re strategy**; sur reply .$50.00

39.

40.

41. SWP 9/11 **Interoffice conference re sur-reply strategy**; review and revise sur reply brief $250.00

42.DJV 9/11 Continue preparation of sur-reply memorandum in opposition to motion to reopen; supporting affidavit and motion for leave to file same; interoffice conference re argument in brief; communications with /plaintiff's counsel since 2/05 and support for plaintiff's legal position; **update legal research for sur-reply brief; telephone conference with Judge Thompson's law clerk (Jenn Larai) re filing of sure-reply; telephone conference with Mr. Lane re same** and argument in brief; **prepare exhibits for brief.** $1,560.00

43.

44.

45.

46.

47. SWP 9/18 **interoffice conference re strategy** for hearting on motion to reopen . $50.00

48. DJV 9/18 **Correspondence (email) to Mr. Lane re 9/15/06 order on motion to reopen; intraoffice conference re hearing on same** - $90.00

49.

50.

51.

52 . DJV **10/13 Telephone conference with Ms. Larai (law clerk) re continuance of 10/16/06 hearing on motion to reopen; Correspondence email to Mr. Lane re same** $60.00

53

54 DJV **10/16 Telephone conference with Jenn Larai (law clerk) re 10/23/06 hearing on plaintiff's motion to reopen; correspondence (email) to Mr. Lane re same** $60.00

55.

56.

57 SWP 10./20 **Interoffice conference re strategy re 10.23.06 hearing** $250.00

58.

59

60