# EXHIBIT 'K'

EXAMPLES OF MORE THAN ONE ENTRY FOR THE SAME WORK

1. SWP 7/24 Telephone conference with Attorney Crystal re motion to reopen; review affidavit from Attorney Donohue; review expert report; telephone conferences with Attorney Lane (2); review file; review e-filing procedures - $375.00

2. SWP 7/25 Telephone conference with Attorney Crystal re position; interoffice conference re status; telephone conference with Attorney Stein re status; review file re scheduling order **[previously done in entry one]** review expert report **[previously done in entry one]** - $250.00

3. SWP 7/28 Review motion to reopen **[previously done in entry one]**; correspondence to Attorney Lane re same; review file **[possibly previously done in entry 1]**; intraoffice conference re motion to reopen **[possibly previously done in entry 1]** - $100.00

4. SWP 7/31 Intra office conference re strategy **[previously done in entry 3]**; telephone conference with Judge Thompson's chambers re opposition – $100.00

5. DJV 7/31 Review Plaintiff's motion to vacate judgment, Donahue affidavit and supporting exhibits **[previously done in entry 1 and again in entry 3 by Ms. Poston]**; review correspondence from (e-mail) Ms. Poston re same; interoffice conference re same - $210.00

6. DJV 8/1 Interoffice conference re basis for plaintiff's motion to open ; erroneous statements in Donohue affidavit and response to motion to open; legal research re attorney's failure to monitor CMECF system or court docket and standard for vacating judgment under Rule 60(b); intraoffice conference re additional research;  review court docket re prior electronic notices in cases; telephone conference with Mr. Lane re basis for objection to motion to reopen and case status generally -  $675.00

7. SWP 8/1   Interoffice conference re research for opposition to motion to reopen **[possibly previously done by Mr. Varga in entry 6]**; telephone conference with Judge Thompson's chambers; intraoffice conference re strategy **[previously done in entry 4]** - $125.00

8. DVJ 8/2  Telephone conference with Mr. Donohue re date for filing objection to motion to vacate judgment; potential re-filing of action and potential settlement; intraoffice conference re same; update legal research re CMECF system requirements and attorney responsibility to monitor same **[previously done in entry 6]**; telephone conference with Chystine Cody (Bridgeport's clerks office) re confirmation of plaintiff's counsel receipt of electronic orders and CMECF procedure generally; intraoffice conference re additional research for objection to motion to vacate; draft affidavit in support of opposition to motion to reopen – $510.00

9. SWP 8/2 legal research **[possibly previously done by Mr. Varga in entry 8]**; intraoffice conference re strategy **[previously done in entry 3 and 4]** $50.00

10. DJV 8/3 revise affidavit in opposition to motion to reopen case 120.00

11. MAL 8/3 legal research re rules on vacating dismissals under FR 60b $322.00

12. DJV 8/4 Telephone conference with Mr. Donohue re settlement demand; review motion to reopen case filed on 8/3/06 **[previously done entry 5]** - $90.00

13. MAL 8/4 Legal research re vacating judgment for lack of notice -$276.00

14. DJV 8/7 Correspondence (email) to/from Mr. Lane re briefing schedule on motion to reopen case; intraoffice conference re standard for opening judgment based on attorney error; review research memo re same - – $120.00

