## CERTIFICATION

This to certify that a copy of the foregoing has been sent via United States Mail, postage prepaid, on this date, to:

>   Douglas J. Varga
>   Sarah W. Poston
>   Zeldes, Needle & Cooper, P.C.
>   1000 Lafayette Blvd.
>   Bridgeport, CT 06601-1740
>
>   Jacob A. Stein, Esq.
>   Stein, Mitchell & Mezines
>   1100 Connecticut Avenue, N.W., 11th Floor
>   Washington, DC 20036

I hereby certify that on March 8, 2007, a copy of the foregoing Affidavit In Response To Request For Fees was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Dated at New York, New York this 8th day of March, 2007

_____
James P. Donohue, Jr.