**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
---------------------------------x
                                 :
ROBERT PAYNE and PAYNE           :
INVESTMENTS LLC,                 :
                                 :
     Plaintiffs,                 :
                                 :
v.                               :   Civ. No. 3:02CV02234(AWT)
                                 :
TAYLOR VISION RESOURCES,         :
TAYLOR STRATEGIC ACQUISITIONS,   :
TAYLOR STRATEGIC DIVESTITURES,   :
and TAYLOR FINANCIAL SERVICES    :
LLC, all defendants              :
collectively operating under     :
the name TAYLOR COMPANIES,       :
                                 :
     Defendants.                 :
                                 :
---------------------------------x
```

**ENDORSEMENT ORDER**

    Attorney Bennett H. Last's Motion to Withdraw as Counsel (Doc. No. 77), filed on behalf of Gilbride, Tusa, Last & Spellane LLC, is hereby DENIED.  The motion is based on the fact that the attorneys of record, David Crystal II and James P. Donohue, Jr., have left Gilbride Tusa Last & Spellane LLC and have formed their own firm.  Attorney Donohue has filed an appearance naming his new firm, Crystal & Donohue.  However, Attorney Last has does not have an appearance in the case.

    The court notes that Attorney Crystal has not filed an appearance naming his new firm.  In addition, neither Attorney Crystal nor Attorney Donohue appear to have filed a new email address with the Clerk's Office.

    The Clerk shall mail a copy of this notice to Attorney Donohue.

    It is so ordered.

    Dated this 8th day of March 2007 at Hartford, Connecticut.

                                                  /s/AWT
                                          Alvin W. Thompson
                                 United States District Judge