UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------------------X

ROBERT A. PAYNE and PAYNE
INVESTMENTS LLC,

        Civ. Action No. 3;02 CV 2234(AWT)

        Plaintiff,

        v.

        MARCH 9, 2007

TAYLOR VISION RESOURCES,
TAYLOR STRATEGIC ACQUISITIONS,
TAYLOR STRATEGIC DIVESTITURES,
And TAYLOR FINANCIAL SERVICES
LLC all defendants collectively
Operating under the name
TAYLOR COMPANIES,

        Defendants.

-------------------------------------------------------------------X

## **APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

      PLEASE ENTER MY APPEARANCE as counsel in this case for the Plaintiffs, ROBERT A.

PAYNE and PAYNE INVESTMENTS LLC.

        THE PLAINTIFF

        By:_____*/s/ David Crystal II*_____
          DAVID CRYSTAL II (CT24276)
        Crystal & Donohue
        708 Third Avenue, 26th Floor
        New York, New York  10017
        (212) 692-9030 *[telephone]*
        (212) 661-6328 *[facsimile]*
        dc@gtlsny.com *[email]*