**CERTIFICATION OF SERVICE**

  This is to certify that on this 9th day of March, 2007, a copy of foregoing APPEARANCE has been served, by first-class mail, postage pre-paid, on all counsel and pro se parties of record, to wit:

Zeldes, Cooper & Needle, P.C.
1000 Lafayette Blvd.
PO Box 1740
Bridgeport, CT 06601-1740

              */s/ David Crystal II*
              DAVID CRYSTAL II, ESQ./Fed Bar # CT24276