UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(HARTFORD)

| | |
|---|---|
| ROBERT PAYNE and PAYNE INVESTMENTS LLC, | : CIV. ACTION NO.:<br>: 3:02CV02234 (AWT) |
| Plaintiffs | |
| v. | |
| TAYLOR VISION RESOURCES,<br>TAYLOR STRATEGIC ACQUISITIONS,<br>TAYLOR STRATEGIC DIVESTITURES,<br>and TAYLOR FINANCIAL SERVICES<br>LLC all defendants collectively<br>operating under the name<br>TAYLOR COMPANIES, | |
| Defendants | APRIL 24, 2007 |

## APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE ENTER MY APPEARANCE as counsel in this case for the Plaintiffs, ROBERT PAYNE and PAYNE INVESTMENTS LLC.

THE PLAINTIFFS

By:_____/s/_____
   Michael P. Berman
   Berman and Sable LLC
   One Financial Plaza
   Hartford, CT  06103
   (860) 527-9699 (telephone)
   (860) 527-9077 (facsimile)
   Federal Bar No. ct05624
   mberman@bermansable.com

**BERMAN AND SABLE LLC**
ONE FINANCIAL PLAZA, HARTFORD, CONNECTICUT 06103
(860) 527-9699  •  JURIS NO. 03840

## CERTIFICATION OF SERVICE

This is to certify that on this 24th day of April, 2007, a copy of the foregoing Appearance was sent by electronic filing or mailed, via U.S. mail, first class, postage prepaid, on all counsel and pro se parties of record as follows:

Douglas J. Varga, Esq.
Sarah W. Poston, Esq.
Jacob D. Zeldes, Esq.
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT  06601-1740

David Crystal, II, Esq.
James P. Donohue, Jr., Esq.
Crystal & Donohue
708 Third Avenue, 26th Floor
New York, New York  10017

Jacob A. Stein, Esq.
Stein, Mitchell & Mezines
1100 Connecticut Avenue, N.W.
Washington, D.C.  20336

                                                                              /s/
                                               Michael P. Berman

BERMAN AND SABLE LLC
ONE FINANCIAL PLAZA, HARTFORD, CONNECTICUT 06103
(860) 527-9699 • JURIS NO. 03840