UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(HARTFORD)

| | |
|---|---|
| ROBERT PAYNE and PAYNE INVESTMENTS LLC, | CIV. ACTION NO.: 3:02CV02234 (AWT) |
| Plaintiffs, | |
| v. | |
| TAYLOR VISION RESOURCES, TAYLOR STRATEGIC ACQUISITIONS, TAYLOR STRATEGIC DIVESTITURES, and TAYLOR FINANCIAL SERVICES LLC, all defendants collectively operating under the name TAYLOR COMPANIES, | |
| Defendants. | MAY 3, 2007 |

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of the United States District Court for the District of Connecticut, the plaintiffs Robert Payne and Payne Investments LLC (collectively, "Plaintiffs"), hereby move for an extension of time of fourteen (14) days, to and including May 21, 2007, to file a joint proposed scheduling order. In support hereof, Plaintiffs respectfully represent as follows:

1. On May 3, 2007, by telephone, Plaintiffs' counsel inquired of Sarah W. Poston, Esq., counsel for the Defendants, as to Attorney Poston's position on the instant

Motion, and on May 3, 2007, by telephone, Attorney Poston consented to the extension of time sought herein.

2. The conference pursuant to Fed.R.Civ.P. 26(f) occurred on November 11, 2003, and on January 21, 22, 23 and February 6, 2004 and a report pursuant to Rule 26(f) was filed with this Court on February 27, 2004. The dates agreed upon by counsel at that time have now elapsed. The Court has asked that the parties submit a joint proposed scheduling order. Thus, new dates must now be agreed upon by counsel in order to submit a joint proposed scheduling order.

3. Counsel for Plaintiffs (Michael P. Berman and José A. Aguiar) just recently filed their appearances on behalf of Plaintiffs (on April 24, 2007 and April 26, 2007, respectively).

4. In addition, counsel for Plaintiffs just recently obtained the file and boxes of documents, transcripts, pleadings and materials from previous counsel for the Plaintiffs and has only recently started to review said file.

5. This request for an extension of time is necessary for Plaintiffs' counsel to review and analyze the necessary documents to become familiar with the case, to confer with the Plaintiff regarding potential discovery to undertake, to confer with defense counsel regarding remaining discovery, and in turn to properly assess proposed dates that are reasonable and realistic. Consequently, the undersigned does not yet have the required

knowledge of the case in order to discuss dates with Defendants' counsel in order to submit a joint proposed scheduling order.

6. This is Plaintiffs' first request for an extension of time to file a revised joint proposed scheduling order.

WHEREFORE, the Plaintiffs respectfully request an extension of time, to and including May 21, 2007, by which to file a joint proposed scheduling order.

                                           THE PLAINTIFFS,
                                           ROBERT PAYNE and
                                           PAYNE INVESTMENTS LLC

By: _____/s/_____
        MICHAEL P. BERMAN
        Federal Bar No.: ct05624
        JOSÉ A. AGUIAR
        Federal Bar No.: ct24658
        Berman and Sable LLC
        One Financial Plaza, 20th Floor
        Hartford, CT 06103
        Tel:  (860) 527-9699
        Fax:  (860) 527-9077
        Their Attorneys

## CERTIFICATION OF SERVICE

This is to certify that on this 3rd day of May, 2007, a copy of the foregoing "Plaintiffs' Motion for Extension of Time" was sent by electronic filing or mailed, via U.S. mail, first class, postage prepaid, on all counsel and pro se parties of record as follows:

Douglas J. Varga, Esq.
Sarah W. Poston, Esq.
Jacob D. Zeldes, Esq.
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT 06601-1740

David Crystal, II, Esq.
James P. Donohue, Jr., Esq.
Crystal & Donohue
708 Third Avenue, 26th Floor
New York, New York 10017

Jacob A. Stein, Esq.
Stein, Mitchell & Mezines
1100 Connecticut Avenue, N.W.
Washington, D.C. 20336

/s/
Michael P. Berman

BERMAN AND SABLE LLC
ONE FINANCIAL PLAZA, HARTFORD, CONNECTICUT 06103
(860) 527-9699 • JURIS NO. 03840