UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(HARTFORD)

| | |
|---|---|
| ROBERT PAYNE and PAYNE INVESTMENTS LLC,<br>           Plaintiffs,<br><br>v.<br><br>TAYLOR VISION RESOURCES, TAYLOR STRATEGIC ACQUISITIONS, TAYLOR STRATEGIC DIVESTITURES, and TAYLOR FINANCIAL SERVICES LLC, all defendants collectively operating under the name TAYLOR COMPANIES,<br>           Defendants. | CIV. ACTION NO.:<br>3:02CV02234 (AWT)<br><br><br><br><br><br><br><br><br><br>NOVEMBER 12, 2007 |

## JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of the United States District Court for the District of Connecticut, the plaintiffs Robert Payne and Payne Investments LLC (collectively, "Plaintiffs"), and defendants Taylor Vision Resources, Taylor Strategic Acquisitions, Taylor Strategic Divestitures and Taylor Financial Services, LLC, (collectively, "The Taylor Companies" or "Defendants"), hereby move for an extension of time of forty-five (45) days to file their Joint Trial Memorandum, from the current date of the scheduled settlement conference (December 6, 2007), to and including January 21, 2008. In support hereof, the parties respectfully represent as follows:

1.  The settlement conference is scheduled for December 6, 2007.

2.  The Joint Trial Memorandum is presently scheduled to be filed by November 15, 2007.

3.  In participating in the above-referenced settlement conference, the parties are committed to directing all of the time and effort they will expend on this case toward a resolution of their dispute. In light of this, it is respectfully submitted, that an extension of the time for filing the Joint Trial Memorandum be granted.

WHEREFORE, the parties respectfully request an extension of time, to and including January 21, 2008, by which to file their Joint Trial Memorandum.

```
                              THE PLAINTIFFS,
                              ROBERT PAYNE and
                              PAYNE INVESTMENTS LLC


                              By:_____/s/_____
                                  MICHAEL P. BERMAN
                                  Federal Bar No.:  ct05624
                                  JOSÉ A. AGUIAR
                                  Federal Bar No.:  ct24658
                                  Berman and Sable LLC
                                  One Financial Plaza, 20th Floor
                                  Hartford, CT 06103
                                  Tel:   (860) 527-9699
                                  Fax:   (860) 527-9077
                                  Their Attorneys
```

2

THE DEFENDANTS,
THE TAYLOR COMPANIES


By: _____/s/_____
DOUGLAS J. VARGA
Federal Bar No.: ct18885
SARAH W. POSTON
Federal Bar No.: ct19702
ZELDES, NEEDLE & COOPER, P.C.
1000 Lafayette Boulevard
Bridgeport, CT 06601-1740

### CERTIFICATION OF SERVICE

This is to certify that on this 12th day of November, 2007, a copy of the foregoing "Joint Motion for Extension of Time" was sent by electronic filing or mailed, via U.S. mail, first class, postage prepaid, on all counsel and pro se parties of record as follows:

David Crystal, II, Esq.
James P. Donohue, Jr., Esq.
Crystal & Donohue
708 Third Avenue, 26th Floor
New York, New York 10017

Jacob A. Stein, Esq.
Stein, Mitchell & Mezines
1100 Connecticut Avenue, N.W.
Washington, D.C. 20336


_____/s/_____
Michael P. Berman

3