UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(HARTFORD)

| | |
|---|---|
| ROBERT PAYNE and PAYNE INVESTMENTS LLC,<br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TAYLOR VISION RESOURCES,<br>TAYLOR STRATEGIC ACQUISITIONS,<br>TAYLOR STRATEGIC DIVESTITURES,<br>and TAYLOR FINANCIAL SERVICES<br>LLC, all defendants collectively<br>operating under the name<br>TAYLOR COMPANIES,<br>　　　　　Defendants. | CIV. ACTION NO.:<br>3:02CV02234 (AWT)<br><br><br><br><br><br><br><br><br><br>JANUARY 15, 2008 |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of the United States District Court for the District of Connecticut, the Plaintiffs Robert Payne and Payne Investments LLC (collectively, "Plaintiffs"), hereby move for an extension of time of twenty-one (21) days to file the Joint Trial Memorandum, from the date that it is currently due to be filed (January 21, 2008), to and including February 11, 2008. In support hereof, the Plaintiffs respectfully represent as follows:

　　　　1.　　The Joint Trial Memorandum is presently scheduled to be filed by January 21, 2008.

2.  Undersigned counsel has been dealing with the discovery of cancer by a member of his immediate family, which included emergency surgery in Hartford Hospital, on January 2nd. Because of this unexpected and unfortunate turn of events, undersigned counsel has not been available during the past three (3) weeks to put forth the requisite amount of time with which to complete Plaintiffs' portion of the Joint Trial Memorandum.

3.  Counsel for the Defendants has consented to this extension of time.

In light of this, it is respectfully submitted, that an extension of the time for filing the Joint Trial Memorandum be granted.

WHEREFORE, the Plaintiffs respectfully request an extension of time, to and including February 11, 2008, by which to file their Joint Trial Memorandum.

THE PLAINTIFFS,
ROBERT PAYNE and
PAYNE INVESTMENTS LLC

By:_____/s/_____
KEVIN W. GILLEN
Federal Bar No.: ct01502
MICHAEL P. BERMAN
Federal Bar No.: ct05624
Berman and Sable LLC
One Financial Plaza, 20th Floor
Hartford, CT 06103
Tel: (860) 527-9699
Fax: (860) 527-9077
Their Attorneys

## CERTIFICATION OF SERVICE

This is to certify that on this 15th day of January, 2008, a copy of the foregoing "Motion for Extension of Time" was sent by electronic filing, or mailed, via U.S. mail, first class, postage prepaid, on all counsel and pro se parties of record as follows:

Douglas J. Varga, Esq.
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT  06601-1740

/s/
Kevin W. Gillen
