UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT PAYNE and PAYNE INVESTMENTS LLC, | : | Civil Action |
| Plaintiffs, | : | No. 3:02 CV 2234 (AWT) |
| v. | : | |
| TAYLOR VISION RESOURCES, TAYLOR STRATEGIC ACQUISITIONS, TAYLOR STRATEGIC DIVESTITURES, and TAYLOR FINANCIAL SERVICES LLC, all defendants collectively operating under the name TAYLOR COMPANIES, | : | |
| Defendants. | : | February 7, 2008 |

**MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL MEMORANDUM**

Defendants Taylor Vision Resources, Taylor Strategic Acquisitions, Taylor Strategic Divestitures, and Taylor Financial Services LLC (collectively, Taylor Companies, Inc."), with the consent of plaintiffs Robert Payne and Payne Investments LLC, hereby move this Court to extend the deadline for filing the Joint Pre-Trial Memorandum from February 11 to February 25, 2008. The reason for this motion is that, with the assistance of parajudicial officer Jim Hawkins, the parties are making progress in continuing discussions of settlement. While both parties have completed substantial portions of their work on the joint pretrial memo, they would like at this time to focus on the settlement negotiations by postponing the completion of the pretrial memo for a brief period.

Counsel for plaintiffs have reviewed this motion, and have consented to an

extension of the joint pre-trial memorandum until February 19, 2008. This is the parties' second motion for extension of this deadline for filing the joint pre-trial memorandum.

WHEREFORE, the defendant respectfully requests that this Court enter an order extending the pretrial memorandum deadline to February 25, 2008.

DEFENDANT TAYLOR COMPANIES, INC.

By: *[signature]*
Douglas J. Varga (ct18885)
Sarah W. Poston (ct19702)

> ZELDES, NEEDLE & COOPER, P.C.
> 1000 Lafayette Blvd.
> P.O. Box 1740
> Bridgeport, CT 06601-1740
> Telephone: 203-333-9441
> Facsimile: 203-333-1489
> E-Mail: dvarga@znclaw.com

Their Attorneys

CERTIFICATE OF SERVICE

    I hereby certify that on February 7, 2008, a copy of the foregoing Motion for Extension of Time to File Pre-Trial Memorandum, was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                                  Sarah W. Poston (ct19702)
                                                                  Zeldes, Needle & Cooper, P.C.
                                                                  1000 Lafayette Blvd., Suite 500
                                                                  Bridgeport, CT 06604
                                                                  Tel: (203) 333-9441
                                                                  Fax: (203) 333-1489
                                                                  Email: sposton@znclaw.com