UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(HARTFORD)

| | |
|---|---|
| ROBERT PAYNE and PAYNE INVESTMENTS LLC,<br>　　　　Plaintiffs,<br><br>v.<br><br>TAYLOR VISION RESOURCES,<br>TAYLOR STRATEGIC ACQUISITIONS,<br>TAYLOR STRATEGIC DIVESTITURES,<br>and TAYLOR FINANCIAL SERVICES LLC, all defendants collectively operating under the name TAYLOR COMPANIES,<br>　　　　Defendants. | CIV. ACTION NO.:<br>3:02CV02234 (AWT)<br><br><br><br><br><br><br><br><br><br>FEBRUARY 22, 2008 |

## JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of the United States District Court for the District of Connecticut, the Plaintiffs Robert Payne and Payne Investments LLC (collectively, "Plaintiffs"), and defendants Taylor Vision Resources, Taylor Strategic Acquisitions, Taylor Strategic Divestitures and Taylor Financial Services, LLC, (collectively, the "Taylor Companies" or "Defendants"), hereby move for an extension of time of seven (7) days to file their Joint Trial Memorandum, from the date that it is currently due to be filed (February 25, 2008), to and including March 3, 2008. In support hereof, the parties respectfully represent as follows:

1. The Joint Trial Memorandum is presently scheduled to be filed by February 25, 2008.

2. The parties have presently exchanged exhibits but have not yet begun to negotiate the proposed stipulations of fact and law. In light of this, it is respectfully submitted, that an extension of the time for filing the Joint Trial Memorandum be granted.

WHEREFORE, the parties respectfully request an extension of time, to and including March 3, 2008, by which to file their Joint Trial Memorandum.

THE PLAINTIFFS,
ROBERT PAYNE and
PAYNE INVESTMENTS LLC

By: _____/s/_____
MICHAEL P. BERMAN
Federal Bar No.: ct05624
KEVIN W. GILLEN
Federal Bar No.: ct01502
Berman and Sable LLC
One Financial Plaza, 20th Floor
Hartford, CT 06103
Tel:   (860) 527-9699
Fax:   (860) 527-9077
Their Attorneys

THE DEFENDANTS

By: _____/s/_____
DOUGLAS J. VARGA
Federal Bar No.: ct18885
SARAH W. POSTON
Federal Bar No.: ct19702
ZELDES, NEEDLE & COOPER, P.C.
1000 Lafayette Blvd.
P.O. Box 1740
Bridgeport, CT 06601-1740
Tel:   (203) 333-9441
Fax:   (203) 333-1489
Their Attorneys

## CERTIFICATION OF SERVICE

This is to certify that on this 22nd day of February, 2008, a copy of the foregoing "Joint Motion for Extension of Time" was sent by electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

_____/s/_____
Michael P. Berman