UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT PAYNE and PAYNE INVESTMENTS LLC, | : | Civil Action |
| Plaintiffs, | : | No. 3:02 CV 2234 (AWT) |
| v. | : | |
| TAYLOR VISION RESOURCES, TAYLOR STRATEGIC ACQUISITIONS, TAYLOR STRATEGIC DIVESTITURES, and TAYLOR FINANCIAL SERVICES LLC, all defendants collectively operating under the name TAYLOR COMPANIES, | : | |
| Defendants. | : | March 10, 2008 |

## MOTION TO PRECLUDE EXPERT WITNESS TESTIMONY

Defendants Taylor Vision Resources, Taylor Strategic Acquisitions, Taylor Strategic Divestitures, and Taylor Financial Services LLC (collectively "Taylor Companies") hereby move this Court to preclude plaintiffs from offering the testimony of their purported expert witness, David Bernstein, pursuant to Fed.R.Civ.P. 26(a)(2) and 37(c)(1). In support of its motion, Taylor Companies states as follows:

1. Payne filed his Complaint in this matter on December 16, 2002.

2. On May 17, 2005, the parties jointly moved to amend the scheduling order in this case to provide, among other things, for the following deadlines:

| | |
|---|---|
| Completion of Fact Discovery: | June 14, 2005 |
| Plaintiffs to designate trial experts and submit reports pursuant to Fed.R.Civ.P. 26(a)(2): | June 21, 2005 |
| Defendants to complete depositions of Plaintiffs' experts: | July 15, 2005 |

| | |
|---|---|
| Defendants to designate trial experts and submit reports pursuant to Fed. R. Civ. P. 26(a)(2): | July 15, 2005 |
| Plaintiffs to complete depositions of Defendants' experts: | August 5, 2005 |

(Docket No. 52).

3. On May 25, 2005, this Court granted this motion and extended these deadlines as requested by the parties (Docket No. 53).

4. Plaintiffs did not designate expert witnesses or provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2) at any time prior to June 21, 2005. Affidavit of Douglas J. Varga dated March 10, 2008 ("Varga Aff."), filed contemporaneously herewith, at ¶ 10.

5. On May 2, 2006, this Court entered judgment against Payne (Docket No. 56).

6. On July 31, 2006, Payne filed a Motion to Reopen seeking reinstatement of this case on the Court's docket. Attached as an exhibit to an Affidavit accompanying that motion was a purported expert witness report dated March 7, 2006, presented by Payne for the first time, and titled "Report of David B. Epstein of Bentley Associates, L.P." (the "Report").

7. Counsel for Taylor Companies was not provided with the purported Report at any time prior to their receipt of the Affidavit accompanying the Motion to Reopen. Varga Aff. at ¶ 11.

8. The opinions set forth in the purported Report, furthermore, address factual issues not present in this case.

9. The agreement between Payne and Taylor Companies does not assume or incorporate from the investment banking industry as a whole any definition of the managing director role, or any industry custom and practice relating to compensation of managing directors.

10. The purported Report also includes opinions as to what the contract at issue in this case means; the nature and extent of the parties' obligations under the contract; and the conclusions the jury should reach concerning Taylor Companies' liability on each of Payne's claims. Report at 6-12.

11. Douglas J. Varga, one of Taylor Companies' attorneys, has conferred with Kevin W. Gillen, one of Payne's attorneys, about Payne's failure to disclose Mr. Epstein and to provide his report in a timely manner under the Court's order. While the parties engaged in a good faith effort to resolve defendants' objection to Mr. Epstein's testimony at trial, the dispute was not resolved. Varga Aff. at ¶¶12-13.

WHEREFORE, Taylor Companies respectfully requests that this Court enter an Order precluding plaintiffs from calling David B. Epstein as a witness at trial pursuant to Fed.R.Civ.P. 26(a)(2) and 37(c)(1).

DEFENDANTS
TAYLOR COMPANIES

By: _____
Douglas J. Varga (ct 18885)
Sarah W. Poston (ct 19702)

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
P. O. Box 1740
Bridgeport, CT 06601-1740
Telephone: 203-333-9441
Facsimile: 203-333-1489
E-mail: dvarga@znclaw.com
e-mail: sposton@znclaw.com

Its Attorneys

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via United States Mail, postage prepaid, on this date, to:

>Michael P. Berman, Esq.
>Kevin W. Gillen, Esq.
>Berman and Sable LLC
>One Financial Plaza
>Hartford, CT 06103
>
>Jacob A. Stein, Esq.
>Stein, Mitchell & Mezines
>1100 Connecticut Avenue, N.W. 11th Floor
>Washington, DC 20036

Dated at Bridgeport, Connecticut this 10th day of March, 2008.

_____
Douglas J. Varga