# EXHIBIT 1

Page 9

```
1   decided to leave?
2      A   Yes.
3      Q   How many transactions?
4      A   I don't remember.
5      Q   What arrangements were made for other people to
6   take over those transactions?
7      A   I don't know.
8      Q   Did you ever check back to see whether your
9   leaving caused any problems for WP in ongoing matters?
10     A   No.
11     Q   Did you leave WP on good terms?
12     A   Very.
13     Q   If we wanted to speak with someone at WP
14  concerning your relationship there, who would that be?
15     A   I think it would be, he is no longer there by the
16  way, but it would have been one of the managing directors
17  with whom I worked by the name of Bruno Nolop.
18     Q   I have used the word managing director. Is that
19  a term of art, so to speak, in the business that you are
20  in? That is, does it have a meaning peculiar to the people
21  in the business?
22     A   Very much so.
23     Q   Would you define what it is?
24     A   Yes. A managing director certainly has a certain
25  status within the investment banking industry. That status
```

Page 10

```
1   is one of implied independence to pursue transactions
2   anyway they wish, to organize teams around said
3   transactions and to execute.
4      Q   When you were working with WP, were you the only
5   managing director?
6      A   No.
7      Q   How many did they have?
8      A   I don't know.
9      Q   Could you estimate how many they had, when you
10  left there?
11     A   No.
12     Q   They have more than one?
13     A   Of course.
14     Q   More than ten?
15     A   Yes.
16     Q   When you decided to go with Taylor, were you
17  going there to be a managing director and an equivalent
18  role as you had at WP?
19             MR. DONAHUE: Object to the question, as to
20         whether -- what you mean by equivalent role.
21     A   Jake, I don't understand the question because the
22  firms are so dissimilar it's impossible to characterize
23  roles as being equivalent or not.
24     Q   The letter of engagement that you have with
25  Taylor Companies had the word managing director in it?
```

Page 11

```
1      A   Yes.
2      Q   How would you define it for purposes of working
3   with Taylor?
4      A   It is very clear. My, the conditions, of my
5   hiring was that I was going to be -- I was replacing
6   somebody as a managing director, that I was going to be
7   the sole managing director within Taylor responsible for
8   divestitures because they had none others at that point.
9   If my syntax correct. My role was to identify divestiture
10  opportunities and manage transactions.
11            MR. STEIN: Would you mark this as, the
12        November 20, 1999 letter which says, Dear Bob,
13        would you mark this as number 2.
14            (Whereupon a letter, 11-20-99, was marked as
15        Defendants' Deposition Exhibit 2 for
16        Identification.)
17     Q   Looking at the first line, do you see the words
18  sole managing director in the first paragraph?
19     A   No.
20     Q   Is it your position that that was an agreement
21  made orally -- that you were the sole managing director?
22     A   Yes.
23     Q   Is there any reason why you didn't put it in this
24  agreement?
25     A   No. Yes, because I trusted Mr. Taylor.
```

Page 12

```
1      Q   Did you want an agreement in writing?
2      A   This was my agreement in writing.
3      Q   Did you read it before you accepted it?
4      A   Of course.
5      Q   And you saw that the word sole was not there?
6      A   Agreed.
7      Q   Under your agreement, I believe you said one of
8   the things that attracted you was you would work out of
9   your home?
10     A   Yes.
11     Q   What did you understand you were going to do with
12  Taylor when you -- when you commenced there? You were
13  going to get a yearly salary of how much?
14     A   It was not actually listed as a salary. It was
15  listed as, you see on Exhibit 2, a draw against commissions
16  of one hundred twenty-five thousand.
17     Q   What did you expect to do once you began getting
18  that draw against commissions? What were you going to do
19  to, if I may use the expression, earn that draw?
20     A   Firstly, I cannot live on one hundred twenty-five
21  thousand dollars a year and, so, I would not have joined
22  Taylor, if this is my expectation of salary. Hence --
23     Q   Why are you so definite about that, that you
24  couldn't live on one hundred twenty thousand dollars a
25  year?
```