UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT PAYNE and PAYNE INVESTMENTS LLC, | : : : | Civil Action |
| Plaintiffs, | : | No. 3:02 CV 2234 (AWT) |
| v. | : : | |
| TAYLOR VISION RESOURCES, TAYLOR STRATEGIC ACQUISITIONS, TAYLOR STRATEGIC DIVESTITURES, and TAYLOR FINANCIAL SERVICES LLC, all defendants collectively operating under the name TAYLOR COMPANIES, | : : : : : : : : | |
| Defendants. | : | March 10, 2008 |

## MOTION TO PRECLUDE FACT WITNESS TESTIMONY

Defendants Taylor Vision Resources, Taylor Strategic Acquisitions, Taylor Strategic Divestitures, and Taylor Financial Services LLC (collectively, "Taylor Companies") submit this motion pursuant to Motion pursuant to Fed. R. Civ. P. 37(c)(1), specifically, to preclude plaintiffs Robert Payne and Payne Investments LLC (collectively, "Payne") from calling as witnesses at trial the two fact witnesses identified in the Joint Pretrial Memorandum – Thomas Bohle and Eugene Toombs – who were not disclosed to defendants pursuant to Fed. R. Civ. P. 26(a)(1).  In support of its motion, Taylor Companies states as follows:

1.      Payne filed his Complaint in this matter on December 16, 2002.

2.      On March 30, 2004, Payne submitted to defendants the initial disclosures required by Fed.R.Civ.P. 26(a)(1).  Affidavit of Douglas J. Varga dated March 10, 2008 ("Varga Aff."), filed contemporaneously herewith, at ¶ 3  and Ex. A.

3.      Payne's initial disclosures included a list of 11 individuals who, according to Payne, likely to possess discoverable information concerning his claims and defenses.  Varga Aff. at Ex. A.

4.      Payne's initial disclosures included neither Eugene Toombs nor Thomas Bohle as individuals likely to possess discoverable information concerning his claims and defenses.  Varga Aff. at ¶ 4 and Ex. A.

5.      At no time did Payne amend his Rule 26(a)(1) disclosures to add Mr. Toombs or Mr. Bohle to their list of persons believed to have personal knowledge or information concerning the parties' claims and defenses.   Varga Aff. at ¶ 4.

6.      In reliance on Payne's initial disclosures, Taylor Companies did not conduct any pretrial discovery concerning any knowledge or information possessed by Messrs. Toombs and Bohle concerning the claims and defenses at issue in this case. Had plaintiffs identified those individuals in their initial disclosures, Taylor Companies would have conducted such pretrial discovery.  Varga Aff. at ¶ 5.

7.      Neither Mr. Bohle nor Mr. Toombs has ever been deposed in this matter. Varga Aff. at ¶ 5.

8.       Taylor Companies first became aware of Payne's position that Messrs. Toombs and Bohle likely possess discoverable information concerning Payne's claims and defenses in this case upon Payne's submission (on February 20, 2008) of the initial draft of his portion of the parties' Joint Trial Memorandum, in which Payne disclosed both individuals as expected trial witnesses.  Varga Aff. at ¶ 7.

9.     Despite their prior non-disclosure, Payne has retained both Mr. Toombs and Mr. Bohle in his list of witnesses in his portion of the parties' Joint Trial Memorandum.  Varga Aff. at ¶ 6.

10.    Douglas J. Varga, one of Taylor Companies' attorneys, conferred with Kevin W. Gillen, one of Payne's attorneys, in a good faith to attempt to resolve the parties' dispute about the testimony of these two witnesses, plaintiffs refused to remove Mr. Toombs and Mr. Bohle from their witness list.  Affidavit of Douglas J. Varga at ¶¶ 12-13.

WHEREFORE, Taylor Companies respectfully requests that this Court enter an Order precluding plaintiffs from calling Eugene Toombs and Thomas Bohle as witnesses at trial pursuant to Fed.R.Civ.P. 26(a)(1) and 37(c)(1).

DEFENDANTS
TAYLOR VISION RESOURCES,
TAYLOR STRATEGIC ACQUISITIONS,
TAYLOR STRATEGIC DIVESTITURES,
and TAYLOR FINANCIAL SERVICES LLC


By: /s/Douglas J. Varga_____
    Douglas J. Varga (ct 18885)
    Sarah W. Poston (ct 19702)

    Zeldes, Needle & Cooper, P.C.
    1000 Lafayette Boulevard
    P. O. Box 1740
    Bridgeport, CT  06601-1740
    Telephone:  203-333-9441
    Facsimile:  203-333-1489
    E-mail:  dvarga@znclaw.com
    E-mail: sposton@znclaw.com

Their Attorneys

## <u>CERTIFICATION</u>

This is to certify that a copy of the foregoing has been sent via United States

Mail, postage prepaid, on this date, to:

        Michael P. Berman, Esq.
        Kevin W. Gillen, Esq.
        Berman and Sable LLC
        One Financial Plaza
        Hartford, CT 06103

        Jacob A. Stein, Esq.
        Stein, Mitchell & Mezines
        1100 Connecticut Avenue, N.W. 11th Floor
        Washington, DC 20036

Dated at Bridgeport, Connecticut this 10th day of March, 2008

        /s/Douglas J. Varga
        Douglas J. Varga

5