# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT PAYNE and PAYNE          :
INVESTMENTS LLC,
                                :      No. 202CV2234(AWT)
            Plaintiffs,         :

      -v-                       :

                                :
TAYLOR VISION RESOURCES,
TAYLOR STRATEGIC ACQUISITIONS,  :
TAYLOR STRATEGIC DIVESTITURES,  :
and TAYLOR FINANCIAL SERVICES,  :
LLC, all defendants collectively
operating Under the Name        :
TAYLOR COMPANIES,
                                :
            Defendants.         :

      Plaintiffs, Robert Payne and Payne Investments LLC, by

their attorneys Gilbride, Tusa, Last & Spellane LLC,

pursuant to F.R.C.P.26(a)(1) hereby provide the following:


      Disclosures pursuant to F.R.C.P.26(a)(1)(A).- Robert

Payne and Payne Investments LLC. This individual and

entity may only be contacted through the attorneys for the

Plaintiffs. In addition, the following individuals:


            Ralph Taylor
            1215 Nineteenth St.,NW
            Washington, D.C. 20036
            202-955-1330

            Warren Bellis
            1215 Nineteenth St.,NW
            Washington, D.C. 20036
            202-955-1330

Mark Borrelli
c/o McNeill Stokes
1040 Peachtree Battle Avenue
Atlanta, GA 30327
404-352-2144

Mark Schneider
411 Thamer Lane
Houston, TX 77024
281-543-4174

Chris Tallet
109 Danbury Road, Suite 813
Ridgefield, CT 06877
203-431-1601

Ken Griffin
1215 Nineteenth St.,NW
Washington, D.C. 20036
202-955-1330

Ron Flack
1215 Nineteenth St.,NW
Washington, D.C. 20036
202-955-1330

Steve Fraser
1215 Nineteenth St.,NW
Washington, D.C. 20036
202-955-1330

Trey Taylor
1215 Nineteenth St.,NW
Washington, D.C. 20036
202-955-1330

Kathy Stoltz
1215 Nineteenth St.,NW
Washington, D.C. 20036
202-955-1330

Jacob A. Stein
Stein Mitchell & Mezines
1100 Connecticut Avenue NW
Washington, DC 20036

<u>Disclosures pursuant to F.R.C.P. 26(a)(1)(B)</u>  All of the following electronic media and documents are or can be located at The Taylor Companies, 1215 Nineteenth St., N.W. Washington, D.C. 20036 or warehouses under the control of The Taylor Companies whose location is known to individuals employed by and under the control of the defendants.


<u>Electronic Media</u>

1.  All emails between (either from or to) Robert Payne and any of the foregoing personnel at the Taylor Companies November 1999 through August 2002.

2.  Internal communications sent or received on "Taydesk" or related programs, used to track progress on transactions and keep a record of client and advisor communications and follow-up.  These communications will have been originated or copied to any or all of the personnel listed above.

3.  All electronic files relating to the Mitek, Borden Chemicals and Plastics ("Borden"), or Dow Sentrachem ("Dow") transactions.  These files will typically be in the form of Microsoft Power Point, Word, or Excel files.

4.  All records and notes of meetings between Ralph Taylor and Mitek (or its parent company Rexam plc),

Kohlberg Kravis Roberts (KKR), Dow, and Borden.

Documents

    1.  Copies of all client presentations for Mitek, Borden, or Dow.

    2.  Travel records and calendars for Ralph Taylor and any other agent, employee, officer and/or director of Defendants that involve any of the foregoing companies and the transactions relating thereto.

    3.  Income statements for any of the Taylor Companies showing receipt of revenue, timing and magnitude, for any of the foregoing companies.

    4.  Copies of all distributions to Robert Payne from any of the Taylor Companies between December 1999 and August 2002.

    5.  Original copy of the offer of employment letter sent to Robert Payne dated November 20, 1999.

    6.  Copies of all offering memoranda produced by Taylor Companies for the Mitek, Borden, or Dow, Kohlberg Kravis & Roberts ("KKR") transactions.

    Disclosure pursuant to F.R.C.P. 26(a)(1)(c) a computation of any category of damages claimed by the Plaintiff is set forth in detail in the Complaint filed in this action.

4

Disclosures pursuant to F.R.C.P. 26(a)(1)(D) — None at
this time.

Dated: March 30, 2004.

Yours, etc.

GILBRIDE, TUSA, LAST & SPELLANE LLC

By _____
    David Crystal II, Esq./Fed Bar #CT24276
    Attorneys for Plaintiffs
    31 Brookside Drive/P.O. Box 658
    Greenwich, Connecticut 06836
    (203) 622-9360
            and
    Gilbride, Tusa, Last & Spellane LLC
    420 Lexington Avenue
    New York, New York 10170
    (212) 692-9666

To:  Jacob D. Zeldes, Esq.
     Zeldes, Needle & Cooper
     Attorneys for Defendants
     1000 Lafayette Blvd.
     Bridgeport, Connecticut 06604

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing has been sent via regular mail, postage prepaid, to the following counsel of record:

Jacob D. Zeldes, Esq.
Zeldes, Needle & Cooper
1000 Lafayette Blvd.
Bridgeport, CT 06601
(203) 333-9441

Dated at New York, New York this 30th day of March, 2004.

David Crystal II (CT24276)