UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(HARTFORD)

| | |
|---|---|
| ROBERT PAYNE and PAYNE INVESTMENTS LLC,<br>　　　　Plaintiffs,<br><br>v.<br><br>TAYLOR VISION RESOURCES,<br>TAYLOR STRATEGIC ACQUISITIONS,<br>TAYLOR STRATEGIC DIVESTITURES,<br>and TAYLOR FINANCIAL SERVICES<br>LLC, all defendants collectively<br>operating under the name<br>TAYLOR COMPANIES,<br>　　　　Defendants. | CIV. ACTION NO.:<br>3:02CV02234 (AWT)<br><br><br><br><br><br><br><br><br><br>MARCH 10, 2008 |

## JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of the United States District Court for the District of Connecticut, the Plaintiffs Robert Payne and Payne Investments LLC (collectively, "Plaintiffs"), and defendants Taylor Vision Resources, Taylor Strategic Acquisitions, Taylor Strategic Divestitures and Taylor Financial Services, LLC, (collectively, the "Taylor Companies" or "Defendants"), hereby move for an extension of time of one (1) day to file their Joint Trial Memorandum, from the date that it is currently due to be filed (March 10, 2008), to and including March 11, 2008. In support hereof, the parties respectfully represent as follows:

1.  The Joint Trial Memorandum is presently scheduled to be filed by March 10, 2008.

2.  The Defendants have represented to Plaintiffs' counsel that they have for all intents and purposes completed their portion of the Joint Trial Memorandum. However, the Plaintiffs have not yet received Defendants' submission and will need time to review it prior to filing. In light of this, it is respectfully submitted, that an extension of the time for filing the Joint Trial Memorandum be granted.

WHEREFORE, the parties respectfully request an extension of time, to and including March 11, 2008, by which to file their Joint Trial Memorandum.

THE PLAINTIFFS,
ROBERT PAYNE and
PAYNE INVESTMENTS LLC


By:_____/s/_____
MICHAEL P. BERMAN
Federal Bar No.: ct05624
KEVIN W. GILLEN
Federal Bar No.: ct01502
Berman and Sable LLC
One Financial Plaza, 20th Floor
Hartford, CT 06103
Tel:   (860) 527-9699
Fax:   (860) 527-9077
Their Attorneys

THE DEFENDANTS

By: _____/s/_____
    DOUGLAS J. VARGA
    Federal Bar No.: ct18885
    SARAH W. POSTON
    Federal Bar No.: ct19702
    ZELDES, NEEDLE & COOPER, P.C.
    1000 Lafayette Blvd.
    P.O. Box 1740
    Bridgeport, CT 06601-1740
    Tel:   (203) 333-9441
    Fax:  (203) 333-1489
    Their Attorneys

## CERTIFICATION OF SERVICE

This is to certify that on this 10th day of March, 2008, a copy of the foregoing "Joint Motion for Extension of Time" was sent by electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

_____/s/_____
Kevin W. Gillen