**EXHIBIT A – PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(HARTFORD)

| | |
|---|---|
| ROBERT PAYNE and PAYNE INVESTMENTS LLC,<br>　　　　Plaintiffs,<br><br>v.<br><br>TAYLOR VISION RESOURCES,<br>TAYLOR STRATEGIC ACQUISITIONS,<br>TAYLOR STRATEGIC DIVESTITURES,<br>and TAYLOR FINANCIAL SERVICES<br>LLC, all defendants collectively<br>operating under the name<br>TAYLOR COMPANIES,<br>　　　　Defendants. | : CIV. ACTION NO.:<br>: 3:02CV02234 (AWT)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: MARCH 11, 2008 |

## PLAINTIFFS' POTENTIAL VOIR DIRE QUESTIONS

1. Have you ever served as a juror before?

2. Where did you serve?

3. What type of case?

4. What was the outcome?

5. What impression did that service have on your view of the legal process?

6. How would you describe your personal view of governmental authority? Do you feel the need to question authority?

7. How would you feel about taking and abiding by an oath that you might take as a juror?

8. How do you feel about litigation, in general, as a means of resolving disputes?

9. Have you ever been involved in any way in a lawsuit?

10. Please describe your experience. How would that experience affect your service as a juror in this case?

11. Are you at all familiar with the mergers & acquisitions, divestitures or investment banking?

12. Is there any experience that you have had in your life that you think might cause you to be more sympathetic to either the plaintiffs or the defendant in this case? Why?

13. Have you ever performed work or rendered services that you expected to be paid for and were not paid for that work or those services?
Please describe your experience:

14. Have you or a relative or close friend ever been a party to a lawsuit?

15. If so, were you the plaintiff or the defendant?

16. Would you briefly describe the nature of that lawsuit?

17. Would your prior experience with the court system in any way affect your ability to be completely fair and impartial in hearing this case?

18. How do you feel about being called as juror?

19. Will those feelings interfere with your fairness and impartiality?

20. How do you feel about being away from your [home/job] during the course of this trial?

21. Have you or any member of your family ever studied business, law, or accounting, either formally, or informally?

22. What do you think of the jury system?

23. What do you think of the court system?

24. In our opinion, do you agree that it's a good thing that people have a right to sue if they feel that they have been wronged?

25. Do you think that people sue one another too often in this country?

26. Will you hold the fact that the plaintiffs in this case have brought this law suit against them?

27. Do you have any opinion about any aspect of this case, before the start?

28. What is your opinion?

29. Do you have in your mind any amount of money that you consider too large to award even if that number is justified by the evidence and the law?

30. What clubs and organizations do you belong to?

31. Do you like "talk radio? Who do you like to listen to?

32. What kind of car(s) do you and your family drive? Do you have any bumper stickers on your car?

33. What magazines and periodicals do you subscribe to?

34. What newspapers do you read?

35. Do you have any hobbies?

36. Will you be able to listen to all of the evidence and not prejudge the matter before you have hard all the evidence?

37. I apologize beforehand for inquiring, but I need to ask whether there is any condition which might prevent you from staying alert and serving as an impartial and fair juror?

38. Would you like to be excused from serving on this jury? If so, why?

39. Will you promise to keep an open mind about the case until you have heard all the evidence and the law?

40. How much will you be able to apply the law as the Judge instructs you in the trial?

41. Is there anything about this case that would prevent you from rendering a fair and just verdict?

42. What is the most significant business transaction that you were ever involved in?

43. How would you resolve the conflict if, by following the Judge's instructions, you would have to vote against your personal beliefs and feelings?

44. Do you understanding that the burden of proof in a civil case is different than in a criminal case? Will you promise to follow the Judge's instructions as to what and to what extent the plaintiffs have to prove their case?

45. In rendering a verdict, what other factors would you take into consideration besides the evidence that you have heard and the Judge's instructions?

46. Have you ever worked on a "commission basis"? What were details? Upon what percentage was the commission based?

47. Were you ever not paid the commission(s) or compensation that you felt you were owed for the services you rendered? Explain. What reason(s) were you given for not paying you the commission or compensation? How did you feel about this?

48. Did you ever perform work or render services on behalf of an employer or client, in which you expected to be paid and were not paid? Explain the details.

49. Have you ever had an employer promise you a benefit and fail to fulfill that promise? Explain the details. How did you feel? Did you pursue the promised benefit(s)?

50. Have you ever formed or been a member of a limited liability company? If you formed an LLC what were the reasons for doing so? If a member, what were your duties and obligations? What were the benefits of being a member of an LLC?