**EXHIBIT B – DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT PAYNE and PAYNE INVESTMENTS LLC, | : | Civil Action |
| Plaintiffs, | : | No. 3:02 CV 2234 (AWT) |
| v. | : | |
| TAYLOR VISION RESOURCES, TAYLOR STRATEGIC ACQUISITIONS, TAYLOR STRATEGIC DIVESTITURES, and TAYLOR FINANCIAL SERVICES LLC, all defendants collectively operating under the name TAYLOR COMPANIES, | : | |
| Defendants. | : | March 11, 2008 |

## **DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS**

1. Do you know any of the following individuals?

    (a) Robert Payne
    (b) Ralph Taylor
    (c) Dermot Coughlan
    (d) Warren Bellis
    (e) Kenneth Griffin
    (f) Rachel Lane

2. Do you have any experience with the Taylor Companies?

3. Have you or any member of your immediate family or close personal friends been employed in investment banking?

4. Do you have an understanding of what a managing director in an investment bank does?

66

5. Have you or any member of your immediate family ever been involved in a dispute with an employer about the amount of pay to which you were entitled?

6. Have you or any member of your immediate family felt that you did not receive fair and equal treatment at your job?

7. Do you or any member of your immediate family own or manage a business?