**EXHIBIT D – DEFENDANTS' OBJECTIONS TO PLAINTIFFS' DEPOSITION DESIGNATIONS**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT PAYNE and PAYNE INVESTMENTS LLC, | : | Civil Action |
| Plaintiffs, | : | No. 3:02 CV 2234 (AWT) |
| v. | : | |
| TAYLOR VISION RESOURCES, TAYLOR STRATEGIC ACQUISITIONS, TAYLOR STRATEGIC DIVESTITURES and TAYLOR FINANCIAL SERVICES LLC, all defendants collectively operating under the name TAYLOR COMPANIES, | : | |
| Defendants. | : | MARCH 11, 2008 |

**DEFENDANTS' OBJECTIONS TO PLAINTIFFS' DEPOSITION DESIGNATIONS**

Defendants Taylor Vision Resources, Taylor Strategic Acquisitions, Taylor Strategic Divestitures, and Taylor Financial Services LLC (collectively "Taylor Companies") hereby object to the plaintiffs' designation of deposition testimony to be introduced at trial.

1. **Deposition Ralph Taylor (March 17, 2005)**

| Page | Lines | Objection |
|---|---|---|
| 6 | 22-25 | Relevance |
| 7 | 1-7 | Relevance |
| 36 | 1-4 | Relevance |
| 36 | 25 | Relevance |
| 37 | 1-6 | Vague, ambiguous, speculation |
| 80 | 5-8 | Relevance |
| 85 | 21-25 | Relevance |
| 86 | 1-6 | Relevance |
| 87 | 18-25 | Relevance |

| 88 | 1-2 | Relevance |
|---|---|---|
| 112 | 24-25 | Non-Responsive |
| 113 | 1-19 | Non-Responsive |
| 114 | 7-25 | Non-Responsive |
| 115 | 1-4 | Non-Responsive |
| 131 | 11-24 | Non-Responsive |

2. **Deposition of Dermot Couglan (March 15, 2005)**

| <u>Page</u> | <u>Lines</u> | <u>Objection</u> |
|---|---|---|
| 26 | 8-23 | Hearsay |
| 42 | 8-11 | Relevance |
| 44 | 12-19 | Relevance |
| 45 | 20-24 | Relevance |
| 48 | 20-25 | Speculation |
| 67 | 1-25 | Relevance |
| 68 | 1-2 | Relevance |

3. **Deposition of Rolf Börjesson (June 14, 2005)**

| <u>Page</u> | <u>Lines</u> | <u>Objection</u> |
|---|---|---|
| 18 | 8-20 | Vague, ambiguous |
| 25 | 11-20 | Relevance |
| 27 | 12-14 | Relevance |

4. **Deposition of Mark J. Schneider (July 8, 2005)**

| <u>Page</u> | <u>Lines</u> | <u>Objection</u> |
|---|---|---|
| 24 | 14-25 | Relevance |
| 25 | 1-3 | Relevance |
| 26 | 4-25 | Relevance |
| 27 | 1-8 | Relevance |

5. **Deposition of Kenneth Griffin (March 16, 2005)**

| Page | Lines | Objection |
|---|---|---|
| 44 | 10-17 | Relevance |
| 45 | 4-6 | Relevance |
| 46 | 8-14 | Relevance |
| 50 | 15-18 | Relevance |
| 53 | 18-23 | Vague, ambiguous, argumentative |
| 61 | 16-21 | Relevance |
| 68 | 9-13 | Speculation |
| 74 | 7-11 | Relevance |
| 84 | 6-21 | Vague, ambiguous, speculation |

6. **Deposition of Warren Bellis (March 16, 2005)**

| Page | Lines | Objection |
|---|---|---|
| 26 | 2-23 | Relevance |
| 50 | 9-15 | Relevance |
| 52 | 3-25 | Non-Responsive |
| 53 | 1-4 | Vague, ambiguous |

Respectfully submitted,

DEFENDANTS
TAYLOR VISION RESOURCES,
TAYLOR STRATEGIC ACQUISITIONS,
TAYLOR STRATEGIC DIVESTITURES,
and TAYLOR FINANCIAL SERVICES LLC


By: _____
    Douglas J. Varga (ct18885)
    Sarah W. Poston (ct19702)

        ZELDES, NEEDLE & COOPER, P.C.
        1000 Lafayette Blvd.
        P.O. Box 1740
        Bridgeport, CT 06601-1740
        Telephone: 203-333-9441
        Facsimile: 203-333-1489
        E-Mail: dvarga@znclaw.com

Their Attorneys