**EXHIBIT E – PLAINTIFFS' OBJECTIONS TO DEFENDANTS'
DEPOSITION DESIGNATIONS**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT PAYNE and PAYNE INVESTMENTS LLC, | : | Civil Action |
| Plaintiffs, | : | No. 3:02 CV 2234 (AWT) |
| v. | : | |
| TAYLOR VISION RESOURCES, TAYLOR STRATEGIC ACQUISITIONS, TAYLOR STRATEGIC DIVESTITURES and TAYLOR FINANCIAL SERVICES LLC, all defendants collectively operating under the name TAYLOR COMPANIES, | : | |
| Defendants. | : | MARCH 11, 2008 |

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' DEPOSITION DESIGNATIONS**

The Plaintiffs, Robert Payne and Payne Investments, LLC, hereby object to the Defendants' designation of deposition testimony to be introduced at trial.

1. **Deposition of Rolf Börjesson (June 14, 2005)**

| Lines | Objection |
|---|---|
| 19-25 | |
| 1-7 | |
| 2-25 | Relevance |
| 1-8, 13-25 | Relevance |
| 1-2, 7-9 | |
| 3-10, 13-25 | Relevance |
| 1-4, 7-9, 17-19, 21-25 | Relevance, Hearsay, Speculation |
| 1-13, 24-25 | Relevance |

75

| 1-12, 14-23 | Relevance |

2. **Deposition of Myles Sinnott (July 8, 2005)**

| Page | Lines | Objection |
|---|---|---|
| 4 | 4-23 | Relevance, Hearsay, Speculation |
| 5 | 2-25 | Relevance |
| 6 | 1-22, 24-25 | Relevance |
| 7 | 1-13, 16-25 | Relevance |
| 8 | 1-25 | Relevance, Hearsay, Speculation |
| 9 | 1-12, 20-25 | Relevance, Hearsay, Speculation |
| 10 | 1-11 | Relevance, Hearsay, Speculation |
| 11 | 11-25 | Relevance, Hearsay, Speculation |
| 12 | 1-7 | Relevance, Hearsay, Speculation |

3. **Deposition of Kenneth Griffin (March 16, 2005)**

| Page | Lines | Objection |
|---|---|---|
| 9 | 9-17 | Relevance |
| 10 | 13-24 | Relevance |
| 11 | 5-8 | Relevance |
| 12 | 20-25 | Relevance |
| 13 | 1-10, 14-25 | Relevance |
| 14 | 4-14-, 24-25 | Relevance |
| 15 | 1-12,18-19 23-25 | Relevance |
| 16 | 1-10,14-25 | Relevance |
| 17 | 1-18 | Relevance |
| 19 | 5-15 | Relevance |
| 22 | 8-18 | Relevance, Hearsay, Speculation |
| 23 | 25 | Relevance |

| 24 | 1-3,9-15,23-24 | Relevance, Speculation |
|---|---|---|
| 25 | 2-17,21-25 | Relevance |
| 26 | 1-12 | Relevance |
| 27 | 8-12,22-25 | Relevance, Hearsay, Speculation |
| 28 | 1-8,16-24 | Relevance |
| 29 | 20-25 | |
| 30 | 1-7, 11-25 | Relevance, Hearsay |
| 31 | 1-6, 14-21 | Relevance, Hearsay, Speculation |
| 32 | 2-7, 11-15 | Relevance, Hearsay, Speculation |
| 33 | 4-14 | Relevance, Hearsay, Speculation |
| 34 | 13-16, 21-25 | Relevance, Hearsay, Speculation |
| 35 | 1-9 | Relevance, Hearsay, Speculation |
| 41 | 9-14, 18-25 | Speculation |
| 42 | **1-13, 17-19, 21-25** | Speculation |
| 43 | 1-21 | Relevance, Hearsay, Speculation |
| 44 | 1-9, 18-21 | Relevance |
| 45 | 7-17 | Relevance |
| 46 | 2-7, 11-12, 14-25 | Relevance, Hearsay, Speculation |
| 47 | 1-16, 25 | Relevance |
| 48 | 1-25 | Relevance |
| 49 | 4-15 | Relevance, Hearsay, Speculation |
| 55 | **3-10, 15-17, 22-25** | Relevance, Hearsay, Speculation |
| 56 | 1-25 | Relevance, Hearsay, Speculation |
| 57 | 1-3, 11-18, 24-25 | Relevance, Hearsay, Speculation |
| 58 | 1-5, 18-25 | Relevance, Hearsay, Speculation |
| 59 | 1-3, 11-17, 20-25 | Relevance, Hearsay, Speculation |
| 60 | 1, 4-6 | Relevance, Hearsay, Speculation |
| 63 | 1-25 | Relevance, Hearsay, Speculation |
| 64 | 1-17 | Relevance, Hearsay, Speculation |
| 65 | 22-25 | Relevance, Hearsay, Speculation |

| | | |
|---|---|---|
| 66 | 1-7, 13-25 | Relevance, Hearsay, Speculation |
| 67 | 1-9, 11-17, 19-21 | Relevance, Hearsay, Speculation |
| 68 | 16-25 | Relevance, Hearsay, Speculation |
| 69 | 1-13 | Relevance, Hearsay, Speculation |
| 71 | 8-15 | Relevance, Hearsay, Speculation |
| 72 | 11-19, 22-25 | Relevance, Hearsay, Speculation |
| 73 | 1-9, 13-25 | Relevance, Hearsay, Speculation |
| 74 | 1 | Relevance, Hearsay, Speculation |
| 75 | 3-12, 14 | Relevance, Hearsay, Speculation |
| 76 | 9-11, 16-21 | Relevance, Hearsay, Speculation |
| 77 | 7-20, 25 | Relevance, Hearsay, Speculation |
| 78 | 1-3, 23-25 | Relevance, Hearsay, Speculation |
| 79 | 1-12, 18-25 | Relevance, Hearsay, Speculation |
| 80 | 1-21 | Relevance, Hearsay, Speculation |
| 81 | 1-22 | Relevance, Hearsay, Speculation |
| 82 | 9-10,13-21,25 | Relevance, Hearsay, Speculation |
| 83 | 1-9, 14-20 | Relevance, Hearsay, Speculation |
| 87 | 24-25 | Relevance, Hearsay, Speculation |
| 88 | 1-6,22-25 | Relevance, Hearsay, Speculation |
| 89 | 1-14 | Relevance, Hearsay, Speculation |
| 91 | 20-25 | Relevance, Hearsay, Speculation |
| 92 | 1-10 | Relevance, Hearsay, Speculation |
| 93 | 14-19,22-25 | Relevance, Hearsay, Speculation |
| 94 | 1-5,11-25 | Relevance, Hearsay, Speculation |
| 95 | 1-3 | Relevance, Hearsay, Speculation |

Respectfully Submitted
PLAINTIFFS,
ROBERT PAYNE AND PAYNE
INVESTMENTS, LLC


By: _____
Michael P. Berman (ct05624)
Kevin W. Gillen (ct01502)

BERMAN AND SABLE LLC
One Financial Plaza
Hartford, CT 06103
Telephone: (860) 527-9699
Facsimile: (860) 527-9077
E-Mail: mberman@bermansable.com
Their Attorneys