

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(HARTFORD)

| | | |
|---|---|---|
| ROBERT PAYNE and PAYNE INVESTMENTS LLC, | : : : : | CIV. ACTION NO.: 3:02CV02234 (AWT) |
| Plaintiffs, | : : | |
| v. | : : | |
| TAYLOR VISION RESOURCES, TAYLOR STRATEGIC ACQUISITIONS, TAYLOR STRATEGIC DIVESTITURES, and TAYLOR FINANCIAL SERVICES LLC, all defendants collectively operating under the name TAYLOR COMPANIES, | : : : : : : : | |
| Defendants. | : : | MARCH 27, 2008 |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of the United States District Court for the District of Connecticut, the plaintiffs Robert Payne and Payne Investments LLC (collectively, "Plaintiffs"), hereby move for an extension of time of fourteen (14) days, to and including April 14, 2008, to file their objections to the Defendants' Motions in Limine. In support hereof, Plaintiffs respectfully represent as follows:

1.  Defendants' counsel, Douglas Varga, Esq., has consented to the extension of time sought herein.

2.  Undersigned counsel's present work schedule on other cases will not allow him sufficient time within which to respond to Defendants' Motions in Limine by March 31, 2008.

3.  The parties have recently filed their Joint Trial Memorandum (March 11, 2008) and the Court has not yet set a trial date in this case.

WHEREFORE, the Plaintiffs respectfully request an extension of time, to and including April 14, 2008, by which to respond to Defendants' Motions in Limine.

>THE PLAINTIFFS,
>ROBERT PAYNE and
>PAYNE INVESTMENTS LLC
>
>By: _____/s/_____
>    MICHAEL P. BERMAN
>    Federal Bar No.: ct05624
>    KEVIN W. GILLEN
>    Federal Bar No.: ct01502
>    Berman and Sable LLC
>    One Financial Plaza, 20th Floor
>    Hartford, CT 06103
>    Tel:  (860) 527-9699
>    Fax:  (860) 527-9077
>    Their Attorneys

**CERTIFICATION OF SERVICE**

This is to certify that on this 27th day of March, 2008, a copy of the foregoing "Plaintiffs' Motion for Extension of Time" was sent by electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/
Kevin W. Gillen

L:\Payne - Taylor Companies\Motion for Extension of Time (Obj. to Motions in Limine).doc

3