Click Here & Upgrade
Expanded Features
Unlimited Pages
Documents
PDF Complete

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
## (HARTFORD)

| | |
|---|---|
| ROBERT PAYNE and PAYNE INVESTMENTS LLC, : : : Plaintiffs, : : v. : : TAYLOR VISION RESOURCES, TAYLOR STRATEGIC ACQUISITIONS, TAYLOR STRATEGIC DIVESTITURES, and TAYLOR FINANCIAL SERVICES LLC, all defendants collectively operating under the name TAYLOR COMPANIES, : : : : : : : : Defendants. : : | CIV. ACTION NO.: 3:02CV02234 (AWT) APRIL 25, 2008 |

### PLAINTIFFS' MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of the United States District Court for the District of Connecticut, the plaintiffs Robert Payne and Payne Investments LLC (collectively, "Plaintiffs"), hereby move for an extension of time of seven (7) days, to and including May 5, 2008, to file their objection to the Defendants' Motion in Limine. In support hereof, Plaintiffs respectfully represent as follows:

1.   Defendants' counsel, Douglas J. Varga, Esq., has consented to the extension of time sought herein.

2.  Undersigned counsel's present work schedule on other cases will not allow him sufficient time within which to respond to Defendants' Motions in Limine by April 28, 2008, but will be able to file a response by May 5th.

3.  The parties have filed their Joint Trial Memorandum (March 11, 2008) and the Court has not yet set a trial date in this case.

WHEREFORE, the Plaintiffs respectfully request an extension of time, to and including May 5, 2008, by which to respond to Defendants' Motions in Limine.

        THE PLAINTIFFS,
        ROBERT PAYNE and
        PAYNE INVESTMENTS LLC

By: _____/s/_____
        MICHAEL P. BERMAN
        Federal Bar No.: ct05624
        KEVIN W. GILLEN
        Federal Bar No.: ct01502
        Berman and Sable LLC
        One Financial Plaza, 20th Floor
        Hartford, CT 06103
        Tel:   (860) 527-9699
        Fax:   (860) 527-9077
        Their Attorneys

**CERTIFICATION OF SERVICE**

This is to certify that on this 25th day of April, 2008, a copy of the foregoing "Plaintiffs' Motion for Extension of Time" was sent by electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/
Kevin W. Gillen

L:\Payne - Taylor Companies\Motion for Extension of Time (Obj. to Motions in Limine).doc