UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT PAYNE and PAYNE INVESTMENTS LLC, | : | Civil Action |
| | : | |
| Plaintiffs, | : | No. 3:02 CV 2234 (AWT) |
| v. | : | |
| | : | |
| TAYLOR VISION RESOURCES, TAYLOR STRATEGIC ACQUISITIONS, TAYLOR STRATEGIC DIVESTITURES, and TAYLOR FINANCIAL SERVICES LLC, all defendants collectively operating under the name TAYLOR COMPANIES, | : | |
| | : | |
| Defendants. | : | May 16, 2008 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION TO PRECLUDE EXPERT WITNESS TESTIMONY**

Defendants Taylor Vision Resources, Taylor Strategic Acquisitions, Taylor Strategic Divestitures, and Taylor Financial Services LLC (collectively, "Taylor Companies"), pursuant to L.Civ.R. 7(b), hereby move for an extension of time of three weeks, until June 9, 2008, to submit their memorandum in reply to Plaintiffs' Objection to Defendants' Motion to Preclude Expert Witness Testimony.  The reasons for this request are that Plaintiffs' Objection raises issues that were addressed in a telephonic status conference with the Court in March 2007, and preparation of the transcript from this conference is in process but will not be complete until May 30, 2008.

Attorney Kevin Gillen, who represents the plaintiffs in this matter, has been consulted, and has given his consent to this motion.  This is the first motion for extension of this deadline.

DEFENDANTS

TAYLOR VISION RESOURCES,
TAYLOR STRATEGIC ACQUISITIONS,
TAYLOR STRATEGIC DIVESTITURES,
and TAYLOR FINANCIAL SERVICES LLC

By: _____
       Douglas J. Varga (ct 18885)
       Sarah W. Poston (ct 19702)

       Zeldes, Needle & Cooper, P.C.
       1000 Lafayette Boulevard
       P. O. Box 1740
       Bridgeport, CT  06601-1740
       Telephone:  203-333-9441
       Facsimile:  203-333-1489
       E-mail:  dvarga@znclaw.com
       E-mail:  sposton@znclaw.com

Their Attorneys

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2008, a copy of the foregoing DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION TO PRECLUDE EXPERT WITNESS TESTIMONY, was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Sarah W. Poston (ct19702)
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd., Suite 500
Bridgeport, CT 06604
Tel: (203) 333-9441
Fax: (203) 333-1489
Email: sposton@znclaw.com

3