UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
--------------------------------x
                                :
ROBERT PAYNE, ET AL.            :
                                :
    Plaintiffs,                 :
                                :
    v.                          :   Case No. 3:02CV2234(AWT)
                                :
TAYLOR VISION RESOURCES, ET AL.:
                                :
    Defendants.                 :
                                :
--------------------------------x
```

### SCHEDULING ORDER

Jury selection in this case will be held on September 11, 2008, and evidence will be presented from September 22-29, 2008 in the South Courtroom, 450 Main Street, Hartford, Connecticut.

It is so ordered.

Dated this 4th day of June 2008, at Hartford, Connecticut.

                                                                         /s/AWT
                                                      Alvin W. Thompson
                                            United States District Judge