UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(HARTFORD)

| | |
|---|---|
| ROBERT PAYNE and PAYNE INVESTMENTS LLC, | CIV. ACTION NO.: 3:02CV02234 (AWT) |
| Plaintiffs, | |
| v. | |
| TAYLOR VISION RESOURCES, TAYLOR STRATEGIC ACQUISITIONS, TAYLOR STRATEGIC DIVESTITURES, and TAYLOR FINANCIAL SERVICES LLC, all defendants collectively operating under the name TAYLOR COMPANIES, | |
| Defendants. | JUNE 16, 2008 |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A SURREPLY BRIEF**

The plaintiffs Robert Payne and Payne Investments LLC (collectively, "Plaintiffs"), hereby move ("Motion") for leave to file a Surreply Brief in response to defendants' Reply Memorandum in Further Support of Motion to Preclude Expert Witness Testimony, dated June 9, 2008. The Defendants' Reply Memorandum raises, for the first time, allegations of prior communications and proceedings (when Plaintiffs were represented by prior counsel), as grounds to preclude Plaintiffs' expert from testifying. These communications, which were obviously known to Defendants'

counsel (but which come as a complete surprise to Plaintiffs' counsel), consisted of apparently, prior procedural colloquy and statements contained in transcripts previously unordered by either counsel. It is respectfully submitted that these communications <u>do</u> <u>not</u> alter the timely disclosure of Plaintiffs' expert and expert's report and should not provide a basis to preclude Plaintiffs' expert from testifying.

WHEREFORE, for the procedural reasons stated herein and more fully set forth in the Plaintiffs' (Proposed) Surreply Brief and Affidavits, the Plaintiffs respectfully move that their Motion be granted and that they be permitted to file their Surreply Brief and Affidavits, attached thereto, for the Court's further consideration of Plaintiffs' Objection to Defendants' Motion to Preclude Expert Witness Testimony.

> THE PLAINTIFFS,
> ROBERT PAYNE and
> PAYNE INVESTMENTS LLC
>
> By:_____/s/_____
>   MICHAEL P. BERMAN
>   Federal Bar No.: ct05624
>   KEVIN W. GILLEN
>   Federal Bar No.: ct01502
>   Berman and Sable LLC
>   One Financial Plaza, 20th Floor
>   Hartford, CT 06103
>   Tel:  (860) 527-9699
>   Fax:  (860) 527-9077
>   Their Attorneys

## CERTIFICATION OF SERVICE

This is to certify that on this 16th day of June, 2008, a copy of the foregoing "Plaintiffs' Motion for Leave to File a Surreply Brief" was sent by electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                        /s/
                                      Kevin W. Gillen