Civil (April 12, 2004)

HONORABLE **Thompson**
DEPUTY CLERK **Smith**        RPTR/~~ERO/TAPE~~ **Huntington**

TOTAL TIME: ___ hours **40** minutes

DATE **9/9/08**        START TIME **3:50pm**    END TIME **4:30pm**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **02CV2234**

**Payne** vs. **Taylor Vision**

Plaintiffs Counsel: **Michael Berman, Kevin Gillon**

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Defendants Counsel: **Doug Varga, Sarah Poston**

## COURTROOM MINUTES - CIVIL (check one box)

☐ Motion Hearing
☐ Evidentiary Hearing
☐ Miscellaneous Hearing
☐ Show Cause Hearing
☐ Judgment Debtor Exam
☒ **Pretrial Conference**

MOTION DOCUMENT NO.

[rows of motion/oral motion entries, all blank]

☐ Brief(s) due _____    ☐ Proposed Findings due _____    Response due _____

☒ **Jury Selection** ~~Hearing~~ continued until **9/17/08** at **9:00am**
**Trial - 9/22/08 at 9:30am (through 10/1/08)**