CT/cvjysel (January 18, 2002)

TOTAL TIME: 3 hours 45 minutes

DEPUTY CLERK Smith   HONORABLE Thompson   RPTR/ERO/TAPE Huntington

DATE 9/17/08    START TIME 9:00am   END TIME 1:30pm
LUNCH RECESS FROM 11:45am TO 12:30pm
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. 02CV2234

Payne vs. Taylor Vision

§
§
§  ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§
§

Kevin Gillen
Michael Berman
Plaintiffs Counsel

Doug Varga
Sarah Poston
Carlos Lane
Defendants Counsel

**CIVIL JURY SELECTION/~~CALENDAR CALL~~**

☐ ☐ (call./h) Call of the Calendar held  ☐ (call./set) Call of the Calendar over to _____
☒ ☒ (jyselect./h) Jury Selection held  ☐ Jury Selection continued until _____
☐ ...#___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ...#___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ...#___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ...#___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ _____  ☐ filed ☐ docketed
☐ _____  ☐ filed ☐ docketed
☐ _____  ☐ filed ☐ docketed
☐ _____  ☐ filed ☐ docketed

☒ 63 # jurors present

☒ Voir Dire oath administered by Clerk ☐ previously administered by Clerk

☒ Voir Dire by Court

☒ Peremptory challenges exercised (See attached)

☒ Jury of 10 drawn (See attached) ☐ and sworn ☐ Jury Trial commences

☒ Remaining jurors excused

☐ Discovery deadline set for _____

☐ Disposition Motions due _____

☐ Joint trial memorandum due _____

☒ Trial continued until 9/22/08 at 9:30am

☒ COPY TO: JURY CLERK