15. MAL 8/7 Draft file memorandum re vacating judgment for lack of notice 1.90 $218.50

16. DJV 8/14 Interoffice conference re argument for objection to motion to open .20 $60.00

17 SWP 8/14 Interoffice conference re strategy **[previously done in entries 3, 4 and 9]** -    $50.00

18. SWP 8/15 work on opposition to motion to reopen .100.00

19 DJV 8/16 Intraoffice conference re arguments for objection to motion to reopen 60.00

20 MAL 8/16 Legal research re local rule 41 A standards for reconsideration -149.50

21. MAL 8/16 Draft file memorandum re local rule 41a $161.00

22 SWP 8/16 Legal Research; draft memorandum in opposition to motion to reopen – $700.00

23. DJV 8/17 Review draft objection to motion to reopen case; revise same – $120.00

24. DJV 8/18 Continue preparation of memorandum in opposition to plaintiff's motion to reopen case and supporting affidavit; update legal research for same; intra office conference re argument in support of opposition; telephone conference with Crystine Cody and Tanya Graham Nobile (clerk's office personnel) re operation of MC/ECF system and procedure for handling failed transmission of electronic notices; review court docket and attorney appearance listings; prepare exhibits for brief **[ previously done in entry 8]**; correspondence (e-mail) to Mr. Lane with drafts of brief and affidavit $1,950.00

25. SWP 8/18 Work on memorandum in opposition to motion to reopen; telephone conference with Ms. Cody and Ms Graham Nobile re CMECF system **[previously done in entry 8 and 24]** $375.00

26. DJV 8/19 Review memorandum in opposition to motion to reopen file. $150

27 DJV 8/20 Continue preparation and revision of memorandum in opposition to motion to reopen; update legal research for same **[possibly previously done by Ms. Poston entry 22]**; revise affidavit in support of objection; prepare exhibits for brief and affidavit - $450.00)

28 DJV 8/21 Revise, file and serve objection to motion to reopen and supporting affidavit; prepare exhibits for same **[previously done in entry 8 and 24]**; telephone conference with Mr. Lane re same; correspondence (e-mail) to Mr. Lane with copies of filings - $480.00

29. DJV 8/22 Telephone conference with Ms. Bauer (district court clerk's office re CMECF registration by plaintiff's counsel - $75.00

30 DJV 8/23 Telephone conference with Judge Thompson's law clerk re courtesy copy of objection to reopen and potential hearing on same; correspondence to clerk with courtesy copies ; - $90.00

31 DJV 8/29 Review plaintiff's reply memorandum in support of motion to reopen and supporting affidavits of James P. Donohue, David Crystal and King; interoffice conference re same; correspondence (e-mail) to Mr. Lane with copies of same $180.00

32. SWP 8/29 Review reply memorandum re motion to reopen **[previously done by Mr. Varga in entry 31]** $100.00

33 . SWP 8/30 Review file **[previously done in Entry 1]** ; intraoffice conference re Donohue affidavit; review court order; telephone conference with Attorney Lane re same; legal research re motion to reopen **[possibly previously done in entry 22 and 27]**; motion to correct; interoffice conference re same. - $250.00

34. DJV 8/31 Telephone conference with Carlos Lane re plaintiff's reply to opposition to motion to reopen; potential hearing date and prospects for favorable ruling and potential trial date; office conference with Ms. Poston re factual representations in plaintiff's reply papers on motion to reopen and submission of sur-reply to address same; review file materials re correspondence from plaintiff's counsel; review order denying motion to reopen; telephone conference with Mr. Lane re same and potential motion to reconsider or appeal to Second Circuit; office conference with Ms. Poston re procedural deadlines for filing of affidavit post judgment; correspondence e(email) to Mr. Lane with copy of motion to reopen - 7 entries  1.60  $480.00

35. DJV 8/31 Review order vacating 8/30/06 order denying motion to reopen case; telephone conference with Jenn Laral (law clerk) re same and submission of sur reply brief and affidavit; correspondence (email) to Carlos Lane re same - 3 entries .40 ($100.00)

36. DJV 9/5  Telephone conference with Mr. Lane re sur-reply on motion to reopen case; review affidavits and brief of plaintiff's counsel filed 8/30/06; draft affidavit for sur-reply 3 entries 1.10  $330.00

37. DJV 9/6 Telephone conference re status of plaintiff's motion to open; telephone conference with Ms. Larai (law clerk) re sur reply **[possibly previously done in entry 35]**  $60.00

38. SWP 9/8 intra office conference re strategy **[previously done in entry 2, 4, 9 and 17]**; sur reply $50.00

39. DJV 9/8 Preparation of sur-reply brief on motion to reargue and supporting affidavit' telephone conference with Mr. Lane re same -  $540.00

40. DJV 9/10 Continue preparation of sur-reply memorandum in opposition to motion to reopen case and supporting affidavit  $1,050.00

41. SWP 9/11 Interoffice conference re sur-reply strategy **[previously done in entry 38]**; review and revise sur reply brief - $250.00

42. .DJV 9/11 Continue preparation of sur-reply memorandum in opposition to motion to reopen; supporting affidavit and motion for leave to file same; interoffice conference re argument in brief; communications with /plaintiff's counsel since 2/05 and support for plaintiff's legal position; update legal research for sur-reply brief; telephone conference with Judge Thompson's law clerk (Jenn Larai) re filing of sure-reply**[possibly previously done in entry 35 and 37]**; telephone conference with Mr. Lane re same and argument in brief; prepare exhibits for brief.  $1,560.00

43. DJV 9/12 Revise, file and serve sur-reply memorandum on motion to reopen, supporting affidavit and motion for leave to file same; telephone conference with Mr. Lane re same; correspondence to Jenn Larai with chambers copies of same. - 210.00

44 SWP 9/12 Review Douglas Varga's affidavit and motion for leave to file surely . $50.00

45. DJV 9/14 Review correspondence from Mr. Donohue to Judge Thompson requesting conference on pending motion to reopen; interoffice conference ethical issues for plaintiff's counsel, correspondence (e-mail) to Mr. Lane with sur-reply papers and 9/13/06 Donohue letter; telephone conference with Mr., Lane re same  -$225.00

46DJV 9/15 Review order granting motion for leave to file sur-reply  - $30.00

47. SWP 9/18 interoffice conference re strategy for hearting on motion to reopen [**previously done in entries 2, 4, 9, 17, 38 and 41**] $50.00

48. DJV 9/18 Correspondence (email) to Mr. Lane re 9/15/06 order on motion to reopen; intraoffice conference re hearing on same 2 entries .$90.00

49. DJV 9/20 Review court notice re filing of sur reply brief on motion to reopen $30

50. DJV 9/22 Review Court scheduling 10/16 hearing on motion to reopen; correspondence (email) to Mr. Lane re same 2 entries.   $45.00

51. DJV 10/5 Review correspondence from Mr. Donohue with additional documents and correspondence to be offered in support of motion to reopen; Telephone conference with Mr. Lane re same; review file and billing records re non-receipt of correspondence produced by Mr. Donohue; intra office conference re same $270.00

52. DJV 10/13 Telephone conference with Ms. Larai (law clerk) re continuance of 10/16/06 hearing on motion to reopen; Correspondence email to Mr. Lane re same $60.00

53 DJV 10/14 Review all correspondence received from Attorney Donohue since inception of case [**previously done entry 42**] $120.00

54 DJV 10/16 Telephone conference with Jenn Larai (law clerk) re 10/23/06 hearing on plaintiff's motion to reopen; correspondence (email) to Mr. Lane re same 2 entries .20 $60.00

55. SWP 10/16 Intraoffice conference re strategy re hearing on motion to reopen .20 $50.00

56. DJV 10/20 Interoffice conference re arguments for 10/23/06 hearing on motion to reopen; telephone conference with Jenn Larai (law clerk) confirming hearing time [**previously done entry 54**]; review briefs and documents for hearing $330.00

57 SWP 10/20 Interoffice conference re strategy re 10.23.06 hearing [**previously done in entries 2, 4, 9, 17, 38, 41 and 47**] $250.00

58.DJV 10/22 Review pleadings and correspondence for 10/23/06 hearing on plaintiff's motion to reopen [ **previously done entry 42 and 53**] $225.00

59 SWP 10/23 Prepare for and attend hearing re motion to reopen; telephone conference with Attorney Lane, intra office conference $1,200

60 DJV 10/23 Prepare and attend hearing on plaintiff's motion to reopen before Judge Thompson's; telephone conference with Mr. Lane re hearing on plaintiff's motion to reopen **[previously done entry 59]** $1,440.00